PARAMOUNT HOME, for their commercial benefit and for the purpose of trade, Plaintiff SCHILLER sustained psychological harm and damage.

323.   As a result of the foregoing, Plaintiff SCHILLER sustained general damages.

324.   As defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, and PARAMOUNT HOME, willfully, purposefully, knowingly, intentionally and deliberately used Plaintiff SCHILLER's image, portrait and/or likeness without his consent and violated his right to privacy, Plaintiff SCHILLER is entitled to damages from said defendants.

325.   As defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, and PARAMOUNT HOME used Plaintiff SCHILLER's image, portrait and/or likeness, despite knowing that Plaintiff SCHILLER had not given consent to same, Plaintiff SCHILLER is entitled to punitive and/or exemplary damages from said defendants.


**AS AND FOR AN ELEVENTH CAUSE OF ACTION
AGAINST DEFENDANTS
VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE,
BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA AND WAHLBERG
FOR USING PLAINTIFF'S IMAGE, PORTRAIT AND/OR LIKENESS IN
CONNECTION WITH "MARKED" NUTRITIONAL PRODUCTS IN
VIOLATION OF PLAINTIFF'S STATUTORY AND COMMON LAW RIGHT TO
PRIVACY**

326.   Plaintiff repeats and realleges each and every allegation contained in paragraphs numbered "1" through "325" of the Complaint as if fully set forth at length herein.

327.   Defendants GNC, GNC HOLDINGS, NUTRA and WAHLBERG, individually and/or in concert, manufacture, promote, market and sell to the general public, and more

particularly to the citizens of the State of New York, a line of nutritional products bearing the brand name "Marked".

328.   Defendants GNC, GNC HOLDINGS, NUTRA and WAHLBERG benefitted, and continue to benefit, monetarily from the sale of said products.

329.   Defendants GNC, GNC HOLDINGS, NUTRA and WAHLBERG, individually or collectively, entered into an agreement with defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, and PARAMOUNT HOME individually or collectively, to co-promote, co-advertise, co-market, and co-publicize the motion picture "Pain & Gain" and the line of nutritional products bearing the brand name "Marked."

330.   Defendants GNC, GNC HOLDINGS, NUTRA and WAHLBERG, individually or collectively, entered into an agreement with defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, and PARAMOUNT HOME, whereby advertisements and other promotional materials for the motion picture "Pain & Gain" would be prominently displayed in defendant GNC and GNC HOLDING's stores throughout the United States, including the State of New York.

331.   Displaying advertisements and other promotional materials for the motion picture "Pain & Gain" in defendants GNC and GNC HOLDING's stores in New York State and throughout the United States, would serve to increase the commercial success of said motion picture.

332.   The commercial success of the motion picture "Pain & Gain" would in turn spur sales of the line of nutritional products bearing the brand name "Marked."

333.   Defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE and PARAMOUNT HOME benefitted and continue to benefit monetarily from the sale of said products.

334.   Plaintiff SCHILLER did not give consent to defendants for the use of his said image, portrait and/or likeness.

335.   Defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG, willfully, purposefully, knowingly, intentionally and deliberately used Plaintiff SCHILLER's image, portrait and/or likeness, without his consent, to directly promote said retail products.

336.   Defendants GNC, GNC HOLDINGS, NUTRA and WAHLBERG, willfully, purposefully, knowingly, intentionally and deliberately participated in the misappropriation and use of Plaintiff SCHILLER's image, portrait and/or likeness, without his consent, in violation of Plaintiff SCHILLER's statutory and common law right to privacy.

337.   Defendants VIACOM PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG willfully, purposefully, knowingly, intentionally and deliberately misappropriated Plaintiff SCHILLER's image, portrait and/or likeness without his consent and violated Plaintiff SCHILLER's right to privacy for their commercial benefit and for the purpose of trade.

338.   Defendants VIACOM PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG portrayed Plaintiff SCHILLER in a false light in the public eye.

339.   As a direct result of the misappropriation of Plaintiff SCHILLER's image, portrait and/or likeness, and violation of Plaintiff SCHILLER's right to privacy by the defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG, for their commercial benefit and for the purpose of trade, Plaintiff SCHILLER sustained psychological harm and damage.

340.   As a direct result of the misappropriation of Plaintiff SCHILLER's image, portrait and/or likeness, and violation of Plaintiff SCHILLER's right to privacy by the defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG for their commercial benefit and for the purpose of trade, Plaintiff SCHILLER sustained economic harm and damage.

341.   As a result of the foregoing, Plaintiff SCHILLER sustained general damages.

342.   Defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG, willfully, purposefully, knowingly, intentionally and deliberately misappropriated Plaintiff SCHILLER's image, portrait and/or likeness, without his consent, and violated Plaintiff SCHILLER's right to privacy, or willfully, purposefully, knowingly, intentionally and deliberately participated therein, Plaintiff SCHILLER is entitled to damages from said defendants.

343.   As defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG used Plaintiff SCHILLER's image, portrait and/or likeness despite

knowing that Plaintiff SCHILLER had not given consent to same, and as such, Plaintiff SCHILLER is entitled to punitive and/or exemplary damages from said defendants.

## **DEMAND FOR JURY TRIAL**

344.   Plaintiff demands a trial by jury for this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff MARC SCHILLER demands judgment against defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE and PARAMOUNT HOME on the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Causes of Action in an amount exceeding the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction, in amounts to be determined upon the trial of this action; and against defendants VIACOM, PARAMOUNT, MARKUS, MCFEELY, DE LINE PICTURES, BAY, DE LINE, BRYCE, PARAMOUNT HOME, GNC, GNC HOLDINGS, NUTRA and WALHBERG on the Eleventh Cause of Action in an amount exceeding the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction, in amounts to be determined upon the trial of this action; together with interest, costs and disbursements of this action.

Dated: Port Chester, New York
      August 14, 2014

                    /s/ Holly Ostrov Ronai
                    **By: Holly Ostrov Ronai (HO 3923)**
                    **RONAI & RONAI, L.L.P.**
                    Attorneys for Plaintiffs
                    *The Ronai Building*
                    34 Adee Street

Port Chester, New York 10573
(914) 824-4777

**EXHIBIT A**



**EXHIBIT B**

# Pain & Gain

by

Christopher Markus
&
Stephen McFeely

Revisions
by
Jerry Stahl

Current Revisions
by
Christopher Markus
&
Stephen McFeely

Based on the article by
Pete Collins

1/21/11

TITLE: "This is a true story."

FADE IN:

**EXT. SUN GYM, ROOF – DAY**

On a billboard, a sleek powerboat knifes through the water. *"MIAMI BEACH BOATS AND MOTORS –– BECAUSE YOU DESERVE BETTER!"*

ON THE ROOF BELOW, DANIEL LUGO DOES STOMACH CRUNCHES. Cut. Muscled. With every sit-up, Lugo grunts.

TITLE: "Miami, 1995."

He crunches toward his knees and sees the parking lot. When he lies back down, he sees the sky.

Up, parking lot. Down, sky.

He does another crunch...and sees THREE POLICE CARS screech into the lot.

Lugo flips to a standing position. The cops storm the gym.

Lugo runs for the far side of the roof.

**EXT. SUN GYM, ALLEY – DAY**

Lugo jumps from the low roof onto the lid of A DUMPSTER.

He uses his momentum, rolling off and sprinting flat out down the alley.

> DANIEL LUGO (V.O.)
> My name is Daniel Lugo. And I believe in fitness.

**INT. SUN GYM, LOBBY – DAY**

TITLE: "Six months earlier."

Lugo, in shiny track pants and a tight polo, walks through the front door, all smiles.

> DANIEL LUGO (V.O.)
> We all start out equal. Bones and blood, muscle and brains. It is a set-up of awesome potential.

THE GIRL AT THE DESK hands him a clipboard. He winks.

> DANIEL LUGO (V.O.) (cont'd)
> Most people never develop that potential.

He passes a FRAMED PHOTO OF HIMSELF. The smiling picture reads: "Daniel Lugo, Sun Gym Fitness Coordinator."

                    DANIEL LUGO (V.O.) (cont'd)
          I knew early on I wasn't most people.

INT. SUN GYM, WEIGHT ROOM - DAY

Lugo high-fives his way past tan, ripped body-builders.

                         DANIEL LUGO (V.O.)
               I believe in maximizing growth.  I
               believe in step-loading for explosive
               gains.

Giant men pump iron.  Metal clangs on metal.

INT. SUN GYM, LOCKER ROOM - DAY

Lugo backslaps a hugely-muscled black man, ADRIAN DOORBAL.

                         DANIEL LUGO (V.O.)
               The only way to prove yourself is to
               better yourself.  That's the American
               Dream.

Doorbal pulls his shorts aside, pinches the skin of his buttocks
and injects himself with a needle.

INT. SUN GYM, CARDIO ROOM - DAY

A pair of overweight women plod slowly on treadmills.

                         DANIEL LUGO (V.O.)
               I have no sympathy for people who waste
               their gifts.

Lugo gives them the thumbs up.

INT. SUN GYM, HALLWAY - DAY

MARC SCHILLER, a shlumpy man with a moustache and a Mets shirt,
stares into the camera.  He flexes his flabby muscles.

                         MARC SCHILLER
               Arnold-Fucking-Schwarzenegger, am I
               right?

CLICK.  The screen flashes white as Lugo snaps a Polaroid.

                         DANIEL LUGO
               Right.

Lugo writes, "Marc Schiller, 172 lbs." on the picture.

INT. SUN GYM, STRETCHING ROOM - DAY

Lugo kneels next to Schiller on the mat.

                    DANIEL LUGO
          Any aches or pains before we get started?

                    MARC SCHILLER
          I'm cool.

Lugo guides Schiller's legs over his head.

There's a loud CRACK.  Lugo guides Schiller's legs back down.

INT. SUN GYM, WEIGHT ROOM - DAY

Lugo spots for Schiller on the weight bench.

Schiller heaves at the bar, but can't take it off the rack.  He
strains for a <u>really</u> long time.

                    DANIEL LUGO
          Aaand, stop.

INT. SUN GYM, CARDIO ROOM - DAY

Lugo watches Schiller flail on the elliptical cross-trainer.

                    MARC SCHILLER
          I played volleyball in college.

                    DANIEL LUGO
          That right?

                    MARC SCHILLER
          Intra-dorm.

                    DANIEL LUGO
          So you get any exercise...currently?

                    MARC SCHILLER
          My neighborhood's got a private jogging
          path, but it's all homos and housewives.

Lugo eyes THE ROLEX on Schiller's wrist.

                    DANIEL LUGO
          You spend most of your day at a desk?

                    MARC SCHILLER
          Fuck that.  I've got diversified
          interests.

Lugo speeds up the machine.  Schiller stumbles, his sneakers
slapping.

                    MARC SCHILLER (cont'd)
          You know that Schlotzky's deli near the
          airport?  That's me.  Owner-manager.

                    DANIEL LUGO
          No kidding.

                    MARC SCHILLER
          I do some stock trading, real estate.  I
          own a few greyhounds, for racing.  I'm a
          self-made man.  And my self is not
          ashamed to say it's made a lot of money.

Lugo turns off the machine and checks Schiller's heart rate.

                    DANIEL LUGO
          Maybe your self oughta spend some of it
          on a salad.

                    MARC SCHILLER
          You know who invented salad?  Poor
          people.

A phone rings.  Schiller pulls out his bulky cel phone.

                    MARC SCHILLER (cont'd)
                    (into phone)
          Yeah?  Fabulous.  Excellent.

He holds up a finger to an exasperated Lugo.

                    MARC SCHILLER (cont'd)
          My new 4Runner's in.
                    (into phone)
          Okay, have somebody drive it over.  And
          make sure it's a clean guy, not one of
          your Cubans from the garage.  I don't
          want any schmutz on my leather.

He covers the mouthpiece and looks at Lugo.

                    MARC SCHILLER (cont'd)
          You get up to where I am, don't forget to
          show the little fuckers who's boss.

Lugo makes a mark in Schiller's file, suppressing his annoyance.

**INT. SUN GYM, HALLWAY - DAY**

Lugo drops Schiller's file into a basket outside an office.  The
open door reads, "JOHN MESE, MANAGER."

Inside, a stocky, GRAY-HAIRED MAN polishes a GOLD TROPHY.

                    JOHN MESE
          New client, Danny?

                    DANIEL LUGO
          What have I always said?  The key to
          repeat business-

**INT. SUN GYM, OFFICE - DAY**

LUGO, SLIGHTLY YOUNGER, SITS WITH MESE, ALSO SLIGHTLY YOUNGER.

> DANIEL LUGO
> -is *new* business.  You can't build a
> muscle mecca without muscle.

Mese carefully examines Lugo's resumé before putting it down.

> JOHN MESE
> How much do you bench?

Trophies crowd Mese's desk: "Mr. Oklahoma - 1969," "AAU Fitness
Award - 1970."

> DANIEL LUGO
> Four hundred.

> JOHN MESE
> Squat?

> DANIEL LUGO
> More like five.

> JOHN MESE
> Why should I hire you?

> DANIEL LUGO
> If I don't triple your membership in
> three months, I'll quit.

> JOHN MESE
> That's a tall order.

> DANIEL LUGO
> I believe a man's reach should exceed his
> grasp.

Mese stands and offers his hand.  Lugo grips it.

> DANIEL LUGO (cont'd)
> One thing.  You should know I recently
> had some trouble with the law.

**INT. CONVENTION HALL - DAY**

A NAIVE CONVENTIONEER stares intently at the camera.

> NAIVE CONVENTIONEER
> So you really guarantee I can triple my
> investment in three months?

LUGO stands in front a booth, "LOWENSTEIN VENTURE CAPITALISTS."

Lugo grins and points to his nametag, "David Lowenstein."

                  DANIEL LUGO
     If I didn't, would I have put my name on
     the company?

The conventioneer considers this.  Then he pulls out his
checkbook.

**INT. COURTROOM - DAY**

At the DEFENSE TABLE, Lugo reads from a prepared statement.

                  DANIEL LUGO
     "I, Daniel Lugo, hereby acknowledge my
     guilt and I know what I did was wrong.
     There is no substitute for hard work, and
     I am a hard worker.  It will never happen
     again, for I have learned not to use
     intelligence for wrong actions to justify
     the good end."

Lugo looks up.  THE AMERICAN FLAG LOOMS BEHIND HIM.

               DANIEL LUGO (cont'd)
     America is a land of second chances, Your
     Honor.  I am only asking for mine.

THE UNSYMPATHETIC JUDGE brings down her gavel.  Guilty.

**EXT. OPA-LOCKA COMMUNITY CORRECTIONAL FACILITY - DAY**

Lugo steps out of the gate.  He wears A SHORT, PRISON HAIRCUT.

A TAXI rolls out from a line waiting by the fence.

A GUARD hands Lugo his possessions in a paper bag.

                 PRISON GUARD
     Got any plans?

The taxi stops.  The ad on the roof features A MAN IN A SUIT,
"GENE TOLLIVER'S GOLDEN DREAMS SEMINAR: YOUR FUTURE, TODAY!"

                  DANIEL LUGO
     A new one every day.

                 PRISON GUARD
     Any of them legal?

Lugo seethes.  He turns to the guard, opens his mouth to
retort...

AND IS DROWNED OUT BY THE SOUND OF A BLENDER.

**INT. SUN GYM, JUICE BAR - DAY**

TITLE: "Sun Gym Juice-Nasium."

Lugo mixes an orange juice and banana concoction in A BLENDER as two beefy weightlifters wait in line.

**INT. SUN GYM, GYM-BOREE - DAY**

TITLE: "Sun Gym-Boree."

Lugo crawls toward a fort made from stretching mats.  Toddlers cling to him, getting dragged along for the ride.

**INT. SUN GYM, STRETCHING ROOM - DAY**

TITLE: "Total Body Wax, Free at Sign-Up."

Lugo smears goo on a weightlifter's chest, then yanks it off. The guy screams.

> DANIEL LUGO (V.O.)
> Three months after I signed on, Sun Gym
> tripled its membership...

An overweight, middle-aged lady lies on the waxing table.  She smiles flirtatiously and spreads her legs.

> DANIEL LUGO (V.O.) (cont'd)
> As promised.

Lugo smiles back and leans in, goo in hand.

**EXT. LUGO'S APARTMENT - NIGHT**

Present-day Lugo pulls up to A DINGY, MULTI-UNIT APARTMENT BUILDING in his BEAT-UP FIERO.

> DANIEL LUGO (V.O.)
> Ed recognized my value.  I made Senior
> Fitness Coordinator by Christmas.  Perks
> included.

**INT. LUGO'S APARTMENT - NIGHT**

Lugo picks up the mail scattered inside his front door.

> DANIEL LUGO (V.O.)
> That's how it works.  You give, and you
> get back.

SEVERAL READ: "FINAL NOTICE."

**INT. LUGO'S APARTMENT, KITCHENETTE - NIGHT**

Lugo scoops powder from a tub labeled, "AMINO BULK BLASTER!"  He mixes it with water.

> DANIEL LUGO (V.O.)
> I've got to say...

He sits on a creaky barstool, depressed.  A fluorescent bulb buzzes.

>                         DANIEL LUGO (V.O.) (cont'd)
>               It felt really good to be doing so
>               awesome.

Lugo chugs his bulk blaster.

**INT. SUN GYM, STRETCHING ROOM - DAY**

Lugo helps Schiller stretch awkwardly atop a LARGE PURPLE BALL.

>                         MARC SCHILLER
>               I tried to sign up for that fucking
>               spinning class but it was full.

>                         DANIEL LUGO
>               Try Beginners.  7am.  That's got a few
>               slots left.

Schiller glances around.  The gym is bustling with clients.

>                         MARC SCHILLER
>               You must be pulling down decent money
>               with this place now.

>                         DANIEL LUGO
>               We're doing fine...

He watches Schiller struggle.

>                         DANIEL LUGO (cont'd)
>                    (leading)
>               Apart from the taxes.

>                         MARC SCHILLER
>               Tell me about it.  Fucking State of
>               Florida.

>                         DANIEL LUGO
>               Okay, other side.

Schiller turns over.  He wobbles unsteadily.

>                         MARC SCHILLER
>               That's why I've got a dummy corp off
>               shore.  Saves me thousands a year in Fed
>               Tax.  The IRS can't touch it.  And the
>               banks in the Bahamas aren't too strict on
>               documentation, which is sometimes nice.

>                         DANIEL LUGO
>               You got any money here in the states?

>                    MARC SCHILLER
>          Pal, where Marc Schiller goes, greenbacks
>          follow.  That offshore's stuff's just my
>          rainy day fund.

Lugo straightens Schiller's leg.

>                    MARC SCHILLER (cont'd)
>          If you ever build up any cash of your
>          own, I got a guy who can help you out.

>                    DANIEL LUGO
>          That's okay.

>                    MARC SCHILLER
>          It's not a problem.  I've got his beeper-

Lugo jerks Schiller's leg.  The ball shoots out from under him.
Schiller lands on his ass.

>                    DANIEL LUGO
>          Good effort.

**INT. SUN GYM, WEIGHT ROOM - DAY**

Later in the week, Lugo raises heavy dumbbells at a mirror.

ADRIAN DOORBAL, the large black man who injected himself
earlier, lightly steers Lugo's elbows.

>                    ADRIAN DOORBAL
>          Right, four more.  And three...and two-

Lugo loses his concentration.  The dumbbells drop.

>                    ADRIAN DOORBAL (cont'd)
>          What the fuck?  You been unfocused all
>          day.

>                    DANIEL LUGO
>          Do you ever just get tired of being where
>          you are?

>                    ADRIAN DOORBAL
>          I like it here.  Most of this shit is
>          new.

>                    DANIEL LUGO
>          In life, where you are in life.  Look at
>          us...

He gestures toward the mirror.  The two men stare at themselves -
- perfect, rippling examples of masculinity.

>                    DANIEL LUGO (cont'd)
>          Don't you think we deserve better?

Doorbal zeroes in on his own face.

**EXT. MIAMI STREET - DAWN**

Doorbal pedals a squeaky ten-speed bike through the quiet
streets.  The tires look like they're about to explode.

**EXT. FIESTA TACO - DAY**

Doorbal, in an apron and hairnet, hoses down the front stoop of
a fast food restaurant.

**INT. SUN GYM, WEIGHT ROOM - DAY**

Doorbal and Lugo stare at themselves.

>                    DANIEL LUGO
>          Don't you think we're meant to have more
>          shit come our way?

>                    ADRIAN DOORBAL
>          Yes, I do.

SCHILLER appears behind them in the mirror.

>                    MARC SCHILLER
>          Hey, sailor.  Grease the meat on your own
>          time.  My meter's running.

Lugo looks from Schiller to Doorbal.

>                    DANIEL LUGO
>          We'll do abs after closing.

**EXT. SCHILLER'S HOUSE - DAY**

Schiller stands in front of his BIG, SUBURBAN HOME.  In the
driveway, A LABORER hand-washes HIS BRAND NEW 4RUNNER.

Schiller testily points out a dull spot.

PULL BACK to find...

LUGO sitting in his Fiero, spying from across the street.

**INT. LUGO'S FIERO - DAY**

Lugo stares hard at the mailboxes at the foot of each perfect
driveway: "The Hendersons," "The Van Erts," "The Weintraubs."

>                    GENE TOLLIVER (O.S.)
>          You work hard.  You do what you're told.
>          And what does life serve you?  A shame
>          sandwich.

Lugo smiles ruefully.

>                    GENE TOLLIVER (cont'd)
>          Let me tell you, my friends, you deserve
>          better...

**INT. JUPITER BALLROOM - DAY**

CLOSE ON: GENE TOLLIVER and his fantastic swoop of hair.

>                    GENE TOLLIVER
>          And by coming here this morning, you've
>          taken the first step toward getting
>          exactly what you deserve.

Gene stalks a stage, barking into his microphone.  A banner
reads, "GENE TOLLIVER'S GOLDEN DREAM SEMINAR."

LUGO sits wedged in the packed front row, wearing HIS SHORT,
PRISON HAIRCUT.  He scribbles furiously in his packet.

>                    GENE TOLLIVER (cont'd)
>          Now, if I've learned one thing in my
>          struggle toward financial independence,
>          it's that every person in America is
>          either a DO-ER or a DON'T-ER.

Lugo puts his pencil down, intrigued.

>                    GENE TOLLIVER (cont'd)
>          And if I can get you to believe one thing
>          today, it would be this: don't be a don't-
>          er.  Do be a do'er.

The crowd nods at this sage wisdom.

>                    GENE TOLLIVER (cont'd)
>          But I hear you asking, "Gene, easy enough
>          for you to say, you've already *done*.
>          How's a guy like me supposed to *do*?"

The crowd laughs ruefully.

>                    GENE TOLLIVER (cont'd)
>          Well, it's simple.  I don't know why God
>          gave us ten fingers, 'cause we're only
>          gonna need three.

HE TICKS THEM OFF as he recites.

>                    GENE TOLLIVER (cont'd)
>          Get a goal.  Get a plan.  And get up off
>          your ass.

Tolliver steps to the edge of the stage.  He points at Lugo.

>            GENE TOLLIVER (cont'd)
> It's the do'ers that run this world.
> It's the don't-ers who sit home and watch
> it on TV.  Which one are you?

>            DANIEL LUGO
> Me?

>            GENE TOLLIVER
> You see someone else sitting in your
> seat?  Come on, which one are you?

>            DANIEL LUGO
> A do'er?

>            GENE TOLLIVER
> Is that a question?

>            DANIEL LUGO
> A Do-er!

>            GENE TOLLIVER
> Damn right, you are!

The audience rises, exploding into applause.

>            GENE TOLLIVER (cont'd)
> Say it with me!  DON'T BE A DON'T-ER.  DO
> BE A DO-ER!

>            CROWD
> DON'T BE A DON'T-ER!  DO BE A DO-ER!

Lugo stands, screaming, pumping his fist.

**INT. SUN GYM, POOL - DAY**

SCHILLER flails in the water, struggling to catch his breath.

>            DANIEL LUGO (V.O.)
> Gene taught me a lot.  I've got all his
> tapes.

Lugo waits at the end of the pool.

>            DANIEL LUGO (V.O.) (cont'd)
> He made me see who I really am.

Schiller washes in, smacking his hand on the cement.

>            DANIEL LUGO (V.O.) (cont'd)
> I'm a do'er with a three-fingered plan.

Schiller hangs there, gasping for air.

>            DANIEL LUGO (V.O.) (cont'd)
> Finger one, find someone with money.

INT. SUN GYM, SAUNA - DAY

Lugo and Schiller relax in their towels.  Steam swirls.

> DANIEL LUGO (V.O.)
> Finger two, make him give you everything
> he owns.

Schiller shows Lugo his Rolex up close.

INT. SUN GYM, CARDIO ROOM - DAY

Schiller and Lugo jog on side-by-side treadmills.  Schiller says
something slightly amusing.

> DANIEL LUGO (V.O.)
> Finger three...get rid of him.

Lugo laughs uproariously.

INT. SUN GYM, WEIGHT ROOM - DAY

A WELL-BUILT PAUL DOYLE does lat pulls.  A SPIDER-WEBBED CROSS
TATTOO stretches on his shoulder blade.

> DANIEL LUGO (V.O.)
> Adrian loved the idea.  But to implement
> a plan of this intensity, we needed to
> secure another operative.

LUGO AND DOORBAL stand near the door, watching.

> DANIEL LUGO (V.O.) (cont'd)
> A guy up to my standards.

Lugo appears in the mirror behind Doyle.

> DANIEL LUGO (cont'd)
> Where'd you do your time?

Doyle studies Lugo for a long moment.

> PAUL DOYLE
> Up north.

> DANIEL LUGO
> (taps his chest)
> Opa-Locka Community Correctional.  Switch
> to overhand.

Lugo holds the bar as Doyle switches his grip.

> DANIEL LUGO (cont'd)
> It ups the stress on your lats.
> (nonchalant)
> So what were you in for?

Move in on Doyle considering the question...

**EXT. LONG ISLAND FAIRGROUND - DAY**

CLOSE ON: A LINE OF COCAINE.

Doyle snorts it off the back of his hand, then goes back to tightening a nut on...

THE OCTOPUS RIDE AT THE COUNTY FAIR.  He blinks, bleary.

> PAUL DOYLE (V.O.)
> I'll be honest with you, I used to have a little bit of a drug problem.

LATER, THE OCTOPUS whirls in full swing.

At the operator's booth, Doyle flirts with a trashy blonde.  He dangles a baggie of coke.

> PAUL DOYLE (V.O.) (cont'd)
> It got so it interfered with my work.

SPRONG.  ONE OF THE OCTOPUS CARS SHEARS OFF THE RIDE AND GOES FLYING OFF CAMERA.

Doyle only vaguely notices.

> PAUL DOYLE (V.O.) (cont'd)
> I got three years for negligence, reckless injury, and child endangerment.

Off-screen, carnival-goers scream.

> PAUL DOYLE (V.O.) (cont'd)
> But it wasn't like anybody died.

**EXT. CONGREGATION OF LIGHT, MIAMI - DUSK**

AN ELECTRIC CROSS tops the steeple of a STUCCO CHURCH.

> PAUL DOYLE (V.O.)
> I got the Message inside.  And when I got out, I stuck with it.

Doyle climbs the front steps, a duffle bag over his shoulder.

**INT. CONGREGATION OF LIGHT, RECTORY - DAY**

An oil painting of Jesus opening his arms to a gang of interracial children hangs on a panelled wall.

PASTOR RANDY sits on the couch with Doyle.

> PASTOR RANDY
> Curfew's nine o'clock on weekdays, 10 on weekends.

                         PASTOR RANDY (cont'd)
            There's a multiplex down the street.  I
            happen to be a big fan of their half-
            price Tuesdays.

Doyle looks up at the painted face of a little Chinese boy.

                         PAUL DOYLE
            That sounds really super.

**INT. SUN GYM, STRETCHING ROOM - DAY**

Lugo and Doyle KICK-BOX in headgear and gloves.

Doyle lands a jab to Lugo's jaw.  Lugo goes down on one knee.

                         PAUL DOYLE (V.O.)
            Daniel was really encouraging about my
            self-improvement.

Seeing Lugo hurt, Doyle drops his guard.

SMACK!  Lugo punches Doyle in the face, then kicks out his legs,
knocking Doyle to the mat.

                         PAUL DOYLE (V.O.) (cont'd)
            He said I reminded him of him.

Doyle pulls off his headgear, winded and confused.

Lugo smiles down, benevolent.

                         DANIEL LUGO
            You want to get a beer?

                         PAUL DOYLE
            I quit drinking.

                         DANIEL LUGO
            Beer's just an expression.

**INT. SOLID GOLD - NIGHT**

A REDHEADED STRIPPER, BEATRIZ WEILLAND, holds up a REMOTE
CONTROL with a little steering wheel.  The crowd hoots.

She presses a button and a MODEL FERRARI buzzes onto the stage.
She lies down and spreads her legs.

The little red car shoots straight for her crotch...

Doyle sits next to Doorbal in a booth.  He stares, mesmerized,
as the CAR REVS.

A waitress brings their drinks.

                         WAITRESS
            Coke and a vodka rocks.

Markus & McFeely  1.21.11     16.

Doyle sips his coke, unenthusiastic.

Doorbal pulls A MILKY WATER BOTTLE from his bag.  He unscrews
the top and dumps it into his drink.

He stirs it and sips.  He sees Doyle looking.

                    ADRIAN DOORBAL
          My trainer wants me to add 15 pounds by
          the end of the year.

                    PAUL DOYLE
          So...what is that?

                    ADRIAN DOORBAL
                  (as if it's obvious)
          Breast milk.

Doyle stares a long moment.  Doorbal holds out the bottle.

                    ADRIAN DOORBAL (cont'd)
          Want to try?

                    PAUL DOYLE
                  (queasy)
          I'm good.

Across the bar, Lugo waves Doyle over.  Relieved, Doyle goes to
where Lugo talks to a dancer, SABINA PETRESCU.

                    DANIEL LUGO
          Paul, what do you think of Sabina?

Doyle looks at the woman.  She smiles shyly.

                    PAUL DOYLE
          She's, um...

                    DANIEL LUGO
          Exactly.  She's perfect.  And we thought
          we were going to have to cast in London.

                    SABINA PETRESCU
          Please to tell me again what is this
          movie you are making?

                    DANIEL LUGO
          It's a music video.  Big budget.  Sets,
          cars, the Eiffel Tower.  It'll be
          amazing.  But I'm really more the visual
          guy.

Lugo wraps an arm around Doyle.

                    DANIEL LUGO (cont'd)
          Paul here's the music expert.  Tell her
          about the song, Paul.

                         PAUL DOYLE
              Well...

Sabina looks into his eyes.  She purses her collagen lips.

                         PAUL DOYLE (cont'd)
              It's a Latin number.  Really hot.
              Enrique, he's the singer, he falls for
              this beautiful woman and, um, follows her
              all the way to London.

Sabina claps her hands.  Lugo grins at Doyle - *you passed*.

Across the room, A BLACK WOMAN with red pigtails and a plaid
skirt grinds in Doorbal's lap.

Doorbal looks uncomfortable.  The naughty schoolgirl gives his
crotch a squeeze.

                         NAUGHTY SCHOOLGIRL
              What's the matter, baby?  You give at the
              office?

Doorbal pouts.

**INT. SOLID GOLD, BACK BOOTH - NIGHT**

Lugo points with A SWIZZLE STICK SHAPED LIKE A NAKED GIRL.

                         DANIEL LUGO
              The superior guy with superior goals
              takes first place in every race.

Lugo, Doorbal and Doyle sit in a secluded booth.

                         DANIEL LUGO (cont'd)
              Only something's wrong.  We're not in
              first place.  We're being kept down by
              people too afraid to engage us in honest,
              head-to-head competition.

Lugo taps the table emphatically.

                         DANIEL LUGO (cont'd)
              They cheated to get where they are, and
              they're cheating to stay there.
                         (beat)
              I've got a plan to change all that.

**EXT. SCHLOTZKY'S DELI - DAY**

MARC SCHILLER, a cigar in his mouth, leans against his gleaming
4RUNNER.  The "SCHLOTZKY'S" sign rises high into the sky.

Schiller smiles straight into the camera.

                         MARC SCHILLER
                 Pretty sweet, eh?

**INT. SOLID GOLD, BACK BOOTH - NIGHT**

Doyle stares at the ice in his glass.

                         PAUL DOYLE
                 Are you fucking serious?  We can't kill
                 some guy and take his stuff.

                         DANIEL LUGO
                 Of course we can.  We're Do-ers.

                         PAUL DOYLE
                 I just got out.  I'm not going back in.

                         DANIEL LUGO
                 Going back in means getting caught.
                 That's not going to happen.  No one's
                 gonna miss this guy when he's gone.

Doyle stares at Lugo.  THE ALARM BEEPS on his digital watch.

                         PAUL DOYLE
                 I'm sorry.  I can't.
                         (standing)
                 I got church.

Doyle leaves.  Lugo and Doorbal look at each other.

**INT. CONGREGATION OF LIGHT  - DAY**

Doyle, in spattered coveralls, stands on a ladder.

                         PAUL DOYLE (V.O.)
                 In the desert, Jesus resisted Satan's
                 temptations for forty days.

He dabs white paint on a statue of St. Jude.

                         PAUL DOYLE (V.O.) (cont'd)
                 I'd only been in Miami two weeks.

A row of white-eyed Saints stares back at Doyle.

                         PAUL DOYLE (V.O.) (cont'd)
                 The desert was starting to sound pretty
                 good.

PASTOR RANDY stands in the door.

                         PASTOR RANDY
                 After you're done there, Paul, one of our
                 Bible Study students just vomited in the
                 vestibule.

Doyle sags.  Pastor Randy taps his foot impatiently.

>                         PASTOR RANDY (cont'd)
>            Christ washed the feet of lepers, Paul.
>            The least you could do is mop up a little
>            puke.

**INT. DOORBAL'S APARTMENT - NIGHT**

On TV, a topless woman works a leg press.  Sweat pours down her
silicone chest.  Synthesizer music plays.

Doorbal slips his hand into his pants, watching porn.

The woman does bench presses as another woman spots her.

Doorbal works his crotch furiously.  His brow furrows.

The spotter kneels down and kisses the woman.

Doorbal works harder, BUT NOTHING HAPPENS.  He concentrates...

>                         ADRIAN DOORBAL
>            OW!  FUCK!

Doorbal whips his hand out of his pants and SHOVES the
television off its stand.

The TV lands with a thud.  The screen winks out.

>                         SABINA PETRESCU (O.S.)
>            You seem sad, baby.

**INT. SOLID GOLD - NIGHT**

Lugo and Sabina sip drinks in a cozy booth.

>                         DANIEL LUGO
>            Just problems at work.

>                         SABINA PETRESCU
>            You are making another video?

He looks at her earnestly.

>                         DANIEL LUGO
>            You would not believe how hard it is to
>            convince some people of the rightness of
>            your vision.

>                         SABINA PETRESCU
>            It will work out.  You are go getter, and
>            anyone who does not see that is not
>            looking.

Lugo smiles.  He stands, holding out his hand.

> DANIEL LUGO
> You are a special lady, you know that?

She grins, taking his hand.

> SABINA PETRESCU (V.O.)
> Daniel Lugo was everything I used to
> dream about when I dreamed about America.

INT. AUDITORIUM - NIGHT

TITLE: "1990, Miss Romania Pageant."

Sabina, in evening gown and "MISS SLOBOZIA" sash, stands
nervously with five other contestants.

> SABINA PETRESCU (V.O.)
> You see, I knew heartbreak early.

A TUXEDO-ED EMCEE makes his announcement in Romanian.  Two girls
down from Sabina, MISS BUCHAREST weeps with joy.

> SABINA PETRESCU (V.O.) (cont'd)
> Then and there I saw that Romania was not
> big enough for both Ludmila Drăgănesti
> and myself.

Sabina chokes back a sob as Miss Bucharest is showered with
flowers and a crown.

EXT. SECLUDED ROAD, MEXICO - DAY

Sabina, in a wet Señor Frog's T-shirt and high heels, climbs
into an open car trunk.  She pulls a blanket over her head.

> SABINA PETRESCU (V.O.)
> I knew the only place a woman like me
> could be appreciated was in United
> States.

TITLE: "1992, Tijuana, Mexico."

A very happy Mexican man shuts the trunk.

INT. SOLID GOLD - NIGHT

Sabina works the pole, eyeing Lugo in the front row.

> SABINA PETRESCU (V.O.)
> When I met Daniel, I knew he was man of
> my dreams.  He, like me, understood
> sacrifice, hard work, and what it took to
> succeed in America.

**EXT. SOLID GOLD, PARKING LOT - NIGHT**

Lugo fucks Sabina awkwardly on the slanted hood of his tiny
Fiero.  The parking brake squeaks in rhythm.

> SABINA PETRESCU (V.O.)
> Daniel Lugo had that 'can-do' spirit.

The front tire blows.  BANG.

**INT. DR. BJORNSON'S OFFICE - DAY**

A sign reads, "Dr. Olaf Bjornson -- Infertility, Sterility,
Impotence and Erectile Dysfunction."

Doorbal takes a clipboard up to the front desk.

> ADRIAN DOORBAL
> I think I'm done.

CINDY ELDRIDGE, a nurse in her 30's, reviews his file.

> CINDY ELDRIDGE
> Mr. Doorbal, are you currently using
> steroids?

Doorbal looks over his shoulder.  Several men look up at him.

> ADRIAN DOORBAL
> No, ma'am.

> CINDY ELDRIDGE
> When was the last time you injected?

> ADRIAN DOORBAL
> Monday.

> CINDY ELDRIDGE
> Well, Adrian, for the doctor's purposes,
> that still counts as using.

> ADRIAN DOORBAL
> Okay.  I see.
>     (whispering)
> But Monday was the last one, I swear.  I
> threw it all away.

He fights back a tear.

> ADRIAN DOORBAL (cont'd)
> I think it messed me up.

Cindy rests a hand on his thick arm.

> CINDY ELDRIDGE
> It's all right, Adrian.  The problems
> you're having now, they're going to go
> away just like that.

Doorbal stares down at the carpet, trying to control himself.

> CINDY ELDRIDGE (cont'd)
> Look at me.

He looks up.  She smiles, angelic.

> CINDY ELDRIDGE (cont'd)
> Adrian.  You've made a very brave
> decision coming here today.  I don't
> think there's anything sexier than that.
> I'm sure your girlfriend is very proud.

> ADRIAN DOORBAL
> I'm...not currently seeing anybody.

They smile at each other.

**EXT. CONGREGATION OF LIGHT - DAY**

Doyle sweats in rubber gloves and a "TEAM JESUS" T-shirt as he
scrapes bird shit off the church steps in the hot sun.

A horn honks.  He looks up.

And there stands DANIEL LUGO beside his red Fiero.

> DANIEL LUGO (O.S.)
> I've been thinking about what you said,
> Paul.

**INT. FIERO - DAY**

Lugo cruises along South Beach.  From the passenger seat, Doyle
stares at the glossy WOMEN and gleaming SPORTS CARS.

> DANIEL LUGO
> And you're right.  I was too aggressive.

The Fiero stops at a light.  A GORGEOUS WOMAN IN A CONVERTIBLE
pulls up alongside.

> DANIEL LUGO (cont'd)
> I was lifting a max load when I could get
> the same results by upping my reps and
> using less weight.

Doyle smiles at the woman.  She smiles back.  Then the light
turns green and the woman is gone.

> PAUL DOYLE
> What?

>                    DANIEL LUGO
>          We don't have to kill him.  It'll be a
>          straight-up kidnapping all the way.

Doyle watches the convertible round the corner.  Finally, he
turns to Lugo.

>                    PAUL DOYLE
>          Okay.

**INT. THE SPY SHOP - DAY**

MYSTERIOUS VIEW THROUGH NIGHT GOGGLES: two bright green shapes
blur.  One of the green shapes speaks:

>                    DANIEL LUGO
>          Adrian, put it down.

Doorbal puts down the night goggles and we see...

Lugo and Doyle examining a rack of TASER GUNS.

THE SPY SHOP CLERK eyes them from under an American flag.

>                    SPY SHOP CLERK
>          Those are for police use only.

>                    DANIEL LUGO
>          It's okay.  We're Tampa P.D.

>                    SPY SHOP CLERK
>          I'll need to see your badge.

Lugo glares at the little man.  Doyle notices a "Jesus Saves"
sticker on the cash register.

>                    PAUL DOYLE
>          Actually, we're retired off the job.
>          We're doing security for a music group.
>          You haven't heard of Stryper, have you?

Behind the clerk hangs a framed picture of a lighthouse shrouded
in fog: "God is the Way and the Light."

>                    SPY SHOP CLERK
>          You guys are working for Stryper?  I
>          thought they broke up.

>                    PAUL DOYLE
>          They're starting a reunion tour next
>          month, and they need more security.  It'd
>          be nice if they didn't, but I guess we
>          don't live in that kind of world.

Doyle and the clerk shake hands.

                    SPY SHOP CLERK
        "Never again will an oppressor overrun my
        people, for now I am keeping watch."

                    PAUL DOYLE
            Okay.

                    SPY SHOP CLERK
            Let me show you the M series.

Lugo smiles as the clerk unlocks the taser case.

                    DANIEL LUGO (V.O.)
            At that moment, I knew I had assembled a
            reliable and creative team.  We
            immediately went into the test phase on
            several capture scenarios.

**EXT. SCHILLER'S HOUSE, BACKYARD - NIGHT**

Schiller's house sits under a full Miami moon.

Lugo vaults over the fence and lands, catlike, on the grass.  He
raises three fingers, then ticks them down one at a time.

Two more figures come over the fence.  In BURNT CORK MAKE-UP AND
CAMO, Lugo, Doorbal and Doyle creep up to the house.

Lugo peers in the dining room window...and freezes.

Inside, Schiller sits with ELEVEN OTHER PEOPLE at a table filled
with food.  A MENORAH flickers on the side table.

                    DANIEL LUGO
                    (hissing)
            Mission abort!  Mission abort!

**EXT. SUBURBAN STREET - NIGHT**

Lugo, Doorbal and Doyle hustle down the street to their van.

The only sounds are the thumping of their heavy boots and the
jingling of the handcuffs at their sides.

**EXT. GIANT H POOL AND BARBECUE - DAY**

A BRAND-NEW 4RUNNER sits in the lot.

A RED FIERO parks IN FRONT of the 4Runner.

A WHITE VAN parks BEHIND the 4Runner, BOXING IT IN.

**INT. FIERO - DAY**

Lugo raises a walkie-talkie.

                          DANIEL LUGO
             Time to hit the slopes.

**INT. WHITE VAN - DAY**

Doyle and Doorbal pull on ski masks.  A walkie-talkie sits on
the dash.

                          DANIEL LUGO (O.S.)
             Prepare to neutralize target.

                                              INTERCUT:

**EXT. GIANT H POOL AND BARBECUE - DAY**

Schiller exits the store, carrying a huge bag of charcoal.

Lugo, Doorbal and Doyle eye him as he heads to his car.

Schiller drops his keys.  He stoops to pick them up.

HE COMES CLOSER.  Lugo tightens his grip on the wheel.

CLOSER.  Doorbal taps nervously on the dash.

FINALLY, Schiller reaches his 4Runner...

FIVE SPACES FROM THE IDENTICAL 4RUNNER LUGO HAS BLOCKED IN.

Schiller starts his engine and drives away.

The Fiero and White Van just stay there, parked.

                          DANIEL LUGO
             Um...mission abort.

**EXT. SCHILLER'S NEIGHBORHOOD - NIGHT**

Halloween.  Dozens of costumed kids swarm the neighborhood.

A VERY LARGE NINJA strolls around the corner.  He pulls down his
mask to get a better view of Schiller's house.

It's Doyle.  He glances around, then waves forward...

Doorbal as A BIG PIRATE, and Lugo as AN OPEN-SHIRTED VAMPIRE.

They stroll calmly up Schiller's drive.  Doyle draws his ninja
sword.  It's not plastic.

At the door, they find A BOWL OF CANDY on a chair.

A sign reads, "TAKE ONE AND LEAVE.  DON'T BOTHER RINGING THE
DOORBELL, I'M NOT HOME."

Doorbal looks into the dark windows.

                        ADRIAN DOORBAL
            Danny?  I think maybe he's telling the
            truth.

Lugo glares.  He rings the doorbell anyway.  Again and again.

Finally, he makes a sack of his vampire cape and DUMPS IN THE
ENTIRE BOWL OF CANDY.

The three men storm away, pushing past a couple of kids dressed
like hobos.

The kids reach the empty bowl.  One calls out after them:

                        HOBO KID
            Asshole!

**EXT. SOLID GOLD - NIGHT**

The red Fiero and the white van sit in the strip club lot.

                        DANIEL LUGO (O.S.)
            Gentlemen, you've taught me a lot about
            failure.

**INT. SOLID GOLD - NIGHT**

Lugo, Doorbal and Doyle huddle in a corner booth.

                        DANIEL LUGO
            Tomorrow, I'm teaching you something
            about success.  Tomorrow, we do not come
            back without our prize.

Lugo lifts his shirt and points to his ROCK-HARD ABS.

                        DANIEL LUGO (cont'd)
            Gut check, gentlemen.

Doorbal and Doyle nod grimly.

**INT. SCHLOTZKY'S DELI - DAY**

A FAT GIRL and A PIMPLY BOY stand together, wearing striped
aprons and paper hats.

Schiller paces in front of them.

                        MARC SCHILLER
            Look at yourselves.  You handle food.

He glares at the pimply boy.

                        MARC SCHILLER (cont'd)
            What is this, herpes?  Soap, water.  Get
            out in the sun.  How hard can it be?

He steps to the fat girl.

>                    MARC SCHILLER (cont'd)
>          And sweetheart, it would be nice if at
>          least some of the pastrami got into the
>          sandwiches.

Schiller reaches behind the counter, grabs a pickle and bites
into it with a loud crunch.  On his way out the door:

>                    MARC SCHILLER (cont'd)
>          No wonder I'm losing money on this place.

The fat girl sobs.  Pimply teen puts his hand on her shoulder.
She slaps it off.

**EXT. SCHLOTZKY'S DELI - DAY**

Schiller walks to his 4Runner, still eating his pickle.  He
beeps his alarm off.

A GIANT MAN IN A SKI MASK steps out from behind a dumpster,
getting between Schiller and his car.

Schiller stops.  He chews his pickle, then swallows.

>                    MARC SCHILLER
>          What are you, fucking skiing?  This is
>          Miami.

The masked giant says nothing.

Schiller throws his pickle and breaks for his car.

The pickle bounces off Doorbal's chest.  He grabs Schiller by
the neck, pressing A STUN GUN into his side.

Schiller yelps and goes limp.

**INT. WHITE VAN - DAY**

Doorbal dumps Schiller inside.  He pulls off his mask.

Lugo turns around in the driver's seat.

>                    DANIEL LUGO
>          Excellent execution.  Let's head for the
>          rendezvous point.

Schiller stirs.  DOORBAL ZAPS HIM AGAIN.  Schiller seizes.

>                    ADRIAN DOORBAL
>          You should try this, Danny.  It totally
>          works!

Doorbal rips off Schiller's Star of David necklace.

>               ADRIAN DOORBAL (cont'd)
>     We got ourselves a genuine matzo ball.

He giggles and zaps Schiller again.

**INT. SPEED RACER WAREHOUSE - DAY**

Doyle sits in the middle of an empty warehouse.  He jumps when his walkie-talkie squawks.

>               DANIEL LUGO (O.S.)
>     Loosen the perimeter.  The eagle has
>     landed.

Doyle opens the warehouse door.  The white van drives in.

>                         FADE TO BLACK.

>               MARC SCHILLER (V.O.)
>     I was born in Bogota, Colombia but I grew
>     up in New York City.  I put myself
>     through college working six nights a week
>     at a Pizza Hut.  I was comptroller for a
>     multimillion dollar pipeline company
>     operating out of barely civilized nation-
>     states in South and Central America.  I
>     put up with a lot of shit to get where I
>     am, and if you think a little slapping
>     around's gonna break me, then you don't
>     know Marc S. Schiller.

Slowly, cracks of light come into focus.  Through his poorly applied blindfold, Schiller sees a figure step up...

AND SLAP HIM ACROSS THE FACE.

>               MARC SCHILLER (cont'd)
>                   (weakly)
>     Please don't kill me.

**INT. SPEED RACER WAREHOUSE - NIGHT**

Schiller sits bound to a folding chair.  A DUCT TAPE BLINDFOLD squeezes his face.  Blood dries under one nostril.

Lugo, Doorbal and Doyle stand over him.

>               DANIEL LUGO
>     Excuse me?  I didn't catch that.

LUGO BACKHANDS SCHILLER.  He leans in, echoing a familiar phrase.

>               DANIEL LUGO (cont'd)
>     Now, got any aches or pains before we get
>     started?

Schiller spits blood.  It splatters down his white shirt.

>              MARC SCHILLER
>     Lugo?  What do you want?

>              DANIEL LUGO
>     I just want to maximize your potential.
>     Marc.

LUGO SLAPS HIM AGAIN.

>              MARC SCHILLER
>     Take my car.  Take whatever's in my
>     wallet.

Doorbal picks up Schiller's chair and SLAMS HIM to the concrete.

>              DANIEL LUGO
>     Now, Marc.  We got homes to go to and
>     people who love us.  So don't waste any
>     more of our time with this shit about
>     your wallet.

Lugo kicks Schiller's chair backwards onto the floor.  Then he
kneels down by Schiller's head.

>              DANIEL LUGO (cont'd)
>     First, you're gonna tell us about your
>     home and office.  Then you're gonna make
>     some phone calls.

**EXT. SCHILLER ENTERPRISES - DAY**

A door in a courtyard mall reads, "Marc S. Schiller, Inc."

>              MARC SCHILLER (O.S.)
>     Hello, you've reached the office of Marc
>     S. Schiller.  I'm not in to take your
>     call right now...

Doyle strolls up to the door.  A woman walks past.  She and
Doyle exchange polite nods.

>              MARC SCHILLER (O.S.) (cont'd)
>     Because I'm fucking being held hostage!
>              (the sound of a scuffle)
>     BEEP.

Doyle casually takes out a set of keys and unlocks the door.

**INT. SCHILLER ENTERPRISES - DAY**

Doyle rifles through the files, setting aside DOCUMENTS.

>              MARC SCHILLER (O.S.)
>              (wearier this time)
>     Hello.

> MARC SCHILLER (O.S.) (cont'd)
> You've reached the office of Marc
> Schiller.  I'm not in to take your call
> right now.

Doyle empties the WALL SAFE.

> MARC SCHILLER (O.S.) (cont'd)
> I'll be out of the office indefinitely.
> I apologize for the inconvenience.
> Please leave a message at the tone.

Doyle turns out the lights, and closes the door behind him.

BEEP.

**INT. SPEED RACER WAREHOUSE - DAY**

The contents of Schiller's safe lie on the table: CHECKBOOKS,
PHOTOS, RECEIPTS, INSURANCE POLICIES, BANK STATEMENTS.

Blindfolded, Schiller sits at the table with a TELEPHONE.

Lugo holds THE RECEIVER up to one of Schiller's ears.  Doorbal
holds THE STUN GUN to the other.

INTERCUT SEVERAL PHONE CALLS:

> MARC SCHILLER
> Hi, Rabbi Melman?

> MARC SCHILLER (cont'd)
> Hola, Mrs. Martinez?

> MARC SCHILLER (cont'd)
> Debra, Sweetie?

> MARC SCHILLER (cont'd)
> It's Marc Schiller.

> MARC SCHILLER (cont'd)
> Señor Schiller.

> MARC SCHILLER (cont'd)
> That's right, baby, it's your nookie man.

> MARC SCHILLER (cont'd)
> Listen, Rabbi, I'm going to be missing
> Services for a while.

> MARC SCHILLER (cont'd)
> There's no need for you to clean the
> house anymore.

> MARC SCHILLER (cont'd)
> I met somebody else...and we're moving to
> Puerto Rico.

                    MARC SCHILLER (cont'd)
Shalom.

                    MARC SCHILLER (cont'd)
Goodbye.

                    MARC SCHILLER (cont'd)
I hope you can forgive me.

Lugo hangs up the phone.  Schiller sags.

**EXT. SHUCKER'S ON THE BAY - NIGHT**

Doorbal and CINDY ELDRIDGE share A DEEP-FRIED ONION BLOSSOM.
The lights above them reflect in the water below.

                    ADRIAN DOORBAL
You look great.

                    CINDY ELDRIDGE
So do you.
        (romantically)
Seems like somebody's back to his old
self.

Doorbal blushes.

                    ADRIAN DOORBAL
Getting there.  Thanks to you.

                    CINDY ELDRIDGE
You mean Dr. Bjornson.

HE TAKES HER HAND AND PUTS IT ON HIS CROTCH.

                    ADRIAN DOORBAL
Do I?

She looks into his eyes, touched.

                    MARC SCHILLER (O.S.)
Could I get some water here?  I'm choking
on my goddamn tongue.

**INT. SPEED RACER WAREHOUSE - NIGHT**

Schiller coughs, strapped to the chair, still blindfolded.
Across the room, Doyle bites his lip.

                    MARC SCHILLER
Are any of you assholes even here?

Doyle fills a dirty coffee cup with water.

                    PAUL DOYLE
Here.

He holds it to Schiller's lips.  Schiller gulps, dripping water down his face.

Doyle stretches out his shirt sleeve and wipes Schiller off.

                    MARC SCHILLER
          Thanks.

                    PAUL DOYLE
          Sure.

Doyle looks at Schiller.  Where the blindfold cuts into his nose, Schiller's flesh is RED AND RAW.

INT. SUN GYM, LOBBY - DAY

TIFFANY, the teenage counter girl, checks in A WELL-MUSCLED COUPLE.  She giggles when Lugo approaches.

                    TIFFANY
          Hello, Mr. Lugo.

He glances at the clock on the wall.

                    DANIEL LUGO
          Tiffany, have you seen my eleven o'clock?

                    TIFFANY
          You mean Mr. Schiller?  No, sir.
               (looking at the clock)
          Jeez, I guess he's late.

                    DANIEL LUGO
          And he didn't call or anything?

                    TIFFANY
          Nuh-uh, Mr. Lugo.  I'd have told you that
          right away.

Lugo gives a shrug to the couple at the counter.

                    DANIEL LUGO
          Huh.  I guess some people just don't care
          about fitness.

INT. SPEED RACER WAREHOUSE - NIGHT

An open box of MAXI-PADS rests next to a grocery bag.

Doyle unwraps a sanitary napkin and gently tucks it under Schiller's blindfold.  Blood soaks the cotton.

                    MARC SCHILLER
          You're nicer than the other two.

                    PAUL DOYLE
          You just don't know them.

The door opens.  Doorbal walks in for his "shift."

He takes one look at Schiller's maxi-pad and cracks up.

> ADRIAN DOORBAL
> What, are you having your fucking period?

**EXT. SPEED RACER WAREHOUSE - DAY**

Lugo's Fiero drives up, LOVERBOY'S "WORKIN' FOR THE WEEKEND" blasting from his window.

He gets out, sipping a travel mug of coffee and carrying a briefcase.

**INT. SPEED RACER WAREHOUSE - DAY**

Schiller slumps unconscious, a dark stain soaking his crotch.

> DANIEL LUGO
> What's up with him?

> ADRIAN DOORBAL
> He kept beefing about having to take a
> whiz.  So I said what's stopping you.

Lugo chuckles.  He opens his briefcase.  Inside, a Zippo lighter lies atop a pile of bank documents.

Lugo holds the lighter to Schiller's moustache.  It goes up in a flash.  Schiller jerks his head up, screaming.

Doorbal laughs.  Schiller has half a moustache.

> DANIEL LUGO
> Good morning, Marc.  Today we're going to
> talk about bank accounts.  How do you
> feel?  Up to it?

Schiller whimpers and licks at his burnt lip.

> DANIEL LUGO (cont'd)
> Great.  Let's begin.

**INT. SABINA'S APARTMENT - NIGHT**

Lugo shuts the door and puts his gym bag and briefcase down on a purple chair shaped like a giant high-heeled shoe.

He looks across the room.

> DANIEL LUGO
> What the hell are you doing?

Sabina hangs upside down from gravity boots.  She wears a pink leotard, a white thong, and Lugo's NIGHT-VISION GOGGLES.

                         SABINA PETRESCU
                Trying to see who you really are.  That's
                what, smart pants guy.

She flips up and gets off the rack.

                         DANIEL LUGO
                How long have you been upside down?

                         SABINA PETRESCU
                You are not who you say you are.  A music
                video producer does not need these
                glasses that see in the dark.

Sabina takes off the goggles and shakes them at him.

                         SABINA PETRESCU (cont'd)
                He doesn't disappear and not have an
                office and drive a Fiero.

                         DANIEL LUGO
                Look, sugar-

                         SABINA PETRESCU
                Where is London?  When is my video?  What
                is going on?

Lugo takes a seat on the couch and steeples his fingers.

                         DANIEL LUGO
                Sabina.  I need you to sit down and
                listen very carefully.

She sits beside him.  He takes the goggles.

                         DANIEL LUGO (cont'd)
                You're right.  I haven't been truthful
                with you.  And believe me, it's hurt and
                it's been hard.  But if this relationship
                is ever going to be real, you've got to
                understand my work.

He looks deeply at her.

                         DANIEL LUGO (cont'd)
                What I told you was a cover story.  One
                given to me by my control supervisors at
                the CIA.  The Central Intelligence
                Agency.

Sabina gasps.

                         DANIEL LUGO (cont'd)
                These goggles, they're government issue.
                And I guess, in a way, so am I.

                    SABINA PETRESCU
          Daniel—

                    DANIEL LUGO
          No, it's better if you hear it all.  I've
          seen things.  Done things.
                    (rubbing his eyes)
          One time, in Hong Kong, I had to live for
          a week in a tree.

Lugo stares at the floor, haunted by his memories.

Sabina jumps into his lap, kissing him all over.

**INT. SPEED RACER WAREHOUSE - DAY**

Doyle reads to a blindfolded Schiller from Fortune magazine.

                    PAUL DOYLE
          "The Securities and Exchange Commission
          released a statement announcing an
          investigation of the company, which has
          been trading on the N-Y-S-E since 1972."

Doyle lowers the magazine.

                    PAUL DOYLE (cont'd)
          N-Y-S-E?

                    MARC SCHILLER
          New York Stock Exchange.

                    PAUL DOYLE
          Oh...I'm from New York.

                    MARC SCHILLER
          Me, too.

They sit for a moment in the cavernous warehouse.

**INT. MIAMI BEACH KENNEL CLUB - DAY**

CLOSE ON: A PHOTO OF SCHILLER HUGGING A GREYHOUND, both of their
tongues hanging out.

Doorbal looks from the photo to SCHILLER'S SLEEK, SILVER DOG in
a big cage.  The dog cocks its head and stares back.

**EXT. MIAMI BEACH KENNEL CLUB - DAY**

Doorbal hustles across the parking lot, one very confused
greyhound tucked under his arm.

**INT. CINDY ELDRIDGE'S APARTMENT - NIGHT**

Cindy opens the door to find Doorbal standing there.

>            CINDY ELDRIDGE
>      Adrian, you're early.

>            ADRIAN DOORBAL
>      I had a friend who wanted to meet you.

Doorbal reveals a leash and then...the greyhound, looking
startled and uncomfortable.

>            CINDY ELDRIDGE
>      Omigod.

>            ADRIAN DOORBAL
>      His name's Tasty Reuben.  But you can
>      call him whatever you want.

Cindy drops to her knees, wrapping one arm around the dog's neck
and the other around Doorbal's massive leg.

**EXT. SPEED RACER WAREHOUSE - DAY**

Lugo pulls up.  Doyle steps out to meet him.

>            PAUL DOYLE
>      He says he has a headache.  And his lips
>      are all chapped from breathing through
>      his mouth.  He probably needs chapstick
>      or something.

Lugo stares at Doyle.  Then he chucks him on the shoulder.

>            DANIEL LUGO
>      Paul, you are one quietly funny
>      motherfucker.

Doyle looks spent as Lugo heads inside.

**INT. SOLID GOLD - NIGHT**

Doyle sips a coke at the bar, troubled.  He looks over as...

BEATRIZ WEILLAND, the redheaded stripper, saunters across the
club to the Champagne Room.  The bouncer waves her in.

Doyle stares after her.  Finally, he tries to follow her in.

The bouncer plants his hand on Doyle's chest.

>            BOUNCER
>      Why don't you enjoy yourself back on the
>      floor?

>            PAUL DOYLE
>      I've got money.

The bouncer looks him up and down.

                         BOUNCER
          No, you don't.

Doyle sags.  Just then, Beatriz comes back out.  She looks at
the two of them, then she actually pats Doyle's head.

                    BEATRIZ WEILLAND
          Ohh.  Maybe some day, honey, huh?

She walks off.  The bouncer smiles.  Doyle slinks away.

**INT. SUN GYM, HALLWAY - DAY**

A SIGN reads, *"Are You Man Enough?  National Physique
Committee's Florida Men's Championship.  Sponsored by SUN GYM
and AMINOMAX MEAL-REPLACEMENT DRINK."*

A glum John Mese delicately takes down the sign.

                    DANIEL LUGO (O.S.)
          What's wrong, John?  Nobody man enough?

Lugo approaches, a towel draped around his neck.

                       JOHN MESE
          I lost my sponsor.  AminoMax filed for
          chapter eleven.

                      DANIEL LUGO
          I told you.  AminoMax's benefits are
          totally undocumented.

He walks away, leaving Mese with a wad of tape in his hand.

**INT. SPEED RACER WAREHOUSE - DAY**

A DEED and A BANK DRAFT lie on the table, signed in A SCRAWL.

Schiller's bloody hand signs A LIFE INSURANCE POLICY.

PULL BACK: Schiller hangs upsidedown from SABINA'S GRAVITY
BOOTS, signing his life away.

Lugo carefully folds all three documents, then turns to Doyle
and Doorbal, smiling.

**INT. FIRST FEDERAL BANK - DAY**

CLOSE ON: Schiller's slanted signature.

Lugo, in a pinstripe suit, bounces his leg as he watches the
BANK MANAGER go through the documents.

                     BANK MANAGER
          Uh-oh.

Lugo's leg stops.

>           DANIEL LUGO
> Is there a problem?

>           BANK MANAGER
> Oh, no, it shouldn't be a problem.  It's
> just, all these transfer documents, they
> need to be witnessed by a notary public.

>           DANIEL LUGO
> Can't you do that?

>           BANK MANAGER
> We'd be delighted.  We just need you and
> Mr. Schiller to both re-sign the
> documents in the presence of our notary.

Lugo stares at the bank manager.

>           DANIEL LUGO
> Mr. Schiller's out of the country right
> now.

>           BANK MANAGER
> Ooh, yeah, then that is gonna be a
> problem.

The bank manager smiles, apologetic.

**EXT. FIRST FEDERAL BANK, PARKING LOT - DAY**

Lugo sits in his car.  He slams the briefcase against the
steering wheel again and again.

The tiny car's horn beeps intermittently.

**INT. SUN GYM, WEIGHT ROOM - DAY**

Mese leans in the door, watching a TAN TEENAGER do lat pulls.

>           DANIEL LUGO (O.S.)
> Can I see you a second?

Mese turns, startled to find Lugo there.

**INT. SUN GYM, OFFICE - DAY**

Mese settles himself behind his desk.  Lugo closes the door.

>           DANIEL LUGO
> You're still a notary, aren't you?

>           JOHN MESE
> Technically, I guess.  Why?

Lugo takes a seat on the edge of Mese's desk.

                    DANIEL LUGO
          I was hoping you could transfer some
          property for me.  I made a deal with a
          friend of mine.

                    JOHN MESE
          I guess I could do it tomorrow.  If you
          bring your friend down here-

                    DANIEL LUGO
          He's sick.

                    JOHN MESE
          Oh, I'm sorry.  Is it serious?

                    DANIEL LUGO
          Serious enough.  I was hoping this could
          be done without bothering him.

                    JOHN MESE
          But Daniel, I have to see him.  The
          notary has to witness the person signing
          the document.  Otherwise, anybody off the
          street could just forge somebody's name
          and take their things...

Mese looks up at Lugo.  Lugo studies Mese softly.

                    DANIEL LUGO
          This is a unique situation.

Mese stands and moves away from Lugo.

                    JOHN MESE
          I'm sorry, Daniel.  I just don't-

                    DANIEL LUGO
          I think I found a sponsor for your
          competition.

Mese stops in front of his TROPHY CASE.

                    DANIEL LUGO (cont'd)
          If you're still interested.  I know how
          much work you've put into it.

A picture of himself as a young winner stares back at Mese.

                                        CUT TO:

A NOTARY STAMP comes down on Lugo's legal documents.  THWOCK!

**INT. SUN GYM, HALLWAY - DAY**

Mese puts the "ARE YOU MAN ENOUGH?" poster back up:

*"Sponsored by Sun Gym and Schlotzky's Deli -- GRINDERS SO BIG
YOU CAN CURL 'EM!®"*

Mese admires the sign.  The TAN TEENAGER comes up to read it.

> JOHN MESE
> You know, there's a junior division.

**EXT. FIRST FEDERAL BANK - DAY**

SLOW MOTION: Lugo walks out of the bank, swinging his briefcase.

> DANIEL LUGO (V.O.)
> I had a three-fingered plan.  One, kidnap
> someone with money.

SLOW MOTION: Lugo walks to where Doorbal waits, smiling.

> DANIEL LUGO (V.O.) (cont'd)
> Two, make him give you everything he
> owns.

SLOW MOTION: They high-five.

> DANIEL LUGO (V.O.) (cont'd)
> Three...kill him.

**EXT. SPEED RACER WAREHOUSE - DAY**

Doyle stares, white-faced.

> PAUL DOYLE
> You said we didn't have to.

Lugo puts his hand on Doyle's shoulder.

> DANIEL LUGO
> In business, you've got to learn to
> adapt.

Doyle smacks Lugo's hand off and stalks away.

Lugo calmly joins him by a fence near a busy street.

> DANIEL LUGO (cont'd)
> You've put in lot of work, Paul.  I'd
> hate to see you throw it all away.

> PAUL DOYLE
> I don't think I can do it.

> DANIEL LUGO
> Sure you can.  You've just got to reach
> down inside and find that extra
> something.

        PAUL DOYLE
   What if I can't?

Lugo stands close to him, staring out at the traffic.

        DANIEL LUGO
   Then we might have to take you off the
   account.

Pained, Doyle shuts his eyes.

        DANIEL LUGO (cont'd)
   He knows us.  He knows you.

Lugo lays his hand on Doyle's shoulder.  This time, Doyle lets
it stay there.

        DANIEL LUGO (cont'd)
   Be honest.  Where did you think this was
   going to end up?

Doyle opens his eyes.  On the street in front of him...

A BRIGHT RED PROWLER SLOWLY ROLLS BY.

SHINY CHROME GLEAMS IN DOYLE'S EYES.

**INT. SPEED RACER WAREHOUSE - DAY**

Doorbal forces CHOCOLATE LIQUEUR down Schiller's throat.

Schiller spits it up all over himself.

Doyle walks in and takes the bottle from Doorbal.

        PAUL DOYLE
   I got it.

Doorbal backs off.  Doyle kneels at Schiller's feet.

        PAUL DOYLE (cont'd)
   Marc, you gotta help me out.  I need you
   to drink this.

        MARC SCHILLER
   I can't...

Doyle gently grabs Schiller's knee.

        PAUL DOYLE
   This is almost over.  We're gonna put you
   on a plane.  Tonight.  I have a friend at
   the airport.  He's gonna get you out of
   the country.  But he's not gonna do it
   unless there's no way you can recognize
   him.

                    MARC SCHILLER
          Lugo's gonna kill me.

                    PAUL DOYLE
          Trust me, Marc.  I'm not gonna let
          anything happen to you.

Schiller hangs in his chair, silent.  Finally...

                    MARC SCHILLER
          If I do what you say...I'll make it out
          of this alive?

Doyle weighs the bottle in his hand.

                    PAUL DOYLE
          I swear.

Schiller waits a moment.  Then he sits up in his chair, leans
his head back and opens his mouth wide.

**EXT. PALM GARDENS DISCOUNT PLAZA - NIGHT**

A plastic sign rotates slowly in the black sky, "SHOE BARN."

The 4RUNNER and WHITE VAN pull into the vacant parking lot.

**INT. 4RUNNER - NIGHT**

Lugo and Doorbal position a drunk Schiller behind the wheel.

                    MARC SCHILLER
          Fuuuuck you guys.

**INT. WHITE VAN - NIGHT**

Doyle sits behind the wheel.  He watches Lugo splash chocolate
liqueur on Schiller.  He shuts his eyes.

**INT./EXT. PALM GARDENS DISCOUNT PLAZA/4RUNNER - NIGHT**

Lugo hangs in the driver's door and sights through the
windshield at a concrete utility pole.

Doorbal opens the valve on a PROPANE TANK and tosses it onto the
backseat.

Lugo rips the tape off Schiller's face.  Schiller cries out.

Lugo throws it into drive and jams on the gas.  The 4Runner
jumps forward.

His eyes uncovered for the first time in weeks, Schiller tries
to see through a haze of crusted blood and alcohol.

He focuses, in time to see the concrete pole hurtling at his
windshield.

Lugo jumps free, rolling on the ground.  He gets to his feet
just as...

THE 4RUNNER SMASHES INTO THE POLE.  The light shoots a jet of
sparks and then goes out.

Lugo whoops.  Doorbal does a victory dance.  In the van, Doyle
just stares.

And then a GROAN cuts across the parking lot.

                    DANIEL LUGO
          No way.

Lugo stalks over and yanks open the 4Runner's crumpled door.

Inside, Schiller lies cradled in the bloody remnants of his
DEFLATING AIRBAG.  Alive.  Conscious.

And snug in his SEATBELT.

                    DANIEL LUGO (cont'd)
          You put on his fucking seatbelt?

                    ADRIAN DOORBAL
          It's the law.

Lugo stares at Doorbal.  Then,

                    DANIEL LUGO
          Gas can!  Now!

Doorbal grabs the can from the van and runs over.

Lugo pours gas over Schiller and the truck.  He pulls off his
shirt, soaks it and lights it on fire.  He tosses it inside.

The air explodes.

The fireball forces Lugo and Doorbal back.  They sprint to the
car, Lugo's pecs gleaming in the firelight.

**INT. WHITE VAN - NIGHT**

Lugo and Doorbal squeeze into the front seat next to Doyle.

                    DANIEL LUGO
          Go!

Cramped, Doyle puts it in drive and pulls away.  Then he looks
in his side mirror.

                    PAUL DOYLE
          Uh...

IN THE MIRROR, SCHILLER STUMBLES FROM THE BURNING TRUCK.

*Markus & McFeely 1.21.11*          44.

He slaps weakly at the little fires on his clothes.

                    DANIEL LUGO
          Get him!

                    PAUL DOYLE
          I'm just supposed to drive!

                    DANIEL LUGO
          Run him fucking down!

Doyle reluctantly turns the wheel.

**INT./EXT. PALM GARDENS DISCOUNT PLAZA/WHITE VAN - NIGHT**

Doubled-over, Schiller sees the van make a U-turn.  He tries to stumble away, drunk, injured and burnt.

Doyle winces, aiming for him.

Schiller topples to the left.  Doyle has to brake and re-aim.

Schiller tries to run, but he falls to his knees.

The van bears down on him, headlights in his wild hair.

Doyle shuts his eyes.

THE FRONT BUMPER NAILS SCHILLER, sending his limp body thumping under the van.

Doyle stops, trembling.  The three of them sit there, silent.

                    DANIEL LUGO
          Back over him.

                    PAUL DOYLE
          What?

                    DANIEL LUGO
          BACK OVER HIM.

Doyle slowly puts the van in reverse.

The engine whines and then, CLUMP.

They bump up and down.  Doorbal's head hits the ceiling.

Doyle looks at Lugo.  Lugo peers through the windshield at Schiller's mangled body.

Then he lightly punches Doyle in the shoulder.

                    DANIEL LUGO (cont'd)
          I knew you could do it, Paul.

In the distance, HEADLIGHTS FLASH.  Doyle jams on the gas and
squeals away.

Schiller's body lies in a heap, the firelight from his burning
4Runner flickering orange across the parking lot.

                                              FADE TO BLACK.

                    MARC SCHILLER (V.O.)
          You can beat me.  Rob me.  Burn my
          fucking moustache off.  But don't tell me
          you're taking me to the airport when
          really you're gonna kill me.  And if
          you're gonna kill me, you'd damn well
          better do it.

The darkness parts, as if eyes were slowly opening, revealing a
blur of pink and white.  We realize we're:

INT. JACKSON MEMORIAL HOSPITAL, SCHILLER'S ROOM - DAY

A NURSE smiles.

                        NURSE
          There you are.  Had us worried.

MARC SCHILLER lies in a hospital bed.

PAN DOWN HIS BODY.  From the gash on his nose to the burns on
his face.  From his bandaged chest to his plaster-cased pelvis.
From his lacerated legs to his blue-white feet.

                    MARC SCHILLER
                 (WITH SWOLLEN TONGUE)
          Want...to talk...to...polithe.

                                              TIME CUT:

DETECTIVES IRIS DEEGAN and JIM COSTELLO stand at the foot of
Schiller's bed.

SCHILLER WEEPS, racked with fear and pain.

                    MARC SCHILLER (cont'd)
          Hith name ith Daniel Lugo.  He worketh at
          Thun Gym.

                    DET. JIM COSTELLO
          You're sure?  I thought you said you were
          blindfolded.

                    MARC SCHILLER
          I recognithed hith voithe.

Schiller dabs his bruised face with Kleenex.

     DET. IRIS DEEGAN
So, you were locked up and tortured for a
month, and yet no one reported you
missing.

     MARC SCHILLER
They made me clothe my offithe.  They
made me tell my friendth I wath on
vacathion.

     DET. IRIS DEEGAN
Have you ever been in trouble with the
law, Mr. Schiller?

     MARC SCHILLER
No, I mean, why-

     DET. JIM COSTELLO
Your blood alcohol was .36 at time of
admission.

     MARC SCHILLER
They forthed chocolate liqueur down my
throat.

     DET. JIM COSTELLO
The weightlifters.

     MARC SCHILLER
Yeth.  They're thtill out there.  You've
got to protect me!

     DET. IRIS DEEGAN
You're originally from Columbia, aren't
you, Mr. Schiller?

Schiller stares, stunned.

     MARC SCHILLER
Oh, Jethuth Chritht.

     DET. IRIS DEEGAN
You sure this wasn't just a drug deal
gone bad?

     DET. JIM COSTELLO
Or maybe a sex thing?

     DET. IRIS DEEGAN
Do you swing, Mr. Schiller?  Like the
rough stuff?  S&M?

Schiller stares at the cops in disbelief.

     MARC SCHILLER
Thethe fuckth tortured me for a month!

*Markus & McFeely 1.21.11*     47.

                    DET. IRIS DEEGAN
         A month?  What happened, you forget your
         safe word?

The cops stand and collect their things.

                    DET. JIM COSTELLO
         Good luck with the physical therapy.

The cops walk out, leaving Schiller in bed, his mouth agape.

**INT. SUN GYM, JUICE BAR - DAY**

LUGO'S FINGER moves down a list of NEWSPAPER OBITUARIES.

                    ADRIAN DOORBAL (O.S.)
         But I told Cindy we'd go to Orlando.
         She's all excited.

Doorbal loads fruit in a blender.  Behind the counter, Doyle
talks on the phone.

                    DANIEL LUGO
         And she should be excited.  It's totally
         great there.
               (tapping the paper)
         But we don't spend dime one until
         Schiller shows up in here.

Doorbal puts the lid on the blender.

                    ADRIAN DOORBAL
         It just seems slow.

                    DANIEL LUGO
         That's now.  Later, it'll seem fast.

Doorbal nods contemplatively, then cranks up the blender.

Doyle hangs up the phone.  He speaks, but Lugo can't hear him
over the blender.  Doorbal shuts it off.

                    PAUL DOYLE
         They found a John Doe in the Shoe Barn
         parking lot.  He's alive.  And talking.

Lugo's eyes narrow.  He stands, slowly folding the newspaper.

                    MARC SCHILLER (O.S.)
         Yeah, how the hell do I get an outthide
         line?

**INT. JACKSON MEMORIAL HOSPITAL, SCHILLER'S ROOM - DAY**

Schiller cradles the phone to his ear.

                          MARC SCHILLER
      Thure, charge it to my room.  Go nutth.

THE YELLOW PAGES rests in his lap.  An ad reads, *"DUBOIS
INVESTIGATIONS, INC.  Florida's Oldest Detective Agency."*

The ad's logo features a PALM TREE IN THE CROSSHAIRS.

**EXT. DUBOIS' HOUSE, BACKYARD - DAY**

A BONSAI TREE sits on a table in a sunny backyard.  In the
background, A PHONE RINGS.

KATIE DUBOIS (40's) looks up from her pruning to the converted
garage, then yells.

                ED!          MRS. DUBOIS

THE PHONE RINGS THROUGHOUT.

           What?           ED DUBOIS (O.S.)


           Office phone!    MRS. DUBOIS

           I know it.       ED DUBOIS (O.S.)

Finally, ED DUBOIS, (50's) bangs open the screen door, carrying
a plate of sandwiches.

He wears an apron and old sneakers.

                          MRS. DUBOIS
      Did you use all the bacon?

Dubois takes a sandwich and leaves the rest with his wife.

                          ED DUBOIS
                     (mouth full)
      When have I not used all the bacon?

He opens the garage's side door, which reads, "DUBOIS
INVESTIGATIONS."

**INT. DUBOIS' OFFICE - DAY**

The phone rings on a cluttered desk in a converted garage.

Pictures crowd the walls.  DuBois smiles with actual figures:
JOHN GLENN, DAN MARINO, GEORGE H. W. BUSH, BILL CLINTON.

In each photo, DuBois wears a business-like smile and the same
gray suit.

DuBois settles at his desk and picks up the phone.

                    ED DUBOIS
          This is Ed.

**INT. JACKSON MEMORIAL HOSPITAL, SCHILLER'S ROOM - DAY**

Schiller holds the phone to his bashed and bloody face.

                    MARC SCHILLER
          Jethuth, took you long enough.

                    ED DUBOIS
          I was making lunch.  Now are you going to
          be polite and tell me your name or am I
          going to hang up?

Schiller sighs.

                    MARC SCHILLER
          My name ith Marc Thiller.  I need your
          help.

**EXT. JACKSON MEMORIAL HOSPITAL, PARKING LOT - DAY**

     Mercedes pulls out of a space marked, "RADIOLOGY STAFF."

After a moment...A RED FIERO PULLS IN.

**INT. SCHILLER'S ROOM/DUBOIS' OFFICE - DAY**

DuBois takes notes on a legal pad.

                    ED DUBOIS
          That's a hell of a story, Mr. Schiller.

                    MARC SCHILLER
          Thank you.

                    ED DUBOIS
          But I can't say that what the police told
          you isn't far from my own analysis.

                    MARC SCHILLER
          Which ith a fanthy way of thaying...

                    ED DUBOIS
          I have to consider the possibility you
          might be lying.

                    MARC SCHILLER
          I'M MITHING MY THPLEEN!

**INT. JACKSON MEMORIAL HOSPITAL - DAY**

FEET IN GREEN SURGICAL BOOTIES walk along the linoleum floor.

Markus & McFeely  1.21.11      50.

LUGO stalks down the hall, dressed in SCRUBS AND A LAB COAT.

INT. SCHILLER'S ROOM/DUBOIS' OFFICE - DAY

Schiller holds tight to the phone with both hands, pleading.

                    MARC SCHILLER
          Pleathe believe me, it happened.  The way
          I thay it happened.  Thethe damn
          bathtards tried to kill me, and they're
          gonna try it again unleth I get a little
          goddamn help.  Now, I'm athking you
          because your ad thayth you're the betht.
          Are you gonna help me out or what?

                    ED DUBOIS
          I'm afraid I can't take your case, Mr.
          Schiller.

Schiller collapses back in his bed.

                    MARC SCHILLER
          I'm a dead man.

                    ED DUBOIS
          I _can_ offer you a word of advice.  A
          hospital is a very public place.  Anybody
          could gain access to your room.  If it
          were me and large men were trying to kill
          me, for whatever reason?

                    MARC SCHILLER
          Yeah?

                    ED DUBOIS
          I'd hide.  Goodbye, Mr. Schiller.

DuBois hangs up.

INT. JACKSON MEMORIAL HOSPITAL, HALLWAY - DAY

The doors of the elevator open.  Lugo steps out.

                    DANIEL LUGO (V.O.)
          The team explored a number of
          infiltration procedures.

A sign on the wall reads, "Intensive Care: Blue Line."

                    DANIEL LUGO (V.O.) (cont'd)
          Adrian even offered to stage a
          diversionary fistfight in the hall.

Lugo looks down at THE MAZE OF COLORED LINES on the floor.

                    DANIEL LUGO (V.O.) (cont'd)
          We decided against that.

stares at the lines for a really long time.

**INT. JACKSON MEMORIAL HOSPITAL, SCHILLER'S ROOM - DAY**

Schiller sits up, pale and sweaty.  Tubes and cords lie strewn around him.

A bag of yellow liquid hangs on a stand, its clear tube winding ross the bed and UNDER THE COVERS.

      yan s, yelping in pain.  He comes out with...HIS

C.

**IN**       **MEMORIAL HOSPITAL, HALLWAY - DAY**

Lugo wa_  .long the BLUE LINE.

>                DANIEL LUGO (V.O.)
> In the end, after reviewing our past
> performance, we could come to only one
> conclusion.

He _  -^ cart of surgical equipment.

>                DANIEL LUGO (V.O.) (cont'd)
> 're better when we wing it.

Without stop_  he plucks up a SHINY SCALPEL.

**INT. JACKSON MEMORIAL HOSPITAL, SCHILLER'S ROOM - DAY**

Schiller sits on the edge of his bed.  A wheelchair waits beneath him.  With a grunt, he shoves himself off.

He misses his chair, his cast hitting the arm.  He whimpers.

**INT. JAC SON MEMORIAL HOSPITAL, HALLWAY - DAY**

Lugo ste_ s up to Schiller's room, tightening his grip on the scalpel.

He sho   open the door to find...

**INT. J^   N MEMORIAL HOSPITAL, SCHILLER'S ROOM - DAY**

AN EMPT   ).

Lugo rea   he chart: "Schill_r, Marcus S."  He checks the tiny adjoinin   throom.  Nothing.

When he t   s back around, A D^TOR stands in front of him.

>                REAL  )CTOR
> an I help you with  something, Doctor?

Lugo stare_  or a moment.

                         DANIEL LUGO
         I'm Dr. Lowenstein, Mr.
         Schiller's...primary care physician.

                         REAL DOCTOR
         He didn't mention anything.

                         DANIEL LUGO
         I'm over at Miami General.

The doctor looks down at the SCALPEL in Lugo's hand.  Lugo puts
it in his pocket.

                         DANIEL LUGO (cont'd)
         So where is Marc?

                         REAL DOCTOR
         He checked himself out.  Against my
         advice.  I think the visit from the
         police scared him.

                         DANIEL LUGO
         Police?  What did they want?

                         REAL DOCTOR
         Accident investigation.  But they didn't
         seem too thrilled with Mr. Schiller's
         account of events.
                 (off Lugo's look)
         He claimed he'd been tortured.
         Delusional alcoholism.  It's not
         uncommon.

Lugo nods, concurring.

                         DANIEL LUGO
         I warned him about that.

The doctor peers at Lugo's booties and scrubs.

                         REAL DOCTOR
         Why are you dressed for surgery?

Lugo smiles stiffly.

                         DANIEL LUGO
         I like to be prepared for anything.  What
         sort of shape was Marc in when he left?

                         REAL DOCTOR
         You've got his chart right there.

Lugo fingers the clipboard uneasily.

**INT. DUBOIS' HOUSE, KITCHEN - NIGHT**

DuBois sits at the kitchen table, eating Nutter Butters.  Mrs. Dubois does the dishes.

> MRS. DUBOIS
> If the cops don't believe him, why should you?

> ED DUBOIS
> I'm not sure I do.  But he wanted my help.

She dries her hands.

> MRS. DUBOIS
> Is he in any danger now?

> ED DUBOIS
> If he's telling the truth?  Yes.  A lot.

She takes a Nutter Butter from the package.

> MRS. DUBOIS
> When some kid in Indiana falls down a well, they don't leave him down there because he should have known better.

> ED DUBOIS
> Nope.

> MRS. DUBOIS
> They get him out.

> ED DUBOIS
> Yep.

He reaches for another cookie but she takes the package and closes it up.

> MRS. DUBOIS
> Kid in a well, Ed

**INT. SUN GYM, TANNING BOOTH - DAY**

THREE FAT STACKS OF MONEY sit on a glowing tanning bed.

Lugo looms over the money, bathed in bright, pink light.

> DANIEL LUGO
> Congratulations, gentlemen.

Doorbal and Doyle look confused.

> ADRIAN DOORBAL
> What if he goes to the cops?

                    DANIEL LUGO
          He already did.  And you know what
          happened?  Nothing.  Because they figured
          out what we already know.  That Schiller
          is a half-criminal prick who deserves bad
          shit to happen to him.  Trust me, he's
          not running to the cops.
                    (laughs)
          He's just running.

                    PAUL DOYLE
          You said he had to be dead.  That's why I
          hit him with the van.

                    DANIEL LUGO
          And you don't know how proud that made
          me.

Lugo looks at both of them.

                    DANIEL LUGO (cont'd)
          I'm proud of all of us.  We set super
          high goals for ourselves.  And those
          goals got achieved, big time.

                    PAUL DOYLE
          But Schiller-

                    DANIEL LUGO
          Cannot in any way affect our future
          happinesses.

Lugo picks up the stack of money and holds it out to Doyle.

                    PAUL DOYLE
          But how do you know that?

                    DANIEL LUGO
          I went over his chart.

Doyle stares for a long moment.  Finally, he takes the money.

**INT. SOLID GOLD - NIGHT**

BEATRIZ WEILLAND, THE REDHEADED STRIPPER, arches her back.

She writhes her way along the floor, scooping up her tips: five,
five, ten...A HUNDRED.

She looks up to see...

DOYLE in a silk shirt and gold watch, smiling at her.

**EXT. SOLID GOLD - NIGHT**

The valet opens the door of a CHERRY RED CHRYSLER PROWLER.

Case 1:14-cv-02824-ALC-FM   Document 36-1   Filed 08/15/14   Page 65 of 150

Doyle tips him and helps Beatriz into the passenger seat.

>                    JOSÉ THE MACAW (O.S.)
>           Olé!  Olé!  It's showtime!

**INT. ENCHANTED TIKI ROOM, DISNEYWORLD - DAY**

DOORBAL and CINDY hold hands, staring up at the show.

>                    BIRD CHORUS
>           In the tiki tiki tiki room,
>           In the tiki tiki tiki room.

Doorbal offers A BOX to Cindy, revealing A DIAMOND RING.

>                    BIRD CHORUS (cont'd)
>           All the birds sing words and the flowers
>           croon.  In the tiki tiki tiki tiki tiki
>           room!

She breaks into tears.  Doorbal holds her tight.

**EXT. SCHILLER'S HOUSE - DAY**

A BRAND-NEW JAGUAR parks in Schiller's driveway.  Lugo gets out,
wearing Dockers and a golf shirt.

He slides Schiller's nameplate off the mailbox.

**INT. SCHILLER'S HOUSE - DAY**

Lugo's feet sink into the plush carpet.  He slips out of his
shoes.  He wiggles his toes.

He sits on the BLACK LEATHER COUCH in the sunken living room,
just feeling it.

Then he lies down, face first into the leather, and inhales.

**INT. SCHILLER'S HOUSE, GARAGE - DAY**

Lugo turns on the lights.  He stares.  He grins.

A GLEAMING CIGARETTE BOAT sits on a trailer, its name air-
brushed in sparkly paint, "PUPPY LUV."

**INT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 - DAY**

A BIG, BROWN COCKROACH creeps along a yellowing bedspread.

Schiller sits in bed, covered in scabs and sweaty bandages.  He
watches the cockroach approach his foot.

>                    MARC SCHILLER
>           Soup's on, you fucker.  Come and get it.

There's a knock at the door.  The roach scurries away.

Schiller cringes in fear.  He stays still.

> ED DUBOIS (O.S.)
> Mr. Schiller?  It's Ed DuBois.  I'd like
> to talk to you about your case.

**EXT. HORSESHOE CRAB MOTOR LODGE, WALKWAY – DAY**

DuBois stands outside in his gray wash-and-wear suit.

The chain rattles, the door opens, and there sits Marc Schiller,
sweating in a ratty wheelchair.

> MARC SCHILLER
> I thought I was lying.

DuBois takes in the sight of Schiller, bandaged and bruised.

> ED DUBOIS
> Sometimes it takes me a while to make up
> my mind.

**INT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 – DAY**

In bed, Schiller shakes out a couple of painkillers.

> MARC SCHILLER
> How'd you find me?

> ED DUBOIS
> Cab driver at the hospital.

Schiller stretches for a bottle of water on the nightstand, but
can't reach.

> MARC SCHILLER
> Great.  I paid him twenty not to talk.

> ED DUBOIS
> I paid him forty.

DuBois takes the bottle and pours Schiller a cup.

> ED DUBOIS (cont'd)
> Then I gave him forty more to forget what
> he told me.

Schiller downs the pills and closes his eyes.

> MARC SCHILLER
> This shit's my new best friend.

                          ED DUBOIS
          I'm going to look into your case, Mr.
          Schiller, but if I find out you're not
          telling me the truth, you'll be in more
          trouble than when you started.

                          MARC SCHILLER
          Everything I've told you is true.

DuBois looks at the pill bottle, then places it a little further
away from Schiller.

                          ED DUBOIS
          Why don't you tell me again?

**INT. DUBOIS' LINCOLN - DAY**

A GLOSSY PHOTO FEATURES AN OILED MUSCLEMAN doing squats.
Beneath the photo, it reads, "LARRY LENTZLER'S GLUTE BLITZ!"

DuBois looks up from the MAGAZINE, out the window...TO THE FRONT
DOORS OF SUN GYM.

LUGO, DOORBAL AND DOYLE walk out and get into their new cars:
Lugo his Jag, Doyle his Prowler, and Doorbal a Dodge minivan.

DuBois turns his ignition.  IT SPUTTERS, then catches.

**INT. SOLID GOLD, CHAMPAGNE ROOM - NIGHT**

Beatriz pours champagne off her breast into Doyle's mouth.

Across the room, ED DUBOIS sips a Coke, surveilling Doyle.

Just then, a woman leans over, blocking his view with her large
breasts.  She whispers in his ear.

DuBois gives her a polite smile.

                          ED DUBOIS
          No offense, darling, but I'd prefer you
          didn't.

**INT. SCHLOTZKY'S DELI - DAY**

A FRAMED PHOTO OF DANIEL LUGO hangs on the wall.  It reads,
"Owner and Operator."

DuBois stands across the counter from the FAT GIRL.

                          FAT GIRL
          Yeah.  We never saw him again.  It was
          all done through the lawyers.

                    ED DUBOIS
          And you didn't think that was weird?
          That Mr. Schiller didn't pop in to say
          goodbye or anything?

                    FAT GIRL
          He was a dick and one time in back he
          grabbed my ass.

DuBois gestures to Lugo's picture.

                    ED DUBOIS
          How's the new guy?

                    FAT GIRL
          Awesome.

She shows off the gold badge on her new red vest, "MANAGER."

                    FAT GIRL (cont'd)
          He says I'm a Do-er.

**EXT. DOORBAL AND CINDY'S HOUSE - DAY**

Doorbal and Cindy stand hand in hand on the lawn, gazing at
THEIR LITTLE DREAM HOUSE.

Next to them, A REALTOR sneaks a glance at the giant black man
cooing to the tiny blonde.

She slides a "SOLD" placard onto a REAL ESTATE SIGN.

                    ED DUBOIS (O.S.)
          He paid in cash?

**INT. REAL ESTATE OFFICE - DAY**

DuBois sits with the Realtor.  Beanie Babies line her desk.

                    REALTOR
          Yes.  $300,000.

                    ED DUBOIS
          And that didn't surprise you?

                    REALTOR
          I just assumed he was in sports...or rap.

DuBois nods and puts away his notebook.

**EXT. LUGO'S (SCHILLER'S) GARAGE - DAY**

The garage door opens, revealing...LUGO on his brand new RIDER
MOWER.  He pulls triumphantly out of the garage.

He mows careful lines across his wide, green lawn.

He stops when he sees his neighbor, BRAD MACCALISTER, loading a
cooler into the back of his Volvo Wagon.  Brad waves.

> BRAD MACCALISTER
> Hey there, neighbor.  We didn't see you
> move in.

> DANIEL LUGO
> Most of my things are still being
> shipped.

Lugo drives the mower over.

> DANIEL LUGO (cont'd)
> I'm just sort of roughing it for now.

> BRAD MACCALISTER
> I hear you.  We had a hell of a time with
> our movers.  You have to keep an eye on
> those people every second.

> DANIEL LUGO
> They just don't know the value of a
> dollar.

> BRAD MACCALISTER
> What happened to Marc?  He was here and
> then he...wasn't.

Lugo shakes his head, rueful.

> DANIEL LUGO
> Talk to the bank.  He was so far
> underwater they practically gave me the
> house.

> BRAD MACCALISTER
> You think you know people.
>         (offering his hand)
> Brad MacCalister.

Lugo smiles and gives him a strong shake.

> DANIEL LUGO
> My name's Tom.

Two blonde boys come running onto the lawn, tossing a football.

> MACCALISTER KIDS
> Hey, Dad.  Can we stop at Dairy Queen on
> the way?

Suddenly, Lugo leaps off the mower, clapping his hands, calling
out to the kids.

                    DANIEL LUGO
          Come on, Marino!  Fire it in here!  Let's
          see what you got!

**EXT. SOUTH BEACH, MIAMI - NIGHT**

Doyle's Prowler cruises down the strip.

**INT. DOYLE'S PROWLER - NIGHT**

Behind the wheel, Doyle leers over at Beatriz.

She snakes her tongue into A BAGGIE OF COCAINE.  It comes out
coated in white.  She kisses him, her tongue going deep.

Suddenly, Doyle looks up and jams on the brakes.  The tires
squeal and the car slams into a CUSTOM PURPLE PICKUP TRUCK.

**EXT. SOUTH BEACH, MIAMI - NIGHT**

A TAN GUY WITH A PONYTAIL gets out of his smashed truck.

Doyle climbs out of the Prowler and stalks over.

                    PONY TAIL
          Dude, what the fuck-

Doyle pulls out a WAD OF MONEY and throws it at the man's chest.
Ponytail stares, speechless.

Doyle climbs back in the Prowler and screeches away.

Ponytail bends over and starts picking up the money.

**INT. DOORBAL AND CINDY'S HOUSE - NIGHT**

On TV, Kevin Costner stares plaintively.

Doorbal and Cindy make out in front of their new 50" screen.  A
stack of WEDDING INVITATIONS sits on the coffee table.

On screen, Whitney Houston kisses Kevin Costner.

Doorbal and Cindy remove each other's clothes.

                    ADRIAN DOORBAL
          Do you have...?

Cindy smiles.  She leans over and grabs her purse.  She pulls
out...A SYRINGE AND VIAL.

She looks lustfully at Doorbal.  He looks lustfully at the
syringe.

INT. LUGO'S (SCHILLER'S) HOUSE - NIGHT

NEIGHBORHOOD COUPLES sit on the leather couch drinking wine.

A TRAY OF APPETIZERS lowers into frame.  One of the husbands
(JIM) looks hungrily past it to...

SABINA in heels and a tiny housecoat.  Her perfectly spherical
breasts roll out of her blouse.

                    JIM
          These are delicious.

                    SABINA PETRESCU
          And so easy.  From freezer to microwave
          to mouth.

Jim grins.  His wife gives him an elbow.

Suddenly, we hear an authoritative clap.

                    DANIEL LUGO (O.S.)
          Eyes front, neighbors.

"TOM" gathers everyone in front of a DRY ERASE BOARD, where he's
drawn a DETAILED SKETCH OF THE CUL-DE-SAC.

                    DANIEL LUGO (cont'd)
          Now, we'd all like to believe we're safe
          here in Old Cutler Cove Estates.  I know
          I feel more snug and secure than I've
          ever felt in my life.

He takes a moment to smile at everyone just a beat too long.

                    DANIEL LUGO (cont'd)
          But the fact of the matter is, the bad
          guys are out there, just waiting for good
          people like us to drop our guard.  I
          should know.  I work for the government.

He grins.  No one laughs.

                    DANIEL LUGO (cont'd)
          So I wanted to take this first meeting of
          the neighborhood watch to demonstrate a
          few ways you can keep yourself safe.

He waves Sabina over.

                    DANIEL LUGO (cont'd)
          Sweetie, here, is going to be the victim.
          Now, who wants to be the rapist?

Jim and several other men leap to their feet.

*Markus & McFeely  1.21.11*    62.

**EXT. LUGO'S (SCHILLER'S) HOUSE - NIGHT**

Lugo and Sabina say good night as the neighborhood couples
stream down the driveway.

Jim holds his side, wincing. His wife looks concerned.

> DANIEL LUGO
> Hope I wasn't too rough with you,
> partner.

Another couple waves from the sidewalk. The wife whispers to
her husband through her smile.

> WIFE
> *What the hell was-*

> HUSBAND
> *Not now, Lisa.*

Neither notice THE PARKED MAROON LINCOLN as they pass.

**INT. DUBOIS' LINCOLN - CONTINUOUS**

ED DUBOIS SLOUCHES IN THE FRONT SEAT, WATCHING THE SCENE.

On the porch, the muscle-bound Daniel Lugo slips a tender arm
around exotic dancer, Sabina Petrescu:

A MIAMI AMERICAN GOTHIC.

Dubois turns the ignition. The engine sputters loudly.

From the porch, Lugo glances over.

Dubois winces, turning the key again.

Just as Lugo seems about to investigate, the engine turns over.

Dubois pulls away.

> ED DUBOIS (O.S.)
> It's all perfectly legal.

**INT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 - DAY**

DuBois waits as Schiller pages through a sheaf of documents.

> MARC SCHILLER
> I was kidnapped and tortured. I don't
> remember that being legal. In fact, I
> actually remember it being illegal.

> ED DUBOIS
> You signed the papers-

                    MARC SCHILLER
          At a fucking 90° angle!

                    ED DUBOIS
          These documents are signed, notarized and
          acceptable to anybody who feels inclined
          to find them so.  Your friends at the gym
          have successfully acquired every asset
          you had.  And I might add, they're
          enjoying them very much.

DuBois hands over several SURVEILLANCE PHOTOS: Doorbal plays
with Schiller's greyhound, Lugo grills on Schiller's BBQ.

                    MARC SCHILLER
          That's it?  I'm hosed?  'Cause if that's
          it, I'm not paying you a fucking dime.

                    ED DUBOIS
          You don't have a fucking dime.

                    MARC SCHILLER
          You're kind of a prick, you know?

                    ED DUBOIS
          I'm just giving you the facts.

                    MARC SCHILLER
          And?

DuBois looks down at a cockroach scuttling across the carpet.
He steps on it, squashing it into the brown pile.

                    ED DUBOIS
          Now I go to work.

Schiller looks at the newest stain on his carpet.

                    MARC SCHILLER
          What was that, for emphasis?  Hand me the
          fucking remote.

**INT. MIAMI HILTON HOTEL, BATHROOM - DAY**

CLOSE ON: A LINE OF COKE ON A GIDEON BIBLE.

Doyle, in speedos, snorts the line.  He stares at himself in the
mirror, eyes red and tired.

He opens a shoebox.  Inside, he finds an empty coke bag, TWO
TWENTY-DOLLAR BILLS and a half-dozen little hotel shampoos.

Doyle stares at his EMPTY STASH.  There's a knock.

BEATRIZ leans in wearing a gold lamé minidress.

                         BEATRIZ WEILLAND
              Babe, I need some money.  I thought I go
              buy shoes.

Doyle twitches, spent.  She just stares.

**INT. SUN GYM, OFFICE - DAY**

A XEROX reads, *"Tom's 1st Annual BBQ!  Bring Your Grill-ables!
Noon 'til ?"*  A cartoon hot dog steams on a skewer.

Lugo takes a stack of flyers out of the copier.

There's a knock at the door.  Tiffany pokes her head in.

                            TIFFANY
              Mr. Lugo, your new client is here.

**INT. SUN GYM, HALLWAY - DAY**

FLASH.  The screen goes white.  A milky POLAROID develops.

                         DANIEL LUGO (O.S.)
              You're gonna be real glad you did this,
              Mr. Wilson.  At first, most clients
              aren't thrilled about taking a "before"
              picture.

Lugo's hand writes on the photo: "Ed Wilson, 190 lbs."

                         DANIEL LUGO (O.S.) (cont'd)
              But after a couple of months with us, you
              won't even recognize yourself.  Trust me.

The picture develops enough to make out...

A SMILING ED DUBOIS.

DuBois looks over Lugo's shoulder at the photo.

                            ED DUBOIS
              I trust you, Daniel.  That's why I came.

**INT. SUN GYM, WEIGHTROOM - DAY**

DuBois does triceps lifts, a barbell in each hand.  Lugo taps
DuBois' flabby arms.

                         DANIEL LUGO
              What kind of work you do, Ed?

                            ED DUBOIS
              Lawn and garden supplies.  Benches,
              birdbaths, stuff like that.

                    DANIEL LUGO
          Oh, yeah?  I got a pretty big yard
          myself.

                    ED DUBOIS
          Where's that?

                    DANIEL LUGO
          Old Cutler Cove.

DuBois eyes Lugo in the mirror.  He tests him.

                    ED DUBOIS
          Nice.  Been there long?

                    DANIEL LUGO
          Long enough.  Having a barbecue next
          week.

**INT. SUN GYM, STRETCHING ROOM - DAY**

DuBois sits, legs spread.  Lugo sits across from him, holding
DuBois' forearms.  They take turns stretching.

Lugo pulls DuBois.

                    DANIEL LUGO
          How'd you happen to choose this gym?

DuBois pulls Lugo.

                    ED DUBOIS
          A friend of mine recommended it.  He said
          you worked him over pretty good.

Lugo pulls DuBois.

                    DANIEL LUGO
          Oh, yeah.  Who's that?

DuBois pulls Lugo.

                    ED DUBOIS
          Marc Schiller.

LUGO STOPS BUT KEEPS HOLD OF DUBOIS' HANDS.

                    DANIEL LUGO
          How is Marc?

                    ED DUBOIS
          I don't really know.  I can't get him on
          the phone.

Lugo stares at DuBois, cold.  DuBois smiles innocently.  After a
long moment, Lugo pulls DuBois.

> DANIEL LUGO
> Maybe he's on vacation.

**INT. SUN GYM, LOBBY - DAY**

Lugo finishes laminating "Ed Wilson's" brand new gym card.  He hands it to DuBois.

> DANIEL LUGO
> Here you go, Ed.  Don't lose it.

> ED DUBOIS
> So I'll see you next week?

> DANIEL LUGO
> Three free sessions with membership, you bet you'll see me next week.

DuBois turns to leave.

> DANIEL LUGO (cont'd)
> Oh, and Ed?  If you see Marc Schiller, tell him to get his ass back in the gym, huh?

DuBois looks at him.  Lugo grins.

> DANIEL LUGO (cont'd)
> We miss him around here.

**INT. SOLID GOLD, CHAMPAGNE ROOM - NIGHT**

Beatriz grinds for A MAN IN A SILK TURTLENECK (FRANK GRIGA).

He puts a hundred dollar bill in his teeth.  She squats and grabs the bill with her knees.

Across the room, DOYLE slouches at a tiny table, glaring.

**EXT. SOLID GOLD - NIGHT**

The valet brings up a YELLOW LAMBORGHINI.  Beatriz's customer slips him a large bill, gets in, and roars off.

In the shadows near the dumpster, Doyle takes a slug from a 40.  He watches the Lamborghini's tail lights fade.

**EXT. DOORBAL AND CINDY'S HOUSE, BACKYARD - DAY**

Doorbal, in a tight, rented tuxedo takes Cindy's hand under a rickety wooden arch.  A REVEREND officiates.

> REVEREND
> Cindy and Adrian would like to welcome you all here today, and express how grateful they are that you could witness the flowering of their love.

On the Bride's side, nurses in pastel dresses gaze longingly.

On the Groom's side, Lugo and Doyle stand, tuxedos bulging at arm and thigh.

> REVEREND (cont'd)
> As a symbol of the commitment they are making today, Adrian and Cindy have written their own vows.

Lugo nods thoughtfully.  Doyle picks at a bloody fingernail.

> REVEREND (cont'd)
> Do you, Cindy, totally take Adrian to be your full-on, one and only husband...

Next to the gift table sits A BRAND NEW, FULLY-STOCKED WEIGHT BENCH, wrapped up with a big red bow.

> REVEREND (cont'd)
> To maximize your potential both as lovers and as parents...

The GIFT CARD reads, "TO AN AWESOME COUPLE, LOVE DANNY."

**EXT. DUBOIS' HOUSE - DAY**

DuBois and his wife unload groceries from HER STATION WAGON.

DuBois hoists a couple of bags.  Suddenly, he groans.

> ED DUBOIS
> Ow.  Take these.

Mrs. DuBois takes the bags.  DuBois clutches his back.

> MRS. DUBOIS
> Your back?

> ED DUBOIS
> Yeah.

> MRS. DUBOIS
> This is from your trip to the gym, isn't it?

He grimaces and lies flat in the driveway.

> ED DUBOIS
> I'm working on a case.

> MRS. DUBOIS
> No, you're lying in the driveway.

She takes a cookie out of the bag and lays it on his chest.

>                    MRS. DUBOIS (cont'd)
>          I'll come back to check on you.

>                    ED DUBOIS
>          Thanks, hon.

**EXT. DOORBAL AND CINDY'S HOUSE, BACKYARD - DAY**

Doorbal dances with Cindy's mom.  She comes up to his elbow.

Lugo talks to Cindy's teenage cousin.  The boy makes like he's
pumping a barbell.

>                    DANIEL LUGO
>          No, no.  If you do it like this...
>                    (moving the boy's arm)
>          You're gonna see a lot more results in a
>          lot less time.

Doyle pokes Lugo in the shoulder.

>                    PAUL DOYLE
>          Danny.  I need to talk to you.

**EXT. FLORIDA BEACH - DAY**

A yellow ATV skids to a halt on a sand dune.  The driver pushes
back his goggles and gives a whoop.

IT'S FRANK GRIGA, BEATRIZ'S CUSTOMER FROM SOLID GOLD.

>                    PAUL DOYLE (O.S.)
>          His name's Frank Griga.

Another ATV pulls up next to him.  The BIKINI-CLAD DRIVER takes
off her helmet and shakes out her long blonde hair.

>                    PAUL DOYLE (O.S.) (cont'd)
>          He's the fucking Alexander Graham Bell of
>          phone sex.

**INT. SEEDY APARTMENT, BATHROOM - NIGHT**

A fat guy sits on the closed toilet, his pants undone.  He reads
his credit card number into the phone.

>                    PAUL DOYLE (O.S.)
>          He owns every 1-900-FUCK line from
>          Tallahassee to Key West.

The fat guy slips a hand in his pants.

THE MIAMI NEW TIMES lies open on the floor.

In an ad, a BLACK WOMAN stares open-mouthed beneath the words,
"IT MUST BE HURRICANE SEASON, 'CAUSE I FEEL A BLOW COMING ON."

                              PAUL DOYLE (O.S.) (cont'd)
                    And guess where he finds the chicks for
                    his ads...

**INT. SOLID GOLD - NIGHT**

The black woman from the ad pumps her crotch at the pole.

Griga holds out a hundred-dollar bill.  BEN FRANKLIN'S FACE
flashes under the lights.

                              PAUL DOYLE (O.S.)
                    The guy's got millions.

**EXT. FRANK GRIGA'S MANSION - DAY**

Griga leans on the hood of his yellow Lamborghini.

                              PAUL DOYLE (O.S.)
                    You should see his car.

The car is parked in the crescent driveway of A MASSIVE, SALMON-
COLORED NEOCLASSICAL MANSION.

                              PAUL DOYLE (O.S.) (cont'd)
                    You should see his house.

The blonde from the beach comes out the front door wearing a
rubber dress, carrying a pitcher of daiquiris.

                              PAUL DOYLE (O.S.) (cont'd)
                    He's got it all.

**EXT. DOORBAL AND CINDY'S HOUSE, BACKYARD - DAY**

Doyle's bloodshot eyes squint determinedly.  He and Lugo sit at
a flower-bedecked table.

                              PAUL DOYLE
                    And we can take it.

Lugo stares at Doyle, at his red eyes, his bloody fingernails,
at the sweat soaking into his tuxedo collar.

                              DANIEL LUGO
                    I gave you an opportunity.

Doyle looks confused.

                              DANIEL LUGO (cont'd)
                    I gave you a second chance.  And what did
                    you do?
                              (leaning in)
                    You put it right up your nose.

Lugo takes a sip of champagne.

                    DANIEL LUGO (cont'd)
          So now you're broke.  And you want me to
          solve your problems by going cowboy on
          some Hungarian porn king.  Well, forgive
          me if I don't trust your fucking judgment
          right now, Paul.

Lugo stands and looks down at the defeated Doyle.

                    DANIEL LUGO (cont'd)
          Let's face it...you don't have my
          organizational skills.

Doyle sinks into his chair, broken.

**INT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 - DAY**

BLUE PAINKILLERS spill out over the phone book.

Schiller washes the BILLS down with rum.  He dials the phone,
his eyes unfocused, his mouth a little open.

                    JOHN MESE (O.S.)
          Hello?

                    MARC SCHILLER
          Hey, you fuck.  Remember me?

                                              INTERCUT:

**INT. SUN GYM, OFFICE - DAY**

Mese sits at his desk, looking annoyed.

                    JOHN MESE
          No.  Should I?

                    MARC SCHILLER
          I should think so.  Seeing as you
          apparently watched me sign my whole life
          away to some fucking weightlifter.

Shock replaces annoyance on Mese's face.

                    JOHN MESE
          Mr. Schiller?

                    MARC SCHILLER
          You do remember me.  See the reason
          that's funny is because I don't remember
          you.  That must mean you're a liar.

                    JOHN MESE
          Mr. Schiller, I-

                    MARC SCHILLER
          Liar.

Mese paces the room, jittery.

> JOHN MESE
> I was under the impression you were...out
> of town.

> MARC SCHILLER
> I never left town because I didn't have
> any money to leave town with because you
> fucking stole it from me.

> JOHN MESE
> Finances can be quite complicated.

> MARC SCHILLER
> This isn't finances and it isn't
> complicated.  It's fucking criminal.
> Give me my money back.

Mese stares at his picture in the trophy case: a young man,
tight and barrel-chested.

> JOHN MESE
> Perhaps we could negotiate.

**INT. SUN GYM, POOL - DAY**

Hush Puppies slap on the cement as MESE runs the length of the
pool, trying to keep up with a swimming Lugo.

At the end, Lugo surfaces.

> JOHN MESE
> Marc Schiller just called my goddamn
> office.

Lugo's mouth goes thin.  He climbs out of the pool.

> DANIEL LUGO
> What did he say?

> JOHN MESE
> He knows what I did.  You said I was
> absolutely safe.

MESE SHOVES LUGO.  Lugo steps back, surprised.

Mese tries to shove him again, but Lugo wraps his powerful arms
around him, forcing the older man to the tile floor.

Lugo holds Mese down, wet, wearing just a bathing suit.

The women in the shallow end stare.

> JOHN MESE (cont'd)
> He wants his stuff back.

*Markus & McFeely  1.21.11*     72.

                    DANIEL LUGO
          He can't have it.  He gave it to me.

**EXT. MIAMI SHORES COUNTRY CLUB, PRO SHOP - DAY**

CAPTAIN AL LOPEZ (40's) approaches the PRO at the window.

                    CAPT. AL LOPEZ
          I was hoping to get a tee time?

He opens his wallet, revealing his POLICE BADGE.

The Pro takes one look at it and runs his tiny pencil down the
list.  He scratches out KIM, and writes in LOPEZ.

                    GOLF PRO
          Looks like you're next, Captain.

He slides him a cart key.

                    CAPT. AL LOPEZ
          Muchas gracias.

He turns to his golf cart...where Ed DuBois waits.

                    ED DUBOIS
          They clean your balls for you, too?

                    CAPT. AL LOPEZ
          You're late.

                    ED DUBOIS
                (shrugging)
          I think it's the alternator.

Lopez climbs behind the wheel.

                    ED DUBOIS (cont'd)
          So I got something to talk to you about.

                    CAPT. AL LOPEZ
          I kinda sensed that, Sport.  Tell me on
          the tee.

The P.A. crackles:

                    GOLF PRO (O.S.)
          Will the Kim foursome please report to
          the pro shop?  Kim foursome, please
          report to the pro shop.

**INT. SUN GYM, OFFICE - DAY**

A nervous Mese picks up the phone on the first ring.

                                        INTERCUT:

**INT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 - DAY**

Schiller holds the phone to his sweaty head.

> MARC SCHILLER
> Did you talk to your mommy, you fuck?

> JOHN MESE
> Yeah.  Yeah, we're all set.

Mese presses a button, putting the phone on SPEAKER.

> MARC SCHILLER
> Then where's my money?

> JOHN MESE
> Well, it's a little complicated.  You
> have to sign some papers first.

LUGO LEANS AGAINST THE WALL, pinching his hand with fat-test calipers.  He gives Mese a "keep going" nod.

> JOHN MESE (cont'd)
> Why don't you tell me where you are and
> I'll bring them for you to sign.

> MARC SCHILLER
> I'm in your house fucking your wife up
> the ass.  What am I, an idiot?  I'm not
> telling you where I am.

> JOHN MESE
> Look, then how do we resolve this?  I
> mean, we really do need your signature.

> MARC SCHILLER
> I think I've signed enough.  I'll call
> you and tell you where we're gonna meet.
> And trust me, there's gonna be some big
> fucking guys there with guns, so don't
> try any shit.

Schiller hangs up.  He grins in the mirror.  Blood cakes his scabs.

> MARC SCHILLER (cont'd)
> Nicely done, Marc.

**INT. SUN GYM, OFFICE - DAY**

Mese panics.

> JOHN MESE
> What do we do now?  He didn't tell us
> where he was.

                    DANIEL LUGO
          Just star sixty-nine him.

Mese stares blankly.

                    JOHN MESE
          You want me to have sex with him?

Lugo pushes *69 on the speakerphone.

After a couple of rings:

                    DESK CLERK (O.S.)
          Horseshoe Crab Motor Lodge.

Mese just stares, AMAZED.  Lugo hangs up.

                    JOHN MESE
          How did you do that?

                    DANIEL LUGO
          Do you even read your phone bill?

**EXT. MIAMI SHORES COUNTRY CLUB, GOLF COURSE - DAY**

Capt. Lopez sights down his club at a flag in the distance.
DuBois leans on the cart.

                    ED DUBOIS
          And he's been living in a dump motel ever
          since.

Lopez sticks a tee in the ground.

                    CAPT. AL LOPEZ
          I thought you said he didn't have any
          money.

DuBois hands him a ball, smiling sheepishly.

                    CAPT. AL LOPEZ (cont'd)
          You're a soft touch, Ed.

                    ED DUBOIS
          His story's true.  Your guys slept on it.

                    CAPT. AL LOPEZ
          I'll look at what you got...

He whacks the ball into the sky.

                    CAPT. AL LOPEZ (cont'd)
          But it sounds like a non-starter to me.

                    ED DUBOIS
          Al.  I've got a trunkful of evidence.
          It's a starter.

                         CAPT. AL LOPEZ
              A Columbian plus torture equals bad news.
              At 5:30, 6, and 11, for however many
              nights it takes for Channel 4 to make me
              look like some kind of Uncle Juan
              defending the rights of drug dealers.

                         ED DUBOIS
              He sold submarine sandwiches.

                         CAPT. AL LOPEZ
              And Pablo Escobar was a florist.
              Anything below the Keys is a boil on my
              ass.

                         ED DUBOIS
              You're Cuban.

                         CAPT. AL LOPEZ
              Cuban-American.

DuBois shakes his head and takes out his own club.

                         ED DUBOIS
              Those guys are out there.  They're going
              to get hungry again.

Lopez looks away to another set of golfers on the green.

                         CAPT. AL LOPEZ
              We got people waiting.

DuBois takes a deep breath...and hooks a ball into the water.

**EXT. HORSESHOE CRAB MOTOR LODGE, PARKING LOT - DAY**

A burnt-out neon sign hangs in the sky: "HORSESHOE CRAB MOTOR
LODGE."

AN ENGINE ROARS.  PAN DOWN TO SEE...

Lugo's Jaguar pulling into the parking lot.

**EXT. HORSESHOE CRAB MOTOR LODGE, WALKWAY - DAY**

SNEAKERS POUND UP THE STAIRS.  Lugo and Doorbal stalk down the
walkway, their faces set.  Doorbal clutches a baseball bat.

They reach Room 219.  Lugo looks right and left, then nods.

DOORBAL KICKS IN THE DOOR.

**INT./EXT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 - DAY**

LUGO AND DOORBAL BURST IN TO FIND...NOTHING.

The filthy room stands empty.  They stare, dumbfounded.

WHIP PAST THEM, out the door and across the street to where...

MARC SCHILLER WHEELS HIMSELF OUT OF A DUNKIN DONUTS, eating a peanut ring.

He looks up...and sees his OPEN DOOR and TWO GIANT FIGURES silhouetted inside.

The doughnut falls into his lap.

**INT. HORSESHOE CRAB MOTOR LODGE, ROOM 219 - DAY**

Doorbal SMASHES the mirror with his bat.

Lugo HURLS the TV into the bathtub.

They take turns kicking the bed.

LUGO'S FACE TWISTS WITH RAGE.

**INT. HORSESHOE CRAB MOTOR LODGE, OFFICE - DAY**

Lugo and Doorbal stand at the Front Desk, breathing hard.

                    DANIEL LUGO
          Hi.

The SKINNY CLERK looks up.  Lugo fixes his sweaty hair.

                    DANIEL LUGO (cont'd)
          Our friend in 219.  He's not in.  I'm
          wondering if you've seen him.  He's been
          in an accident and I'm afraid he might
          have, you know, wandered off.

                    MOTEL CLERK
          If he's not there, I don't know where he
          is.  The only guy he talks to is the guy
          who pays for his room.

                    DANIEL LUGO
          What guy?

                    MOTEL CLERK
          Sorry.  Confidential.

Doorbal leans forward, huge.

                    ADRIAN DOORBAL
          I recently got married, and am looking
          for a place to hold my honeymoon.

He lays his bat on the counter.

                    ADRIAN DOORBAL (cont'd)
          I wonder if you could show me around your
          facility.

The clerk swallows.

                    MOTEL CLERK
     Um.  Sure.

He gets up slowly and leads Doorbal to the pool.

Lugo leans over and plucks out the GUEST FILE FOR ROOM 219.

He opens the folder and stops on:

A XEROX COPY OF ED DUBOIS' DRIVER'S LICENSE.

                  DANIEL LUGO (V.O.)
     The trust between a trainer and his
     client is sacred.  Like with priests and
     lawyers.  To betray that is to betray
     everything I believe in regarding
     fitness.

**EXT. MIAMI SHORES COUNTRY CLUB - DAY**

DuBois throws his bag into the trunk of his Lincoln, then climbs
behind the wheel.

He turns the key.  The engine chatters.

He turns the key again.  Nothing.

He sighs and lowers his head to the steering wheel.

THEN HE WRENCHES THE KEY AGAIN, GRINDING THE STARTER.

                  CAPT. AL LOPEZ (O.S.)
     You're right.  That's definitely the
     alternator.

CAPT. LOPEZ stands outside the car, smiling.

**INT. JAGUAR - DAY**

Lugo drives.  Doorbal stares at the COPY OF DUBOIS' DRIVER'S
LICENSE, COMPLETE WITH ADDRESS.

                  ADRIAN DOORBAL
     "Edward Pierre DuBois."  Maybe he's
     French.

Lugo jams the gearshift.

                  DANIEL LUGO
     I don't know what the fucker is, but he's
     not going to live long enough for me to
     find out.

Doorbal checks a map.  Lugo swerves through traffic, betrayed.

                    DANIEL LUGO (cont'd)
            We set nutritional goals together!

**INT. POLICE CAR - DUSK**

A UNIFORMED COP drives stoically.  He looks over to...

DuBois riding glumly in the passenger seat.

**INT. DUBOIS' HOUSE - DUSK**

Mrs. DuBois crimps the crust of AN APPLE PIE, then slides it
into a glowing oven.

MOVE PAST HER, to the kitchen window, where...

DANIEL LUGO watches through the glass.

**EXT. DUBOIS' HOUSE - DUSK**

Lugo eyes her every move.

She pours herself tea.  She flips through a magazine.

Lugo takes it all in:

THE PRETTY WOMAN at the table.

THE FRIGIDAIRE, crowded with magnets and photos.

THE APPLE PIE, baking behind tempered glass.

SUDDENLY, CAR BRAKES SQUEAK, SNAPPING HIS REVERIE.

Lugo ducks down.  He peers from the shadows to where...

THE BLACK AND WHITE POLICE CRUISER pulls into the driveway.

ED DUBOIS gets out.  He walks around to the driver's side and
leans in, talking with the uniformed cop.

**INT. JAGUAR - DUSK**

Parked down the street, DOORBAL STARES AT THE POLICE CRUISER.

Lugo pops out of the bushes and jumps in.

                    ADRIAN DOORBAL
            He's a cop?

                    DANIEL LUGO
            Fucking.  Mission.  Abort.

*Markus & McFeely 1.21.11*      79.

**EXT. DUBOIS' HOUSE - DUSK**

Lugo does a U-Turn in the quiet street, squeaking his tires as he takes off down the block.

DuBois looks up from the trunk to see tail lights receding.  He pulls out his clubs and heads for the house.

**INT. DUBOIS' HOUSE - DUSK**

DuBois trudges into the kitchen.  His wife drinks a cup of tea at the table.

>            MRS. DUBOIS
>     How's your back?

>            ED DUBOIS
>     Fine.

Ed starts to trudge away.

>            MRS. DUBOIS
>     Oh.  Mr. Schiller called.

DuBois turns around.  His wife reads from a MESSAGE SLIP.

>            MRS. DUBOIS (cont'd)
>     He said, "This is how you protect me, you
>     son-of-a-bitch?  Fucking thugs come to
>     murder me and you're out golfing?"  Then
>     he called you a "hayseed turd burglar"
>     and left a number.

She smiles innocently.

>            ED DUBOIS
>     I need to borrow your car.

**EXT. LUGO'S (SCHILLER'S) HOUSE - NIGHT**

Lugo pulls into his driveway and gets out.  Next door, the TWO MACCALISTER BOYS play catch.

Lugo trudges for his door.

>            MACCALISTER BOY (O.S.)
>     Hey, Tom!  Think fast!

Lugo turns around, just as THE FOOTBALL GLANCES OFF HIS HEAD.

>            DANIEL LUGO
>     WHAT THE FUCK?

The kids freeze.  Lugo plucks up the ball.

>                    DANIEL LUGO (cont'd)
>          I'm keeping it.  Hear me?  You just lost
>          it.  I hope you're fucking happy.

The kids stare, frightened.  Finally:

>                    MRS. MACCALISTER (O.S.)
>          Matthew.  Trevor.

All three turn to see MRS. MACCALISTER at the screen door.

>                    MRS. MACCALISTER (cont'd)
>          Come inside.
>                (glaring at Lugo)
>          <u>Now</u>.

The boys run inside.  Lugo smiles, apologetic.  She just shuts the door.

Lugo stands all alone in the driveway.  The streetlights buzz.

>                    GENE TOLLIVER (O.S.)
>          Some of you won't want to hear this...

**INT. LUGO'S (SCHILLER'S) HOUSE - NIGHT**

In the living room, GENE TOLLIVER gesticulates on TV.

>                    GENE TOLLIVER
>          But that's just going to make me shout
>          all the louder.  YOU WILL NEVER ACHIEVE
>          YOUR GOLDEN DREAM!

Lugo walks past the TV, out the sliding doors to the backyard, carrying a SHEAF OF PAPERS.

**EXT. LUGO'S (SCHILLER'S) HOUSE, BACKYARD - NIGHT**

Lugo fires up the BRICK BARBECUE.

>                    GENE TOLLIVER (O.S.)
>          In America, the only reward for great
>          achievement is the opportunity for
>          greater achievement!

One by one, Lugo drops papers into the flames:

THE DEED NOTARIZED BY JOHN MESE...HIS COPY OF ED DUBOIS' LICENSE...HIS STACK OF BBQ INVITATIONS.

>                    GENE TOLLIVER (O.S.) (cont'd)
>          You people are door openers.  And what do
>          you do with an open door?  Stand there
>          and stare at it?

Lugo throws on the rest of the invites, staring at the blaze.

> GENE TOLLIVER (O.S.) (cont'd)
> No, sir and no, ma'am.  You walk right on
> through!

Lugo looks through the window into his kitchen.

HIS FRIDGE STANDS BLANK WHITE.  HIS OVEN, DARK AND EMPTY.

He scowls, then...

PICKS UP A SHOVEL AND BASHES THE BARBECUE TO PIECES.

INT. LUGO'S (SCHILLER'S) HOUSE, BEDROOM - NIGHT

Smudged with soot, Lugo sits on the bed, dialing the phone.

> PAUL DOYLE (O.S.)
> Hello?

> DANIEL LUGO
> Doyle.  Pick up Adrian.  We're moving on
> your porn king.

EXT. TAQUERIA - NIGHT

DuBois pulls up in his wife's station wagon.  He gets out and
nods at the grillman behind the counter of A RAMSHACKLE HUT.

> ED DUBOIS
> (in Spanish)
> *I think you're keeping something for me?*

The grillman jerks his thumb at a wooden lean-to.

> GRILLMAN
> *He was scaring away my customers.*

DuBois slips him a twenty, then calls into the shadows.

> ED DUBOIS
> Marc.  Let's get you out of here.

Schiller wheels himself out of the lean-to.  He shivers.  Dirt
and grease smear his body.  Bug bites dot his face.

> ED DUBOIS (cont'd)
> Jeez.

DuBois gets behind Schiller and gently wheels him away.

> ED DUBOIS (cont'd)
> You really shouldn't have called them.

> MARC SCHILLER
> You're gonna ride my ass about that now?

DuBois gently bumps Schiller up a curb.

**INT. SOLID GOLD - NIGHT**

Sabina grinds away on A CUSTOMER in the Champagne Room.

>           SABINA PETRESCU (V.O.)
> I had proven my loyalty to Daniel, and to
> C.I.A.  I was rewarded with a mission of
> my own.

She undulates in his lap, her G-string in the man's face.

>           SABINA PETRESCU (V.O.) (cont'd)
> You cannot understand.  To be called to
> service my new adopted country...there
> was no greater honor.

When she pulls back, we realize her customer is FRANK GRIGA.

She yells over the music.

>             SABINA PETRESCU (cont'd)
> I have some friends that want to meet
> you.

>             FRANK GRIGA
>             (excited)
> Oh, yeah?

>           SABINA PETRESCU
> Not those kind of friends.  Businessmen.
> They have investment.

Sabina flips over and slowly pumps her ass up and down in
Griga's lap.  She looks over her shoulder.

>           SABINA PETRESCU (cont'd)
> It would mean a lot to me.

Griga stares at the soft flesh in his lap, mesmerized.

**INT. DUBOIS' HOUSE - NIGHT**

DuBois scoops potatoes into his mouth, chewing thoughtfully.

>             ED DUBOIS
> Pass the rolls, please?

Mrs. DuBois hands the basket of rolls to her husband.  He
chooses one, then holds the basket out to...

MARC SCHILLER, at the head of the table in his wheelchair.

Schiller awkwardly takes a roll.  He holds it loosely, staring
at the BONSAI CENTERPIECE with tired eyes.

>             MARC SCHILLER
> That's a tiny tree.

Mrs. DuBois smiles at him.

                    MRS. DUBOIS
          I did it myself.  Sort of my hobby.

Schiller tries to butter his roll, but it slips from his hand
and drops under the table.

                    ED DUBOIS
          I got it.

Schiller wheels himself back from the dinner table.

                    MARC SCHILLER
          No.  I can do it.

Schiller contorts in his chair, leaning painfully for his
Pillsbury roll.  Finally...he..reaches it.

He straightens back up, trying to look dignified.  He gestures
at the tiny tree.

                    MARC SCHILLER (cont'd)
          I have a boat.

Mrs. DuBois smiles understandingly.

**EXT. FRANK GRIGA'S MANSION – DAY**

Lugo's Jaguar pulls into the circular driveway of Griga's
mansion.  He parks beside the yellow Lamborghini.

Lugo and Doorbal get out wearing tailored suits.  They both
stare at the sports car.

                    DANIEL LUGO
          Dibs.

**INT. FRANK GRIGA'S MANSION – DAY**

A PIE CHART GLOWS ON A LAPTOP: "PROFIT MAXIMIZATION PROFILE."

                    DANIEL LUGO
          India has a billion people as of the last
          census.

Sitting at a table with Lugo and Doorbal, Frank Griga examines
the pie chart.

                    DANIEL LUGO (cont'd)
          The only telecommunications company there
          worth a damn is AT&T.

Lugo taps a multi-colored PAMPHLET.

                    DANIEL LUGO (cont'd)
          We're going to change that.

Under the table, A TINY DOG nips at Doorbal's pant leg.  He tries to brush it away.

> FRANK GRIGA
> Chopin, stop.
> (to Lugo)
> What about wireless?

> DANIEL LUGO
> Well, it's not in the literature, but I feel I can trust you.

He leans in and lowers his voice.

> DANIEL LUGO (cont'd)
> We'll be going wireless on the sub-continent inside of 18 months.

KRISZTINA FURTON, Griga's busty girlfriend, saunters in carrying a pitcher of lemonade.

Griga catches Doorbal eyeing her sizable, enhanced breasts. Griga wraps his arm around her waist.

> FRANK GRIGA
> You like 'em?  I had the doctor put in an extra 50 cc's.

She playfully slaps his arm.  They all watch her bounce away.

> FRANK GRIGA (cont'd)
> So...what's the minimum investment?

> DANIEL LUGO
> $500,000.

Griga shuts the laptop.

> FRANK GRIGA
> What's the maximum?

Lugo smiles.

**INT. SPEED RACER WAREHOUSE - MONTAGE**

Doorbal sets up TWO METAL CHAIRS on the warehouse floor.

> DANIEL LUGO (V.O.)
> I don't care what anyone says.  Last time, the plan worked.

Lugo lays out his tools on the table: DUCT TAPE, STUN GUN, PORTABLE PHONE.  THE GRAVITY BOOTS HANG ON THEIR RACK.

> DANIEL LUGO (V.O.) (cont'd)
> It wasn't the plan's fault.  It was the execution.  Our execution.

Doyle stands on a chair.  Lugo kneels below HIM, HEMMING THE
CUFFS OF HIS GRAY PANTS like a tailor.

> DANIEL LUGO (V.O.) (cont'd)
> That wasn't going to happen this time.
> We'd learned, and we'd grown.

Doyle puts a BOTTLE OF CRISTAL and A BOUQUET OF PINK ROSES in a
portable ICE CHEST.

> DANIEL LUGO (V.O.) (cont'd)
> Follow through.  Attention to detail.
> That's what separates Do-ers from Losers.

THE THREE MEN TAKE TIME TO STRETCH.  LUGO DOES PUSH-UPS.

> DANIEL LUGO (V.O.) (cont'd)
> Frank Griga was going to find out the
> hard way...

**EXT. FRANK GRIGA'S MANSION - NIGHT**

A GLEAMING STRETCH LIMOUSINE pulls into Griga's driveway.

> DANIEL LUGO (V.O.)
> We weren't losers.

DOYLE GETS OUT, NOW DRESSED AS A CHAUFFEUR.

He opens the back door and stands at attention as...

LUGO AND DOORBAL CLIMB OUT IN TAILORED SUITS.

**INT. FRANK GRIGA'S MANSION, BEDROOM - NIGHT**

Griga stands at a mirror, adjusting the crotch of his denim
suit.  Krisztina walks in wearing in a red leather miniskirt.

> KRISZTINA FURTON
> Where are we going tonight?

> FRANK GRIGA
> Some steakhouse.  I let those bozos pick
> it.

> KRISZTINA FURTON
> If you think they're bozos, why are you
> dealing with them?

Griga zips up her skirt, squeezing her ass.

> FRANK GRIGA
> Sometimes to get the milk, you need to
> make friends with the cow.

*Markus & McFeely   1.21.11*   86.

**INT. FRANK GRIGA'S MANSION – NIGHT**

THE PINK ROSES SIT IN A VASE.

Griga helps Krisztina into her red leather jacket, embossed on the back with a HUGE WHITE EAGLE.

Lugo hands her glass of champagne.  A WHITE-HAIRED MAID stands by with Lugo's Cristal.

Lugo, Doorbal, Griga and Krisztina raise their glasses.

> DANIEL LUGO
> To communication.  May it lead us to greater vistas and wider improvements.

They clink glasses.

**EXT. DON SHULA'S STEAKHOUSE – NIGHT**

The limo pulls up to the front door.

Lugo helps Krisztina out.  She looks around the empty lot.

> KRISZTINA FURTON
> Where are all the other cars?

> ADRIAN DOORBAL
> It's usually packed by now.

Doorbal tries the front doors.  They're locked.

Griga turns to Lugo, impatient.

> FRANK GRIGA
> Didn't you make reservations?

> DANIEL LUGO
> That's certainly what I was led to believe I,did.

> KRISZTINA FURTON
> What are we going to do for dinner?  I skipped breakfast and lunch.

> DANIEL LUGO
> You know, Adrian lives not too far away from here.  It's a beautiful place.

The three of them turn to Doorbal.  He smiles.

> ADRIAN DOORBAL
> I do love having people over.

EXT. DOORBAL AND CINDY'S HOUSE - NIGHT

Doyle kneels beside the limo, playing with Tasty Reuben, the greyhound.

INT. DOORBAL AND CINDY'S HOUSE - NIGHT

Krisztina picks up a wedding picture of Cindy and Doorbal.

                    KRISZTINA FURTON
          Where's your wife now?

Doorbal walks in with a plate of microwave egg rolls.

                    ADRIAN DOORBAL
          She's working a double shift at the E.R.

He offers her an egg roll.  She takes two.

                    KRISZTINA FURTON
          That must be really hard work.

                    ADRIAN DOORBAL
          Yeah.

Doorbal watches Krisztina lean over to dip the egg roll in sauce.  Her top clings tightly to her enhanced breasts.

                    ADRIAN DOORBAL (cont'd)
          She works pretty late, too.

INT. DOORBAL AND CINDY'S HOUSE, SECOND BEDROOM - NIGHT

Lugo leads Griga into Doorbal's second bedroom.  His wedding gift, THE WEIGHT BENCH, takes up most of the room.

A MASSIVELY-WEIGHTED BARBELL SITS HIGH ON THE RACK.

Lugo closes the door.  Griga sips from a highball glass.

                    FRANK GRIGA
          I ran your numbers by my accountant.  It
          looks like blue skies and clear sailing.

                    DANIEL LUGO
          I have the contracts right-

                    FRANK GRIGA
          For whoever does the investing.

Lugo smiles, puzzled.

                    DANIEL LUGO
          I don't follow you, Frank.

                    FRANK GRIGA
          I'd like to meet directly with the board.
          No offense, Daniel, but your skill set
          doesn't put my mind at ease.

Lugo swallows his anger.

                    DANIEL LUGO
          What exactly is my skill set?

Griga pauses.  He gives an apologetic smile.

                    FRANK GRIGA
          I was being polite.  You seem like a nice
          guy.  We could totally hang out.  But I'm
          not comfortable with you having a say in
          my money.

                    DANIEL LUGO
          You stand here in my friend's home and
          say you don't trust me?

                    FRANK GRIGA
          You're right.  Maybe this is not the
          place to discuss this-

Griga moves toward the door.  Lugo cuts him off.

                    DANIEL LUGO
          You want to go over my head to the board!

Griga puts his drink down, gloves off.

                    FRANK GRIGA
          Daniel, you know something about the
          business world, but not as much as you
          think.  Some of the things you say are
          comical.

MOVE IN SLOWLY ON LUGO.

                    FRANK GRIGA (cont'd)
          I don't think you have your eye on this
          deal.  I don't think you're willing to
          put in the time.  I don't think you're a
          hard worker.

LUGO'S EYES GLAZE.

                    FRANK GRIGA (cont'd)
          This is a complicated venture that takes
          professionals.  And let's face it...*you
          guys are fucking amateurs.*

LUGO SNAPS.  HE DRIVES HIS FIST INTO GRIGA'S MOUTH.

Griga stumbles back.  He swings, but Lugo blocks the punch...

THEN HAMMERS HIM IN THE JAW.  GRIGA ROCKETS BACK INTO THE WEIGHT
BENCH.  CLANG.

THE SUPPORT POST BUCKLES, KNOCKED OUT OF ALIGNMENT.

Griga flops to the floor.  He looks at Lugo, dazed.

Lugo glares.

> DANIEL LUGO
>> No one works harder than me!

Griga coughs blood.  Then...

SNAP.  THE WEIGHT BENCH POST TORQUES RIGHT OFF.  THE BARBELL
TILTS VIOLENTLY...

RIGHT AT GRIGA'S HEAD.

Lugo's eyes go wide.

> DANIEL LUGO (cont'd)
>> No, no, NO—

WHOOSH, WHOOSH, WHOOSH.  THREE 45-POUND WEIGHTS SLIDE OFF THE
END OF THE BARBELL.

Lugo dives forward but...

CRUNCH.  CRUNCH.  CRUNCH.

THE WEIGHTS LAND WITH SICKENING FINALITY ON GRIGA'S HEAD.

For a moment, all is silent.  Lugo just stares, then...

KRISZTINA THROWS OPEN THE DOOR, DOORBELL RIGHT BEHIND HER.

She stops and stares.  One of the weights is still lodged in
Griga's shattered skull.

Blood drips into the shag rug.

Krisztina lets out a SHRIEK.  Doorbal CLAMPS his huge hand over
her mouth.

Doyle runs in.  He stands there, in shock.

> ADRIAN DOORBAL
>> Here, take her.

Doyle doesn't move.  Doorbal shoves her at him.

> ADRIAN DOORBAL (cont'd)
>> NOW!

Doyle takes the struggling Krisztina in his arms.

Doorbal runs out of the room, leaving Doyle alone with Lugo.

Lugo, in a daze, checks Griga's neck for a pulse.

Then he walks into the bathroom.

Doorbal rushes back in with a syringe.

> ADRIAN DOORBAL (cont'd)
> Hold her still.

Doorbal hikes up Krisztina's skirt and jabs the needle into her ass.  Within moments, she falls limp.

> PAUL DOYLE
> What is that stuff?

> ADRIAN DOORBAL
> Horse tranquilizer.

The sound of VOMITING comes from the bathroom.

**EXT. MIAMI STREET - NIGHT**

Tasty Reuben runs frantically down the middle of the empty street, his leash trailing behind.

**INT. DOORBAL AND CINDY'S HOUSE - NIGHT**

THE NATIONAL ANTHEM plays softly.

IN THE 2nd BEDROOM...a pillowcase covers Griga's head. Krisztina slumps on the carpet nearby.

MOVE INTO THE LIVING ROOM...Lugo, Doorbal and Doyle sit in front of the TV.

The bluish light flickers over their vacant faces.

On screen, the TV station signs off for the night:

AN AMERICAN FLAG WAVES IN THE BREEZE.

**EXT. MIAMI BEACH KENNEL CLUB - DAWN**

An old Cuban KENNEL WORKER walks along a fence, hosing down the cement.  Finally, he reaches a gate and finds...

TASTY REUBEN on the other side of the fence.  Panting.  Smiling.

The kennel worker peers at him, confused.

> KENNEL WORKER
> Reuben?

Reuben wags his tail, raises his leg and PEES in excitement.

INT. DOORBAL AND CINDY'S HOUSE - DAY

Paul Doyle sleeps in a chair.

> DANIEL LUGO (O.S.)
> Wake up.

Doyle stirs.  He sees Lugo standing over him, A MOVING BOX in his hands.

> DANIEL LUGO (cont'd)
> You're coming with me.

Lugo marches through the house.  Doyle stumbles after him.

> PAUL DOYLE
> Where are we going?

> DANIEL LUGO
> This is now a salvage op.

> PAUL DOYLE
> What does that even mean?

Lugo spins into Doyle's face.

> DANIEL LUGO
> IT MEANS I'M GETTING THAT COCKSUCKER'S
> CAR AND ANYTHING ELSE THAT'S NOT NAILED
> DOWN!

INT. DOORBAL AND CINDY'S HOUSE, SECOND BEDROOM - DAY

Lugo steps over Krisztina and digs through Griga's pockets.  He pulls out A SET OF KEYS.

Doorbal and Doyle wait in the doorway.

> DANIEL LUGO
> When's Cindy get home?

> ADRIAN DOORBAL
> Her shift ends at noon.  Danny-

> DANIEL LUGO
> He's leaking.  Put him in the bathtub.
> (looking at Krisztina)
> Lock her in with him and make sure she
> stays quiet.  Then do something about the
> rug.

> ADRIAN DOORBAL
> But, Danny-

> DANIEL LUGO
> Say the dog did it.  Everything else'll
> be gone before Cindy even opens the door.

Doorbal finally nods.  Lugo heads out.

>                    DANIEL LUGO (cont'd)
>          And crank up the A.C.  He's starting to
>          reek.

**INT. JAGUAR - DAY**

Lugo drives fast.  Doyle sits beside him, tense.

**INT. DOORBAL AND CINDY'S HOUSE, SECOND BEDROOM- DAY**

THE DIGITAL THERMOSTAT READS, "HI COOL, HI FAN."

Doorbal, on hands and knees, tries to scrub the blood stain out
of the carpet.

Just then, a thin whimper escapes from the bathroom.  He tries
to ignore it...but he hears the whimper again.

**INT. JAGUAR - DAY**

Lugo drives slowly through Griga's quiet neighborhood.

A PRIVATE PATROL CAR rolls by.  Doyle slouches in his seat.

**INT. DOORBAL AND CINDY'S HOUSE, BATHROOM - DAY**

Doorbal walks in, holding up his tranquilizer syringe.

Krisztina whimpers on the cold tile, half-drugged, swearing in
slurred Hungarian.

**EXT. FRANK GRIGA'S MANSION - DAY**

The Jaguar pulls alongside Griga's Lamborghini.

Lugo walks quickly to the front door of the house.  Behind the
thick glass, a muted Chopin barks furiously.

Lugo digs Griga's keys out of his pocket.

Suddenly, he stares...next to the door, AN ALARM KEYPAD BLINKS.

**INT. DOORBAL AND CINDY'S HOUSE - DAY**

The phone rings.  Doorbal picks up the cordless.

>                    DANIEL LUGO (O.S.)
>          Put the bitch on the phone.  I need the
>          alarm code.

Doorbal looks down at the empty syringe in his hand.

He runs for the bathroom.

**EXT. FRANK GRIGA'S MANSION - DAY**

Lugo waits on his cel.  Across the street, an old man waters his lawn.  Lugo steps into the shadows.

> ADRIAN DOORBAL (O.S.)
> Um, Danny...

**INT. DOORBAL AND CINDY'S HOUSE, BATHROOM - DAY**

Doorbal stares down at Krisztina's PALE BLUE DEAD BODY.

> ADRIAN DOORBAL
> The bitch is cold.

**INT. JAGUAR - DAY**

From behind the wheel, Doyle watches Lugo tremble and then KICK furiously at the locked door.

**EXT. FRANK GRIGA'S MANSION - DAY**

Lugo peels out in Griga's Lamborghini.  Suddenly, he screeches back to the MAILBOX.

He leans out and steals all of Frank Griga's mail.

The Lamborghini screeches into the street and squeals away.

**INT. DOORBAL AND CINDY'S HOUSE - DAY**

A LARGE, CARDBOARD BOX reads, "KITCHEN - BREAKABLES!"

ONE SLIM FOOT with red toenail polish protrudes from the box.  Doorbal shoves it down, burying it in packing peanuts.

Doyle flips Griga's body onto the stripped couch.  Lugo stuffs the cushions back on.

**EXT. DOORBAL AND CINDY'S HOUSE - DAY**

Doyle and Doorbal wrestle the couch down the front steps to the waiting van.  Lugo waves them forward.

**INT. WHITE VAN - DAY**

Lugo drives fast.  Doorbal squeezes in next to him.

From the back:

> PAUL DOYLE (O.S.)
> It smells awful back here.

> DANIEL LUGO
> Live with it, Paul.

EXT. SPEED RACER WAREHOUSE - DAY

The van pulls into the lot.  When it passes us, we can see...

DOYLE'S NOSE AND LIPS PROTRUDING FROM THE CRACKED WINDOW.

He gulps for air.

INT. SPEED RACER WAREHOUSE - DAY

THE COUCH AND THE BOX sit at the far end of the warehouse.

Doyle stares, blown out.  Lugo hands him A WALKIE-TALKIE.

> DANIEL LUGO
> Stay here and maintain a secure profile.
> Me and Adrian'll get what we need.

> PAUL DOYLE
> I'm not hanging out here with two dead
> bodies.

LUGO SLAPS HIM ACROSS THE FACE.

> DANIEL LUGO
> This was your fucking idea.  Those are
> your fucking corpses.

Doyle holds his cheek, cringing.

> DANIEL LUGO (cont'd)
> You've got to learn to take
> responsibility.

INT. FRANK GRIGA'S MANSION, KITCHEN - DAY

THE WHITE-HAIRED MAID, ESTHER TOTH arrives for work.  She looks
around nervously.

> ESTHER TOTH
> Hello?  I'am here.

She steps into the hallway.  YELLOW LIQUID pools on the marble
floor.  A faint whining comes from the living room.

Esther creeps forward.  She gasps.

Stuffing plumes from the sofa.  Plants lie shredded everywhere.
The curtains dangle in ribbons.

And in the middle of it all shivers CHOPIN, THE DOG.

> ESTHER TOTH (cont'd)
> Oh, Chopin.

On the side table sit FOUR EMPTY CHAMPAGNE FLUTES.

**INT. HOME DEPOT - DAY**

Doorbal pushes a cart down the tool aisle.

Lugo loads necessities: lye, buckets, Windex, an iron grate, Hefty Bags, Ready Road repair tar, goggles, and a blowtorch.

Finally, they stop at a display of CHAINSAWS.  Lugo looks from one to another.  He picks the one that's on sale.

They wheel up to the cashier.  Lugo hands over a credit card. The cashier checks it and smiles.

>                    CASHIER
>          Did you find everything today, Mr. Griga?
>
>                    DANIEL LUGO
>          You bet.

Lugo rests his hand on the CHAINSAW BOX: *"Guaranteed to handle all your cutting chores quickly and easily!"*

**INT. FRANK GRIGA'S MANSION - DAY**

DETECTIVES IRIS DEEGAN and JIM COSTELLO sit at the kitchen table with Esther Toth, who cradles the quivering Chopin.

>                    ESTHER TOTH
>          He loves dog like own child.  He feeds
>          him pure sirloin steak, chopped up like
>          for a baby.  He would not leave him alone
>          all night.

Deegan takes notes.

>                    DET. IRIS DEEGAN
>          You're sure his business meeting couldn't
>          have just run long?  Maybe they did a
>          little partying?
>
>                    ESTHER TOTH
>          Those guys he have meeting with, those
>          are not the kind of guys he party with.
>          I don't trust those big guys.
>
>                    DET. JIM COSTELLO
>          Big guys?
>
>                    ESTHER TOTH
>          Big.  Like wrestler on TV.

The detectives look at each other.

>                    DET. IRIS DEEGAN
>          Do you mind if we use the phone?

                              ESTHER TOTH
                    Is one in every room.

**INT. SPEED RACER WAREHOUSE - DAY**

Doyle paces, shaking, biting his thumbnail.  He looks over at...

THE COUCH AND THE CARDBOARD BOX.  He stares, thinking.

He opens the box and digs in, finally coming up with...

KRISZTINA'S PURSE.  It's snagged.  He pulls up...KRISZTINA'S
HAND.

He steels himself, untangles the strap and rummages in the
purse.

Finally, he finds what he's after, A VIAL OF COCAINE.

Doyle kneels before one of the metal chairs.  He shakes the coke
out in a sloppy line.

He eagerly snorts it, then rocks back on his knees, a euphoric
smile on his face.  His eyes close.

WE HEAR CARNIVAL MUSIC.

When he opens them again, he finds himself staring at...

THE SLIM, DELICATE HAND still protruding from the box.  The
nails are painted red, with white French tips.

The music stops.  His smile fades to emptiness.

Tears start streaming down his face.

**INT. DOORBAL AND CINDY'S HOUSE - DAY**

Cindy Eldridge, still in her nurse's whites, walks through the
front door, exhausted.

In the living room, she stops.  FOUR INDENTATIONS mark the
carpet where the couch used to be.

                              CINDY ELDRIDGE
                    Adrian?

She looks in the second bedroom:

LARGE JAGGED SQUARES have been cut out of the carpet, all the
way down to the plywood beneath.

**INT. SPEED RACER WAREHOUSE - DAY**

Lugo and Doorbal carry in their Home Depot bags.

> DANIEL LUGO
> Doyle, take some of this shit. '

Lugo looks around. THE WAREHOUSE STANDS COMPLETELY EMPTY, except for the couch and the box...

AND THE WALKIE-TALKIE LYING ON THE FLOOR.

A note lies underneath the radio: *"Sorry, I can't.  Maybe God can forgive us."*

Lugo paces for a moment.  Finally, he spasms with rage:

> DANIEL LUGO (cont'd)
> HE'S GOT NO FUCKING ACCOUNTABILITY!

His scream hangs in the air.

> ADRIAN DOORBAL
> Danny, where do you want me to set this
> up?

Lugo turns to see his last remaining friend standing at the door with a 55-gallon drum.  Lugo smiles sadly.

> DANIEL LUGO
> Here.  Let me help you.

MONTAGE:

Lugo spreads Hefty bags across the concrete floor.

Doorbal pulls Krisztina out of the box.  Styrofoam flutters.

Lugo strips Griga down to his briefs.

Doorbal cuts away Krisztina's miniskirt with scissors.

Lugo scrubs Griga's torso with Comet and a Brillo pad.

Doorbal sprays Krisztina's face with Windex.  Her make-up smears.

Lugo lays an iron grate over a pair of metal drums.

Doorbal lowers Krisztina's body onto the grate.

**EXT. DOORBAL AND CINDY'S HOUSE - DAY**

Cindy carries a trashbag out to the can.  She opens the lid...and drops the trash on the ground.

Squares of carpet lie heaped, SOAKED IN DARK BLOOD.

INT. DUBOIS' HOUSE - DAY

A TINY CERAMIC BUDDHA SITS BENEATH A BONSAI TREE.

CAPT. AL LOPEZ picks it up, rubbing its belly with his thumb.

> CAPT. AL LOPEZ
> It's a big department, Ed.  We can't do
> everything right.

DuBois stands at the window, smiling ruefully.

> ED DUBOIS
> I wasn't asking for everything, Al.  Just
> one thing.

Lopez fishes A PHOTO out of his jacket.

> CAPT. AL LOPEZ
> I thought you might want to see a
> picture.

He hands DuBois a PHOTO OF GRIGA AND KRISZTINA.

> CAPT. AL LOPEZ (cont'd)
> We think these people are in trouble.

> ED DUBOIS
> With all due respect, Captain, these
> people are dead.

The silence hangs in the air.

PAN ACROSS THE ROOM.  Schiller sits at the breakfast table,
painfully eating eggs.  He gives Lopez a bitter thumb's up.

> MARC SCHILLER
> Yeah, get your best man on it.

EXT. SPEED RACER WAREHOUSE - DAY

Lugo leans against the wall, eating a sandwich.

INSIDE, THE CHAINSAW RUMBLES, REVS AND CUTS INTO...SOMETHING.

Shredded lettuce dangles from Lugo's mouth.  He pokes it in.

The chainsaw revs again.  Lugo chews.

Just as Lugo takes another bite, there comes a whine and the
sound of an engine choking.  The chainsaw stops.

> ADRIAN DOORBAL (O.S.)
> Danny!  You better get in here!

**INT. SPEED RACER WAREHOUSE - DAY**

Lugo finds Doorbal reading THE CHAINSAW BOX.

>                    ADRIAN DOORBAL
>           It says it cuts anything!

A WAD OF BLONDE HAIR jams the chainsaw.

**INT. HOME DEPOT - DAY**

Lugo stands at the return desk with THE CHAINSAW.

>                    DANIEL LUGO
>           I'd like to make a return.

>                    RETURNS DESK WORKER
>           Cash or credit?

Lugo lays A LARGE AXE on the counter.

>                    DANIEL LUGO
>           Credit.

**INT. SPEED RACER WAREHOUSE - DAY**

Lugo raises his axe high.

CLOSE ON: LUGO'S FACE.  CHOP.

**MONTAGE:**

Two 55-gallon drums sit against the wall, next to THREE RED BUCKETS.  A few strands of hair sprout from the last bucket.

Lugo and Doorbal sit on the couch, bloody and vacant.

Lugo drives the yellow Lamborghini on the freeway.  He signals for an exit marked, "ALLIGATOR ALLEY."

Doorbal drives the white van along a canal.

The Lamborghini stops on a causeway.

Doorbal heaves a drum into the canal.  The drum sinks into the silt alongside a rusty Chevette and a huge truck tire.

Lugo leans casually on the causeway railing.  A bucket hits the water, followed by two more.  Blood swirls.

Another drum settles beside the Chevette.

Lugo drives into the sun.  He puts on his sunglasses.

*Markus & McFeely  1.21.11*      100.

INT. MIAMI-DADE POLICE HEADQUARTERS, ASSEMBLY ROOM - DAY

A XEROXED MUG SHOT OF DANIEL LUGO sits atop a stack.

Policemen each take a copy and pass it along.

At the head of the room, Capt. Lopez gives instructions to his elite squad.

8x10 PHOTOS hang on the board behind him: LUGO, DOORBAL, DOYLE, and JOHN MESE.

The stack reaches DuBois.  He hands one to Schiller.  Schiller stares down at the Xeroxed Lugo.

INT. DOORBAL AND CINDY'S HOUSE, BATHROOM - DAY

In the shower, Doorbal determinedly scrubs the blood off his massive arms.

INT. DOORBAL AND CINDY'S HOUSE, BEDROOM - DAY

Cindy sits on the bed, staring at the bathroom door.

EXT. SUN GYM, ROOF - DAY

LUGO DOES STOMACH CRUNCHES.

He crunches toward his knees and sees the parking lot.  When he lies back down, he sees the sky.

Up, parking lot.  Down, sky.

He does another crunch...and sees THREE POLICE CARS screech into the lot.

Lugo flips to a standing position.  The cops storm the gym.

Lugo runs for the far side of the roof.

EXT. SUN GYM, ALLEY - DAY

Lugo, in shorts and tank top, sprints flat out down the alley.

EXT. DOORBAL AND CINDY'S HOUSE - DAY

On the porch lies a rubber newspaper, the "Doggie Gazette."  A UNIFORMED COP steps over the chew toy and rings the bell.

Cindy opens the door.  Two policemen crowd her front porch. Stoically, she steps aside.

INT. DOORBAL AND CINDY'S HOUSE - DAY

The cops stand in the living room.

                    CINDY ELDRIDGE
          Adrian, honey?

At the end of the hall, ADRIAN DOORBAL STEPS OUT.

NAKED.  GIGANTIC.  MUSCLES RIPPLING.

The cops look at each other.  One of them speaks into his radio.

                    COP
          This is Unit 3, requesting back-up.

**INT. CONGREGATION OF LIGHT - DAY**

PAUL DOYLE kneels in the third row of the empty church,
examining his bloody hangnail.

The white-eyed Saints stare blankly.

PASTOR RANDY slips into the pew in front of him.

                    PASTOR RANDY
          Howdy, partner.

Doyle looks up.  Randy smiles.

                    PASTOR RANDY (cont'd)
          I held them off as long as I could.

Doyle turns slowly.  COPS STAND IN EVERY AISLE.

Doyle turns back to Pastor Randy.

                    PAUL DOYLE
          What about Sanctuary?

                    PASTOR RANDY
          Yeah...we don't do that anymore.

Doyle lowers his head.  The cops move in.

**INT. KNIGHT CENTER, MIAMI - DAY**

A banner reads: "NATIONAL PHYSIQUE COMMITTEE'S FLORIDA MEN'S
CHAMPIONSHIP, *sponsored by Sun Gym and Schlotzky's Deli*."

On stage, well-oiled bodybuilders flex.

JOHN MESE admires the competitors, utterly content.

Then something catches his eye.  A pair of POLICEMEN talk with a
female bodybuilder.  She points right at Mese.

Mese makes for the exit, looking behind him, not seeing...

THE BURLY DETECTIVE in front of him.  The detective clamps his hand on Mese's shoulder.

Mese hits him with a clipboard.  The detective wrestles him to the ground.  Mese screams.

The bodybuilders on stage look down curiously.

INT. SABINA'S APARTMENT - DAY

PAN OVER: A GENE TOLLIVER BOOK, A CARTON OF BULK BLASTER, AND A BOXED SET OF STEVEN SEAGAL VIDEOS.

Police rifle through the apartment, loading up Lugo's things.

Near tears, Sabina holds on tight to LUGO'S NIGHT VISION GOGGLES.  A cop wrestles them away from her.

                                        CUT TO:

LUGO'S FACE.  EXTREME CLOSE UP.  Squinting, determined.

                                        CUT TO:

EXT. SCHILLER'S HOUSE - DAY

DuBois helps Schiller from the car into his wheelchair.

He rolls him across the lawn to the front stoop.

A POLICEMAN stands guard.  Schiller reaches out and squeezes the cop's hand.

INT. SCHILLER'S HOUSE - DAY

DuBois pushes Schiller into his living room.  Schiller's smile drops as he stares at THE EMPTY, RAVAGED ROOM.

Wires hang from the walls.  Nails stick up where the carpet once was.  Even the light switch covers are gone.

                                        CUT TO:

LUGO'S FACE.  MEDIUM CLOSE UP.  Sun burns his skin.

                                        CUT TO:

EXT. SCHILLER'S HOUSE, BACKYARD - DAY

Schiller looks out over his backyard.  Dead flowers wilt against the fence, his once lush lawn dry and brown.

And in the corner...HIS BRICK BARBECUE lies smashed into a million pieces.

BRAD MACCALISTER waves from the other side of the fence.

                    BRAD MACCALISTER
          Hey, buddy!  Where you been?

**INT. SCHILLER'S HOUSE, GARAGE - DAY**

DuBois wheels in Schiller, snapping on the light.

Schiller stares, dejected.  WHERE THE BOAT ONCE STOOD, ALL THAT
REMAINS IS AN OIL STAIN.

                    MARC SCHILLER
          He took my boat.

DuBois pats Schiller's shoulder.

                                             CUT TO:

LUGO'S FACE.  He cracks a tiny smile.

**EXT. OCEAN - DUSK**

Schiller's cigarette boat jets across the ocean, a rooster tail
pluming behind it.

Lugo stands at the wheel, the wind in his hair, steering toward
the horizon.

                                        FADE TO BLACK.

                    CAPT. AL LOPEZ (O,S.)
          All right, this is what we've got.

**INT. SCHILLER'S HOUSE - DAY**

Capt. Lopez, DuBois and Schiller sit in the kitchen on the LAWN
FURNITURE from the back yard.

More cops gather in the empty dining room behind.

                    CAPT. AL LOPEZ
          We've circulated Lugo's picture.  Coast
          Guard's got the specs on Lugo's boat-

                    MARC SCHILLER
          My boat.

                    CAPT. AL LOPEZ
          Your boat.  Now, as far as we can tell
          from talking to the other two, Lugo
          killed Mr. Griga before he could get
          anything.  So we believe he's running out
          of money-

                    MARC SCHILLER
          My money.

                         ED DUBOIS
              Marc.  Please.

Schiller glares.  Then he sighs and rolls to the fridge.

                         CAPT. AL LOPEZ
              No, he's right, Ed.  We fucked up, and
              for that I'm sorry.  The fact is, Mr.
              Schiller, right now, you're the only
              source of funding this guy's got.

Schiller opens the fridge.

                         ED DUBOIS
              Lugo put all his eggs in your basket,
              Marc.

                         CAPT. AL LOPEZ
              And we've got that basket under 24-hour
              watch.  Lugo's gonna come up starving
              soon.  When he does, we're gonna get him.

Schiller looks into the fridge.  Inside, A SCHLOTZKY'S SODA CUP
SITS NEXT TO A MOLDY SANDWICH.

Schiller stares a moment, deciding.

Finally he wheels around to face them.

                         MARC SCHILLER
              What if I told you there was another
              basket you didn't know about?

**EXT. BANK OF THE BAHAMAS - DAY**

The Bahamian flag flies over a building: *"Bank of the Bahamas."*

A TAXI pulls up.  Out steps a man in sunglasses and a
lightweight suit: DANIEL LUGO.

He squints at the bank.  A SINGLE SECURITY GUARD lingers inside
the glass door.

Lugo hefts his BRIEFCASE and leans in to the cabbie.

                         DANIEL LUGO
              Wait for me?  This'll just take a few
              minutes.

THE CABBIE nods and points up the block.

                         CABBIE
              I'll be over there.  In the shade.

                         DANIEL LUGO
              Shalom to that, my brother.

Lugo grins at him.

**INT. BANK OF THE BAHAMAS - DAY**

SCHILLER'S STAR OF DAVID NECKLACE HANGS IN LUGO'S OPEN COLLAR.

Lugo strolls in, confident.

Customers in shorts line up at teller windows.  Agents work at desks.  Almost all of them are men.

LUGO PICKS THE ONE WOMAN.

><br>
>                    DANIEL LUGO
>          Hi, I wonder if you could help me?  I'm
>          looking to close my account.

>                    FEMALE MANAGER
>          I'm sorry to hear that, sir.  Was there
>          anything not to your satisfaction?

>                    DANIEL LUGO
>          Not at all.
>                    (shrugging)
>          Life happens, right?

He slides over his passport.

>                    DANIEL LUGO (cont'd)
>          My name is Marc Schiller.

She opens it.  While the name says MARC S. SCHILLER, the photo features DANIEL LUGO.

>                    FEMALE MANAGER
>          One moment, please.

She takes the passport and walks it behind the tellers.

Lugo breathes deeply.  At the door, the guard rocks lazily on his feet.

Lugo watches the account manager huddling with THE BRANCH MANAGER.  She points at Lugo.

Lugo frowns.

His toe nervously taps his briefcase.  His fingers go to the Star of David, spinning it.

The account manager approaches, heels clicking on the marble.

>                    FEMALE MANAGER (cont'd)
>          Mr. Schiller.

Lugo tenses, ready to run.

> FEMALE MANAGER (cont'd)
> Will you be wanting that in cash, or can
> I transfer funds?

Lugo smiles.

**EXT. BANK OF THE BAHAMAS - DAY**

LUGO'S CABBIE SNOOZES IN HIS CAR.  A VACATIONING COUPLE RIDES BY
ON A TANDEM BIKE.

> FEMALE MANAGER  (O.S.)
> Two hundred forty-five, two hundred forty-
> six...

**INT. BANK OF THE BAHAMAS - DAY**

The account manager counts out the money in thick stacks.

> FEMALE MANAGER
> Two hundred forty-seven, two hundred and
> forty-eight thousand dollars.  And
> nineteen cents.

She slides the coins across the blotter.  Lugo smiles and
pockets the change.

> DANIEL LUGO
> Every little bit helps, am I right?

> FEMALE MANAGER
> Now all we need is your signature.

Lugo signs, then loads the money in his briefcase.

> DANIEL LUGO
> Thank you, Isabella, you've been a real
> mensch.

> FEMALE MANAGER
> Mr. Schiller?

Lugo stands, eager to leave.

> FEMALE MANAGER (cont'd)
> What would you like to do about the
> safety deposit box?

Lugo stares at her.  *Safety deposit box?*

He looks at his watch.

**EXT. BANK OF THE BAHAMAS, PARKING LOT - DAY**

A CHRYSLER SEBRING pulls into the bank's parking lot, closely
followed by A PAIR OF BLUE-CHECKED POLICE CARS.

INT. RENTED SEBRING - DAY

ED DUBOIS and SCHILLER stare up at the bank.  Schiller's
wheelchair lies folded in the backseat.

                         ED DUBOIS
          How much you got in there?

                         MARC SCHILLER
          'Bout a quarter mil.

                         ED DUBOIS
          Good.  I might actually have a shot at
          getting paid.

                         MARC SCHILLER
          Everybody wants my money.

INT. BANK OF THE BAHAMAS, SECOND FLOOR - DAY

Lugo holds tight to his briefcase as THE BRANCH MANAGER leads
him up the stairs toward the vault.

He looks over his shoulder at the lobby below.  All quiet.

INT. RENTED SEBRING - DAY

One of the cops approaches Dubois and Schiller.

                         BAHAMIAN OFFICER
          My lieutenant has radioed.

                         ED DUBOIS
          Oh.

                         BAHAMIAN OFFICER
          There has a been a homicide in Cable
          Beach.  He says ten minutes, then you are
          on your own.

Dubois climbs out of the car.

                         ED DUBOIS
          Ten minutes is plenty.

EXT. BANK OF THE BAHAMAS, PARKING LOT - CONTINUOUS

DuBois follows the cops.  Schiller tries to get out of the car.

                         ED DUBOIS
          Sit back down.

Schiller winces, limping a few steps.

                         MARC SCHILLER
          Bullshit.

Dubois holds up a finger to the cops.  He pulls Schiller aside.

                    ED DUBOIS
        I appreciate the sentiment, but you can't
        walk more than ten feet without peeing
        blood, and I'm on thin ice ordering these
        guys around as it is.  Now please get
        back in the car before I cuff you to the
        grill.

Schiller frowns and opens the car door.

                  MARC SCHILLER
        I'm the victim, here.

**INT. BANK OF THE BAHAMAS, VAULT - DAY**

The branch manager pulls out a safety deposit box and rests it
on a table.

                  BRANCH MANAGER
        I'll be outside when you're finished,
        sir.

Lugo nods.  The manager backs out of the room.

Finally alone, Lugo stares down at the box, wondering.  Eager.

He slowly opens it, revealing...

A PAIR OF BRONZE BABY BOOTIES.

Lugo picks them up, puzzled.  The fluorescent light glints off
the tiny plaque:

*"Our little Marc, June 1956."*

Lugo just stares.  Dumbfounded.  And angry.

**INT. BANK OF THE BAHAMAS - DAY**

Dubois and the cops enter the bank.  Customers turn, worried.
Bankers sit up and take notice.

The female account manager meets them.

                  FEMALE MANAGER
        Officers?  Is there a problem?

                  ED DUBOIS
        Afternoon.  We have a U.S. Court order
        authorizing us to freeze the accounts of
        a Marc S. Schiller.

The account manager blinks.

INT. BANK OF THE BAHAMAS, SECOND FLOOR - DAY

Lugo heads for the stairs.  As he approaches, he spots...

DUBOIS AND THE POLICE BREAKING FOR THE STAIRS.

Lugo spins and races back down the hall.

Around the corner, he spots a window at the far end.

He sprints to it.  He tries to open it, but it's stuck.  He
heaves and it splinters, opening.

He sticks his leg through.

> ED DUBOIS
>> Lugo!

DuBois and the cops come around the corner.

INT. RENTED SEBRING - DAY

Schiller sulks in the car, fiddling with the radio.

He sweats.  He rolls the window down.  Doing so, he glances up
at the bank...

> MARC SCHILLER
>> Oh, go fuck yourself.

REVERSE: DANIEL LUGO INCHES AWAY FROM AN OPEN WINDOW ON A THIRD-
STORY LEDGE.

EXT. BANK OF THE BAHAMAS, LEDGE - DAY

Lugo crabs his way along the ledge.  He sees the parking lot
below and, on the street in the shade, HIS WAITING TAXI.

He searches for a way down.  Nothing.

He glances back.  DuBois sticks his head out the window...then
withdraws it.

Bahamian cops begin to climb out.

Lugo scans the ground below him.  It's all concrete except...

A SINGLE, LOW PALM TREE.

He scowls, narrowing his eyes.

HE TAKES THREE RUNNING STEPS AND JUMPS.

For a moment, he hangs in the sunlit air, athletic, graceful,
briefcase in one hand...

THEN HE CRASHES THROUGH THE TOP OF PALM TREE LIKE A ROCK.  The fronds don't slow him down at all.

LUGO HITS THE CONCRETE WITH A THUD AND A SICKENING CRACK.

For a moment, he lies still.  Then, with a groan, he turns over.

He looks down at his leg, which bends at an unnatural angle.

Lugo grimaces...and stands.  He grabs the briefcase and walks with pain toward A LOW WALL and the parking lot beyond.

He hoists himself over the wall.  His broken leg smacks the bricks.  He goes pale, but makes it over.

He stumps across the lot, sweating, swearing, nearing the cab.

Just then he hears...

A ROARING ENGINE.

He turns to see THE RENTED SEBRING SPEEDING RIGHT AT HIM.

Lugo looks strangely...disappointed.

WHAM!

THE CAR HITS LUGO, SENDING HIM FLYING INTO THE LOW WALL.

THE BRIEFCASE CAROMS, BURSTING OPEN, SPEWING PACKETS OF MONEY.

The car door opens...and out steps MARC SCHILLER.

Lugo stares, stunned...and quite badly injured.

Schiller limps across the parking lot.

On the street, bystanders gather, watching.

Schiller stands over Lugo, equal parts fear and triumph.

> MARC SCHILLER
> How you doing, Lugo?

SCHILLER PLACES HIS HUARACHE ON LUGO'S SHATTERED LEG.  LUGO GASPS IN PAIN.

> MARC SCHILLER (cont'd)
> *Got any aches or pains?*

Lugo spits blood.  He whispers something.

Schiller leans down, close enough to hear.

> MARC SCHILLER (cont'd)
> What's that?

Lugo, mouth full of blood, can barely get the words out.

                    DANIEL LUGO
          You're still...22%...body fat, asshole.

Schiller stands there a moment, watching Lugo suffer.

THE SUN GLINTS off of something amidst the scattered money.

Schiller bends over and picks up...

HIS BRONZE BABY BOOTIES.  They gleam in the sunlight.

                    MARC SCHILLER
          You've got some fucking balls.

Schiller finally takes his foot off of Lugo's leg.  He
straightens and turns to see...

DuBois and the Bahamian cops hustling across the parking lot.

The cops rush past, guns drawn.

                    ED DUBOIS
          You all right?

Schiller smiles at DuBois, holding his side in pain.

                    MARC SCHILLER
          Getting there.

**EXT. MIAMI INTERNATIONAL AIRPORT - DAY**

A commercial jet rolls toward the terminal.

SEVEN SQUAD CARS, lights flashing, wait on the tarmac.

**INT. AIRPLANE - DAY**

Handcuffed and bandaged, Lugo looks out the window.

                    DANIEL LUGO
          Is that all for me?

DuBois puts down his in-flight magazine.

                    ED DUBOIS
          I told you, Daniel.  You're in a little
          bit of trouble in Miami.

Red lights strobe through the window onto Lugo's face.

**INT. MIAMI INTERNATIONAL AIRPORT - DAY**

A CUSTOMS OFFICIAL stamps Lugo's papers and slides them across
the counter.

                         CUSTOMS OFFICIAL
            Welcome home, sir.

LUGO NODS, CUFFED TO A WHEELCHAIR.

                            DANIEL LUGO
            Thanks.

DuBois wheels Lugo onto an escalator, going down.

Below, CAPT. LOPEZ AND A PHALANX OF COPS wait behind a barrier.

DuBois looks at Lugo.

                         ED DUBOIS
            They're gonna want to know why you did
            it.

Lugo just stares straight ahead.

                         DANIEL LUGO
            Because I'm a Do-er.

They pass under a FRAMED PHOTO OF BILL CLINTON and a large sign:

"WELCOME TO THE UNITED STATES OF AMERICA."

**INT. MIAMI-DADE CENTRAL LOCK-UP - DAY**

A huge glop of macaroni and cheese hits a cafeteria tray.

                         ED DUBOIS (V.O.)
            It was the longest, most expensive trial
            in Dade County history.

A guard shoves the tray through a slot in the door.

                         ED DUBOIS (V.O.) (cont'd)
            The state was very thorough.

JOHN MESE takes the tray and sits on the bed.  He eats the
macaroni and cheese.

                         ED DUBOIS (V.O.) (cont'd)
            Frankly, it had a lot to make up for.

**EXT. GATORLAND - DAY**

A CARTOON ALLIGATOR grins on a weathered sign.

                         ED DUBOIS (V.O.)
            At first, the evidence was mostly
            circumstantial.

Tourists peer over a walkway, trying to spot alligators.

                              ED DUBOIS (V.O.) (cont'd)
                    Physical proof of the murders being hard
                    to come by.

Underneath, an empty red bucket floats in the water.  An
alligator lolls next to it, full.

**INT. CRIME LAB - DAY**

A LAB TECHNICIAN walks down the hall, holding a metal tray.

                              ED DUBOIS (V.O.)
                    Eventually, however, a way was found to
                    identify the victims.

A TRANSLUCENT BREAST IMPLANT jiggles on the tray.

ZOOM IN: A DOW-CORNING SERIAL NUMBER SHINES ON THE SILICONE.

**INT. DADE COUNTY COURTHOUSE - DAY**

AN AMERICAN FLAG hangs on the wall.

                              ED DUBOIS (V.O.)
                    Turns out, the evidence was almost
                    secondary.

Beneath the flag, SABINA passionately holds forth from the
witness stand.

The Prosecutor stares at her.

                              PROSECUTOR
                    The <u>Central</u> Intelligence Agency?

Sabina nods.

                                              TIME CUT:

PAUL DOYLE sits in the witness stand, talking and talking.

                              ED DUBOIS (V.O.)
                    Paul Doyle, for example, seemed to
                    embrace the concept of confession.

At the defendant's table, LUGO and DOORBAL glare at him.

Doyle gazes at the Statue of Justice and keeps talking.

                              ED DUBOIS (V.O.) (cont'd)
                    In light of his cooperation, Mr. Doyle
                    was given only fifteen years.

**INT. PRISON CHAPEL - DAY**

Doyle sings in the prison choir.

>               ED DUBOIS (V.O.)
>       A sentence for which he seemed
>       legitimately grateful.

A burly con gives him a loving smile.  Doyle sings louder.

**INT. DADE COUNTY COURTHOUSE - DAY**

The bailiff opens the courtroom doors.

>               ED DUBOIS (V.O.)
>       In the end, though, all Justice really
>       needed to do was listen to the right guy
>       at the right time.

MARC SCHILLER limps in with a cane.  With some difficulty, he
turns his head and looks at the defendants.

Doorbal eyes his shoes.

Lugo stares right back at Schiller.

SCHILLER'S SCARRED FACE STRETCHES INTO A SMILE.

**INT. SUN GYM - DAY**

MOVE THROUGH the darkened, locked-up gym.  Dust coats the chrome
and mirrors.

>               ED DUBOIS (V.O.)
>       Daniel Lugo and Adrian Doorbal were found
>       guilty of double murder, racketeering,
>       kidnapping...

Barbells lie scattered on the floor.

>               ED DUBOIS (V.O.) (cont'd)
>       Attempted extortion, theft, attempted
>       murder...

Fruit rots on the counter of Lugo's abandoned juice bar.

>               ED DUBOIS (V.O.) (cont'd)
>       Armed robbery, burglary, money
>       laundering, and forgery.

LUGO'S FRAMED PHOTO hangs crooked on the wall.  The smiling
picture reads: "Daniel Lugo, Sun Gym Fitness Coordinator."

>               ED DUBOIS (V.O.) (cont'd)
>       It took the jury only 14 minutes to
>       sentence them both to death.

**EXT. DADE COUNTY COURTHOUSE - DAY**

Marc Schiller steps into the sunshine, standing tall.  He smiles
at the blue sky.

A hand touches his arm.  He turns to see A MAN IN A SUIT
standing with a police officer.

                         IRS AGENT
          Mr. Schiller.  You're not forgetting our
          appointment?

Schiller slowly lets his smile drop.  He shakes his head.

                        MARC SCHILLER
          No.  Of course not.

Schiller and the Agent get into a blue sedan.  When the door
shuts, it reads: "INTERNAL REVENUE SERVICE."

As the car rolls away, Schiller looks out the window to see

Ed DuBois standing on the courthouse steps.

Their eyes meet.  They both smile.

**EXT. DUBOIS' HOUSE - DAY**

DuBois parks his car in the driveway.  He gets out, loosening
his tie.  He bends over and pulls a weed from his lawn.

**INT. DUBOIS' HOUSE - DAY**

DuBois hangs his jacket on the back of a chair.  He peers in the
fridge and comes out with a carton of milk.

**EXT. DUBOIS' HOUSE, BACKYARD - DAY**

DuBois steps onto the deck with a glass of milk and a plate of
cookies.

                        ED DUBOIS
          That one's real nice.

His wife smiles up from clipping her bonsai tree.

                        MRS. DUBOIS
          Thanks.  I'm feeling good about it.

He sits on a bench.

                        MRS. DUBOIS (cont'd)
          Case all settled?

                        ED DUBOIS
          I guess so.

She sits next to him.

                        MRS. DUBOIS
          Ed...?

*Markus & McFeely  1.21.11*     116.

He eats a cookie.

                    ED DUBOIS
          It just seems like such a waste.
          People's lives.   You know?

She dusts the crumbs off his chest.

                    MRS. DUBOIS
          Some folks just don't know a good thing
          when it's staring them in the face.

DuBois smiles.  He picks up another cookie.

                    MRS. DUBOIS (cont'd)
          Don't fill up.  It's Wednesday.  We're
          having chicken.

He puts down the cookie and kisses his wife softly.

                    ED DUBOIS
          Sometimes I wish it was Wednesday all
          week long.

Mrs. DuBois takes her husband's hand.  They gaze out at their
yard filled with tiny trees.

                                        FADE OUT.

**EXHIBIT C**



EXHIBIT D



**EXHIBIT E**



> "Working out has been a constant in my life. I attribute much of my success to my dedication to being fit and taking the best products I could find with the help of my nutritionists. I want to help people to live a healthy and active lifestyle by providing the best formulas possible to help them with their fitness goals."
>
> - Mark Wahlberg

# Get MARKED™ and Get a Free Movie Ticket

Now through Nov 23 (or while supplies last), you can get a free ticket to see the movie "Pain & Gain" by simply buying a MARKED product at a GNC Store. This offer excludes purchases of single MARKED bars and single MARKED ready-to-drink products. With a qualifying purchase you will receive a redemption code that can be used at www.fandango.com through 8/31/13 or sooner if the movie is no longer in theaters. Limit one redemption code per household.

Mark pushed his body to the limit for his role in "Pain & Gain," gaining 40 pounds of muscle mass. Along with a rigorous nutrition and exercise program, he credits MARKED for playing a key supporting role in helping him achieve peak physical condition.

"I have always been committed to living a healthy active lifestyle, but to prepare for my role in 'Pain & Gain' I needed to bulk up significantly," Wahlberg said. "That's why I incorporated MARKED into my wellness routine. The MARKED formulas were critical in helping me gain over 40 pounds of muscle for this physically demanding role."

Paramount Pictures' "Pain & Gain" is an action comedy starring Mark Wahlberg, Dwayne Johnson and Anthony Mackie based on the unbelievable true story of a group of personal trainers in 1990s Miami who, in pursuit of the American Dream, get caught up in a criminal enterprise that goes horribly wrong. Produced by Donald De Line, Michael Bay and Ian Bryce. Based on the magazine articles by Pete Collins. Screenplay by Christopher Markus and Stephen McFeely. Directed by Michael Bay.

See the official Pain & Gain movie trailer.

See store sites for details. To find a store in your area visit the GNC Store Locator.

## RECEIVE EMAIL UPDATES

Enter your email address          [ Sign up! ]

## MARK WAHLBERG YOUTH FOUNDATION



Being generous and giving to others is important. That's why a portion of all sales of MARKED products will be donated to the Mark Wahlberg Youth Foundation, whose mission is to improve the quality of life for inner-city youth.

[ LEARN ]

## Connect with MARKED™ on Facebook

Tell us how you're as tireless, limitless and relentless as Mark Wahlberg.

Twitter: @MARKEDNutrition

**MARKED Nutrition** You don't need press to make a power sandwich http://t.co/lE0yqLZpVS #GetMarked
about 2 days ago

How do you get down to business? http://t.co/jJSDPMxATc
about 3 days ago

Buy a MARKED product & @GNCLiveWell store & get a FREE MOVIE TICKET to Pain & Gain. Find a GNC Store http://t.co/DgJyM4Y070 @PainGainMovie
about 4 days ago

Follow @MARKEDNutrition 143 followers

**EXHIBIT F**

# WORKS FOR ME

"My roles are often physically demanding, so being in great shape is crucial to delivering my best performance. That's why I teamed up with leading experts to develop MARKED™ nutritional formulas designed to help you meet your fitness goals."

**–Mark Wahlberg**



Available at GNC, Rite-Aid, Walgreens and other fine retailers. For a complete list, and to download Mark's workout programs, visit **MARKEDNUTRITION.COM.**

# $5 OFF   MARKED™ Performance Nutrition*

*Excludes single bars and drinks

Retailer: We will reimburse you the face value of this coupon plus 8¢ handling provided it is redeemed by a consumer at the time of purchase on the brand specified. Coupons not properly redeemed will be void and held. Reproduction of this coupon is expressly prohibited. (Any other use constitutes fraud.) Mail to: GNC Inc., Inmar Dep't 48107, Company Name, 1 Fawcett Drive, Del Rio, TX 78840. Cash value .001¢. Void where taxed or restricted.

**LIMIT ONE COUPON PER ITEM PURCHASED.**
**COUPON #21848** Valid 8/27/13 – 12/31/13



0048107-100003

5  48107 00074  0

* Product was tested for over 145 banned substances on the 2013 World Anti-Doping Agency (WADA) prohibited list via HFL skin lot testing protocol #ICP0307. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**EXHIBIT G**



"Working out has been a constant in my life. I attribute much of my success to my dedication to being fit and taking the best products I could find with the help of my nutritionists. I want to help people to live a healthy and active lifestyle by providing the best formulas possible to help them with their fitness goals."

· Mark Wahlberg

## Save $15 on the Pain & Gain DVD at GNC

Posted on **September 4, 2013** by **nkennedy**



GNC is offering a great promotion for the new Pain & Gain DVD.

Buy any MARKED™ product at participating GNC Stores and at GNC.com and save $15 on the Pain & Gain DVD starring Mark Wahlberg. This offer excludes the purchase of single MARKED™ bars and single RTDs.

This offer will expire on 10/31/13 so shop for MARKED™ products at GNC.com now.

"The MARKED™ formulas were critical in helping me gain over 40 pounds of muscle for my role in Pain & Gain." Mark Wahlberg



**RECEIVE EMAIL UPDATES**

Enter your email address     Sign up!

**MARK WAHLBERG YOUTH FOUNDATION**

Being generous and giving to others is important. That's why a portion of all sales of MARKED products will be donated to the Mark Wahlberg Youth Foundation, whose mission is to improve the quality of life for inner city youth.

LEARN

Connect with MARKED™ on Facebook

Tell us how you're as tireless, limitless and relentless as Mark Wahlberg.

TWITTER: MARKEDNUTRITION

**MARKED Nutrition**
#Ted wins best Guys' Choice movie: **http://t.co/PguwIDzVwp #markwahlberg** about 3 months ago

**EXHIBIT H**

IAR EXCLUSIVE INTERVIEW Tony Shalhoub Talks 'Pain & Gain' Bl... http://www.iar.com/news/page139-iar-exclusive-in...

Case 1:14-cv-02020-ALC-SN Document 186-1 Filed 09/15/14 Page 139 of 150





# IAR EXCLUSIVE INTERVIEW: TONY SHALHOUB TALKS 'PAIN & GAIN' BLU-RAY/DVD AND RETURNING TO TV WITH 'WE ARE MEN'

Tuesday, 27 August 2013 20:27
Written by Jami Philbrick

Add new comment

**RATE THIS ITEM**         (2 votes)



One of the most distinctive and successful actors working today is Tony Shalhoub!

He first gained attention on the small screen for his role as Antonio Scarpacci on the popular sitcom *Wings*, and eventually went on to appear in a string of successful films like *Barton Fink*, *Big Night*, *Men in Black*, *The Siege*, *A Civil Action*, *Primary Colors*, *Galaxy Quest*, *The Man Who Wasn't There*, and *Spy Kids*. But it was his breakout role as eccentric detective Adrian Monk on the long-running TV series *Monk*, which earned him three Emmy Awards, a Golden Globe, and cemented him as a

household name. After eight seasons on *Monk*, Shalhoub recently returned to the big screen with an impressive performance opposite Mark Wahlberg and Dwayne Johnson in director Michael Bay's *Pain & Gain*, which will be available on Blu-ray and DVD beginning August 27th.

*Pain & Gain*, which is actually based on a true story, follows a trio of Florida bodybuilders (Wahlberg, Johnson, and Anthony Mackie) who get caught up in an extortion and kidnapping scheme that goes terribly wrong. Shalhoub plays Victor Kershaw, a despicable tycoon that Wahlberg's character trains and then decides to abduct for ransom. Kershaw eventually escapes and turns to former private investigator Ed DuBois (Ed Harris) for help in order to bring the bodybuilders to justice. In addition to Wahlberg, Johnson, Mackie, Harris, and Shalhoub, the film also stars Rob Corddry (*Warm Bodies*), Rebel Wilson (*Bachelorette*), Ken Jeong (*Transformers: Dark of the Moon*), and Michael Rispoli (*The Rum Diary*).

I recently had the pleasure of speaking with Tony Shalhoub about his work on *Pain & Gain*, and his new TV series – *We Are Men*. The acclaimed veteran actor discussed *Pain & Gain*, the hard to believe true story it is based on, researching his character, the challenges of the role, working with Ed Harris, being on a Michael Bay set, Wahlberg and Johnson's impressive careers, what he looks for when choosing projects, and returning to TV with *We Are Men*.

## FOLLOW ROGUE

Like   Share   23k   8+1   105   You Tube
Follow @iamrogue   11.3K followers

## CATEGORIES

MOVIE NEWS

COMIC-CON 2013

WONDERCON 2013

COMIC-CON 2012

WONDERCON 2012

COMIC-CON 2011

INTERVIEWS

ROGUE OF THE WEEK

BOX OFFICE

LISTS

COLUMNS

## LATEST TRAILERS



Fading Gigolo
Sunday, 13 April 2014 11:01



Kid Cannabis
Sunday, 13 April 2014 10:57



Here is what the distinguished actor had to say:

**IAR: To begin with, it's hard to believe that *Pain & Gain* is based on a true story, what was your first reaction when you read the script?**

Tony Shalhoub: Well much like yours, I did not fully buy that it was real. It was only after my initial meeting with Michael Bay that he told me and gave me some materials to read about the actual case. I was stunned that this actually happened and that this was going to be made into a film. I thought it was a really ambitious project to take on, I mean on his part. But then when I heard about all the people involved, Mark Wahlberg and Dwayne Johnson of course and Anthony Mackie and Ed Harris, it was a no brainer. It was a thrill ride.

**What kind of research did you do for the film? Did you have a chance to meet or speak with Marc Schiller, the real life person that your character - Victor Kershaw is based on?**

Shalhoub: The script is a little bit of an interpretation of that particular character. I did not have access to Schiller. He was not available, and by the way he is still around, but he did not make himself available. I don't think he was thrilled with the idea of this project, but we did have access to other people like Ed DuBois, which is who Ed Harris played. He was around for the filming so we were able to talk to him. To answer your question, I did not have access to my character, but I did as much research as I could. Then together with the writers, Michael Bay and myself, we sort of concocted a version of that guy that would best serve the picture.

**You mentioned Ed Harris' character – Detective Ed DuBois, who develops a very interesting relationship with Victor in the film. Can you talk a little bit about that and what it was like for you to work with the great Ed Harris?**

Shalhoub: Working with Ed Harris was a lifelong dream come true. I've been such a great admirer of Ed Harris and they did have an interesting relationship, a love/hate relationship really. But something in Du Bois' gut just told him that he needed to believe Schiller when no one else did. It was an instinctual thing. I'll tell you something really interesting. We were speaking to the real Ed Du Bois down in Miami, because he visited the set. He had been doing this kind of work, as a private investigator, for 30 years maybe and he said that this story isn't even the weirdest of the stories that he's come across in Miami over those 30 years. So you could imagine how that is a wacky town. I think the fact that he had seen things more bizarre kind of maybe honed his skill and his radar so that he picked up on the authenticity of Schiller's story.



Antboy
Sunday, 13 April 2014 10:54

VIEW MORE »

## ROGUE TV



EXCLUSIVE VIDEO:
Marlon Wayans Talks
'A Haunted House 2'
Sunday, 13 April 2014 19:58



EXCLUSIVE CLIP:
'Anchorman 2: The
Legend Continues'
Blu-ray and DVD
Friday, 11 April 2014 21:38



EXCLUSIVE VIDEO:
Director Mike Flanagan
Talks 'Oculus'
Thursday, 10 April 2014 23:23

VIEW MORE »

## ROGUE NEWS

- Popular
- Featured
- Latest

## POPULAR

IAR EXCLUSIVE INTERVIEW: Tom Welling Talks
'Draft Day' and the Legacy of 'Smallville'
Written on Thursday, 10 April 2014 09:45

Captain America vs. 'Batman vs. Superman:'
Marvel and WB Headed for a Grudge Match
Written on Tuesday, 08 April 2014 15:03

IAR INTERVIEW: Director Carlos Saldanha Talks
'Rio 2'
Written on Wednesday, 09 April 2014 18:55

Drew Goddard Is Indeed Directing Spidey Spinoff
'Sinister Six'
Written on Monday, 07 April 2014 21:52

First 'Guardians of the Galaxy' Clip: Meet
Swashbuckling Smartass Star-Lord
Written on Tuesday, 08 April 2014 07:14

Quicksilver Scarfs Fast Food in an 'X-Men: Days
of Future Past' Car's Jr. Commercial
Written on Monday, 07 April 2014 13:05

## FEATURED

IAR INTERVIEW: Nicolas Cage Talks 'Joe,' his
Western Kabuki Style of Acting, Haagen-Dazs Ice
Cream, and Bruce Lee
Written on Friday, 11 April 2014 23:04

IAR EXCLUSIVE INTERVIEW: Tom Welling Talks
'Draft Day' and the Legacy of 'Smallville'
Written on Thursday, 10 April 2014 09:45

IAR INTERVIEW: Director Carlos Saldanha Talks
'Rio 2'
Written on Wednesday, 09 April 2014 18:55

IAR EXCLUSIVE INTERVIEW: Felicity Jones
Talks 'Breathe In' and 'The Amazing Spider-Man 2'
Written on Sunday, 06 April 2014 21:52



**Victor is not an incredibly redeeming character, was it challenging for you to play a role like that?**

Shalhoub: The challenge was discovering where this guy's core strength came from, and what made him so resilient and so internally strong. How did he stay sane, how did he focus, how did he survive all this? That was the main question for me to kind of explore. It's interesting people say, "Oh, the guy was such a bastard and he's such a bad guy," and when I approach a role, I don't think of him as a bad guy. I just think of him as a man who worked really hard, had a lot of success, didn't tolerate any bullshit in his life and in his career, and he just became a victim. I was shocked when everyone sort of started asking me questions about what it was like to play a villain. I don't think my character was the villain. I think my character was way more the victim.

**As an actor, what is it like working on a Michael Bay set?**

Shalhoub: It's a very intense atmosphere. It's kind of life in the fast lane really. This movie was a relatively small budget for him. So there are money restraints and time restraints and all that stuff. We were shooting fast, but the intensity is also great on the other side. When we were laughing because of the craziness of the circumstances in the story, the laughs were huge and everything was just kind of heightened and ratcheted up. He is an incredible technician, and he's got a very clear and unique vision. You just want to trust that and go with it. So I would do it again for sure.

**With Mark Wahlberg and Dwayne Johnson, I think you have two of the most successful actors to ever transfer over from other careers. Certainly Johnson is the most successful wrestle/athlete to ever become an actor, and Wahlberg is definitely one of the most successful rappers/models to ever become an actor. What was it that you liked about working with them and what do you think it is that has made them so successful in their transition to acting?**

Shalhoub: Good point. I think it's funny that you ask that because I believe that successful people are successful at a lot of things that they attempt and they're successful for a reason. It's how they approach their work, whatever that work is, and how they take their work seriously without taking themselves too seriously. I think both of these guys have this quality. They're incredibly humble. They're incredibly appreciative of how their lives have come out and how their work has paid off. There's a sense of gratitude and there's a tremendous work ethic. They do it with relish. They execute their tasks with such a real love of the work. I almost have the sense that they were so good to me and gracious to me because they were appreciating what I was bringing to the table. That just gave me the feeling of wanting to do more and take larger risks. You don't always find that in pictures with big stars.

---

IAR EXCLUSIVE INTERVIEW: David Koechner Talks 'Anchorman 2: The Legend Continues' Blu-ray/DVD, Extended Version, and the End of the Franchise

Written on Tuesday, 01 April 2014 13:28

IAR INTERVIEW: Arnold Schwarzenegger Talks 'Sabotage'

Written on Friday, 28 March 2014 09:18

## LATEST

Paul Bettany Discusses His New Role as Vision in 'Avengers: Age of Ultron'
Written on Monday, 14 April 2014 08:02

Action-Heavy 'Amazing Spider-Man 2' Clip and Ominous TV Spots
Written on Monday, 14 April 2014 08:01

'The Fault in Our Stars' Clip: Shailene Woodley and Ansel Elgort Squabble Over Cigarettes
Written on Sunday, 13 April 2014 20:30

Family Matters: 'Teenage Mutant Ninja Turtles' TV Spot
Written on Sunday, 13 April 2014 19:37

Full-Blown Battle in the First 'X-Men: Days of Future Past' Clip
Written on Sunday, 13 April 2014 19:23

B.O. Roundup, April 11-13: 'Captain America 2' Barely Holds Off 'Rio 2' and 'Oculus'
Written on Sunday, 13 April 2014 08:53

## FEATURED LINKS

Sponsored Results



**DrOzs Wrinkle System - $5**
Learn how 1 woman lost 93% of her wrinkles using DrOzs Wrinkle Cream
antiagingtruth.net/5-Dollar-Cream



**Best Men Anti Aging Cream**
2014's 3 Best Creams! Don't Buy Any Cream Until You See #11
WrinkleReport.org/Top-3-Creams



**Lumosity Brain Games**
Train memory and attention with scientific brain games.
www.lumosity.com

**Is He Cheating On You?**
1) Enter His Email Address 2) See Hidden Pics & Social Profiles Now!
Spokeo.com/Is-He-Cheating
Ads By VSW



**At this point in your career, when you're choosing projects to participate in, either on television or film, what is it that you're looking for as an actor?**

Shalhoub: You make it sound like I have a smorgasbord of choices here. I like to do things that are a little different from things I've done before. I like to do things that seem to have some kind of merit. For me it's a lot about whom I'm going to be working with. Right now for example I'm shooting a television comedy for CBS, a half hour comedy called *We Are Men*. It's a writer that I really, really like, a character I haven't really done before, and I'm always looking to shake it up.

**Since you just mentioned *We Are Men*, how's it been going back to TV for you after all your years on *Monk* and having done a few films in between?**

Shalhoub: It's been fun. It's been really good actually. It's funny I don't look at it as going back to TV. To me it's all one business. I did a play in New York last winter. I did a couple of movies for HBO, and everything kind of blends together. Then there was *Pain & Gain*. People kind of always want to think about it as separate worlds and for me it's all just one universe.

**So good material is just good material, is that right?**

Shalhoub: Yes! Good material is good material and there are people who say movies are somehow a higher stature than television and then again if it's a shitty movie or if it's a lame-o script, then what's the point? Why does that make it better? Probably the same is true with TV too. TV is all fine and good unless it's crap and I can promise you from experience there's nothing worse than being in a bad play. There are purists who say, "Oh, well theater is the real form and that's where real actors are." But the truth is that it's all about the material.



It's definitely all blending together now. There's not that line between TV and film like there was maybe 20 or 30 years ago, do you agree?

Shalhoub: Yeah, I think it's all sort of becoming one.

Finally, I want to follow up on something you said earlier. You seemed surprised when I asked you about choosing projects. I just assumed that at this point in your career you have a lot of different opportunities to choose from. Do you feel like you don't have a lot of good projects offered to you and that you aren't really getting to play the kind of roles that you want at this point in your career?

Shalhoub: Not necessarily. It's not like I take everything that's come down the pike. It's a challenging time right now in this business. You see it a lot where feature people are moving to television and there's fewer larger movies and more opportunities because of cable and Netflix and all of that. I don't want to sound like I'm starving, but it's always a bit of a rollercoaster, the career and the work. There are lean times and there are bad times, and I'm not the first person to say that.

*Pain & Gain* will be available on Blu-ray and DVD beginning August 27th.

To enter our *Pain & Gain* contest for a chance to win a Blu-ray copy signed by Mark Wahlberg, please click here.

**EXHIBIT I**

Pain & Gain True Story vs. Movie - Real Daniel Lugo, Paul Doyle     http://www.historyvshollywood.com/reelfaces/pain-and-gain.php


## HISTORY vs HOLLYWOOD

FOLLOW UPDATES:   Like 5.1k   [search box]

**HORROR   GANGSTER   SPORTS   WAR   DRAMA   CRIME   COMEDY   MUSIC   UPCOMING   FACEBOOK**

# PAIN & GAIN (2013)
**Starring Mark Wahlberg, Dwayne Johnson, Anthony Mackie, Ed Harris**
*based on Pete Collins "Miami New Times" Article "Pain & Gain"*

Like   Share 410  |  Tweet 41  |  g+1

## REEL FACE:       REAL FACE:


**Mark Wahlberg**
Born: June 5, 1971
Birthplace:
Dorchester, Boston,
Massachusetts, USA


**Daniel Lugo**
Born: April 6, 1963
Birthplace: New
York City, New York,
USA


**Dwayne Johnson**
Born: May 2, 1972
Birthplace:
Hayward, California,
USA


**Carl Weekes**
Born: September
11, 1963
Birthplace: USA


**Anthony Mackie**
Born: September
23, 1979
Birthplace:
New Orleans,
Louisiana, USA

**Adrian Doorbal**
Born: December 21,
1971
Birthplace: Trinidad


**Tony Shalhoub**
Born: October 9,
1953
Birthplace:
Green Bay,
Wisconsin, USA


**Marc Schiller**
Born: August 1957
Birthplace: Buenos
Aires, Argentina


Watch Anytime. Anywhere. Instantly
NETFLIX   1 MONTH FREE

## EXPLORE THE STORY


**Pain and Gain The Untold
True Story**
by Marc Schiller
Buy Book


**Pain & Gain: This is a
True Story**
by Pete Collins
Buy Book


**Pain & Gain**
Blu-ray / DVD / Download
Buy DVD


History vs. Hollywood
Like

5,167 people like History vs. Hollywood.

Facebook social plugin

## LATEST ADDITIONS

> **"** Obviously at the end they tried to kill me -- and it wasn't that funny when they tried to kill me. They did run me over with a car twice after trying to blow me up in the car. I was in a coma and somehow I got out. ... It wasn't that funny because I had substantial injuries. ... The way they tell it made it look like a comedy. You also gotta remember that not only I went through this, but certain people were killed, so making these guys look like nice guys is atrocious. **"** - Marc Schiller (*The Huffington Post*, April 12, 2013)

Custom Framed Mirrors
fastframe.com
To any size and with any frame Call us for more info.

300: RISE OF AN EMPIRE (2014)
SON OF GOD (2014)
THE MONUMENTS MEN (2014)
THE GOLDBERGS (2013-)
LONE SURVIVOR (2014)

# QUESTIONING THE STORY:

### Is Dwayne Johnson's character, Paul Doyle, actually based on a real-life individual?



Jorge Delgado (right) was also part of the inspiration for Dwayne Johnson's character Paul Doyle (left).

Yes, but not just one individual. During our research into the *Pain & Gain* true story, we learned that the real Paul Doyle is a composite of primarily Carl Weekes, with shades of Jorge Delgado (pictured left) and Mario Sanchez thrown in (Sanchez was a weightlifting instructor brought in to serve as the intimidator during the Schiller kidnapping).

Survivor Marc Schiller describes the Havana-born Jorge Delgado as "meek," going on to say that "he wouldn't hurt a fly." Physically, the 140-pound lightweight Carl Weekes and the tall, thin Jorge Delgado are quite the opposite of Dwayne Johnson's Paul Doyle (*MiamiNewTimes.com*). In the movie,

Doyle is a muscle-bound ex-con and a recovering addict who becomes hooked on cocaine. New York native Carl Weekes was also an ex-con who had issues with alcohol and crack cocaine. Like Dwayne Johnson's Doyle, Carl Weekes had found Christianity after he got clean. Jorge Delgado on the other hand, had a wife and had not been to prison until after he was found guilty for his role as a member of the Sun Gym gang.

In 1998, Jorge Delgado confessed his role in the kidnappings, pointing the finger at Daniel Lugo and Adrian Doorbal for the murder and dismemberment of Frank Griga and Krisztina Furton. Like Dwayne Johnson's character in the movie, he was sentenced to 15 years in prison. Delgado was released in 2002, after serving only seven. As for Carl Weekes, the biggest part of the Paul Doyle composite, he was given a ten-year sentence for his role in the Schiller abduction. -*MiamiNewTimes.com*

### Did they really disguise themselves as ninjas?

No, but during one of their kidnapping attempts, they did dress in all black, paint their faces with military makeup, and wore gloves. In the movie, Daniel Lugo (Mark Wahlberg) and Paul Doyle (Dwayne Johnson) disguise themselves as ninjas and Adrian Doorbal (Anthony Mackie) wears a green spandex costume when they attempt to kidnap Victor Kershaw (Tony Shalhoub). The real Sun Gym gang only discussed wearing ninja costumes to abduct Marc Schiller on Halloween night. Their plan, which they never executed, was to knock on Schiller's door disguised as trick-or-treaters and nab him when he opened it to give them candy. -*MiamiNewTimes.com*

### Is the motivational speaker in the movie, Johnny Wu, based on a real person?

In the movie, Mark Wahlberg's character, Daniel Lugo, is motivated by an infomercial motivational guru named Johnny Wu, who is portrayed by actor Ken Jeong. During an interview, actor Ken Jeong answered the above question by saying, "It's an amalgamation of different motivational speakers. Loosely based on Tom Vu who was a famous motivational speaker in the '90s, who had bikini girls and some similar wardrobe." -*WhopperJaw.net*



'90s motivational guru Tommy Vu (right) was part of the inspiration for the movie's Johnny Wu (left).

### Were the kidnappers really screw-ups?

Yes. The mishaps of the real kidnappers makes it easy to see why Michael Bay decided to turn Pete Collins' *Pain & Gain* article into a dark comedy, shifting the focus away from the more serious side of the *Pain and Gain* true story. With one victim, the real Sun Gym gang used too much horse tranquilizer. Vehicles that the trio used in the kidnapping attempts wouldn't start, including outside of Schlotzsky's Sandwich Shop, which was then owned by survivor Marc Schiller. A chainsaw that they planned to use to



DISNEY
FROZEN

GET IT NOW ON DIGITAL HD
& BLU-RAY™ COMBO PACK MAR 18

ORDER

NEW! Disney Movies Anywhere   FREE APP

cut up bodies failed to start because they forgot to put motor oil in it (in the movie, an electric chainsaw becomes clogged with hair). They burnt out the engine trying to start it, prompting them to return the saw to Home Depot. These mishaps are in addition to it taking roughly a half-dozen tries to successfully kidnap Marc Schiller. -*MiamiNewTimes.com*

**What do the victims and their family members think of the *Pain & Gain* movie?**



The real Frank Griga and Krisztina Furton (top) were murdered and dismembered at the hands of the Sun Gym gang like in the movie (bottom).

Survivor Marc Schiller and the family members of the victims are furious over the movie's comedic take on the ordeal. Zsuzsanna Griga's brother Frank and his girlfriend Krisztina Furton were murdered and dismembered by members of the gang. Zsuzsanna says that the movie's depiction of the gang as sympathetic goofballs is "ridiculous." She adds, "It's horrible what happened to them. I don't want the American public to be sympathetic to the killers."

"The way they tell it made it look like a comedy," explains survivor Marc Schiller. "You also gotta remember that not only I went through this, but certain people were killed, so making these guys look like nice guys is atrocious" (*HuffingtonPost.com*). Throughout his ordeal with the gang, Schiller had been Tased, burned, beaten, pistol-whipped and forced to endure games of Russian roulette. When the gang was done with him, they made him wash down sleeping pills with liquor, put him behind the wheel of his Toyota 4Runner, and rammed it into a utility pole to make it look like a drunk driving accident. Seeing that he was still alive, they then doused the vehicle with fuel and set it on fire with him in it, but Schiller jumped out of the flaming car. Staggering, the gang ran him over twice with a Camry (not a van) and left him for dead. Miraculously, he lived after eventually coming out of a coma and woke up in the hospital (*MiamiNewTimes.com*).

**Is the real Victor Kershaw a sleezy criminal like the movie makes him out to be?**

Not exactly. After watching the *Pain & Gain* movie trailer, the Argentinean Marc Schiller reacted to Tony Shalhoub's character by saying that the brash Victor Kershaw is all wrong, "There is no resemblance to me at all," Schiller says. "I was always a humble, family person." At the time, Schiller lived in a two-story house with his wife and two children. He says that he never smoked cigars and he wasn't surrounded by women in scant bikinis. He owned the then failing Schlotzsky's Deli franchise, but he still had over seven-figures in the bank thanks to his nutritional supplements companies.

As far as being a criminal, the day that Marc Schiller testified against the Sun Gym gang, federal agents arrested him as he left the courthouse. He was charged with orchestrating a Medicare billing scheme through his nutritional supplements companies. Making matters worse, Sun Gym gang member Jorge Delgado, who is loosely represented in the movie by Dwayne Johnson's Paul Doyle, was one of the witnesses who testified against Schiller, who pleaded guilty to conspiring to defraud the government. He received 46 months in prison and was ordered to pay back $14.6 million to the government. This amount was later reduced to $128,597.87. -*MiamiNewTimes.com*

Marc Schiller attempts to reveal the true story behind the *Pain & Gain* movie in his book *Pain and Gain - The Untold True Story*.

The sleazy side of Tony Shalhoub's character Victor Kershaw could also have been inspired by Frank Griga, who is portrayed by actor Michael Rispoli in the movie. Griga was a millionaire who made his fortune from running a phone sex business. Similar to the habits of Shalhoub's character in the movie, a photo exists of Griga sitting poolside with his arms around to women in bikinis. As depicted in the film, Griga and his girlfriend Krisztina Furton were murdered and dismembered by members of the Sun Gym gang. -*HuffingtonPost.com*

**Did they really barbecue the hands and feet outside the warehouse?**

Yes, but the true story behind *Pain & Gain* reveals that it was Daniel Lugo who did the grilling, not Jorge Delgado (the real Paul Doyle). Instead of an actual barbecue grill, Lugo carried a steel drum outside and laid an iron grate on top. He tossed Frank Griga and Krisztina Furton's hands, feet and skull fragments onto the grate, doused them in gasoline and began to grill. When Jorge Delgado returned to the warehouse, he yelled at Lugo, who reluctantly agreed to move his operation from in front of the warehouse to the rear alley. -*MiamiNewTimes.com*

**Were Krisztina Furton's breast implants really used to identify her body?**

Yes. Towards the end of the *Pain & Gain* movie, it is revealed that during the autopsy of Frank Griga's

Pain & Gain True Story vs. Movie - Real Daniel ugo, Paul Doyle          http://www.hist shollywood.com/reelfaces/pain-and-gain.php

girlfriend's torso, the manufacturer's information on her breast implants is what allowed authorities to identify her remains. This is true. The real Krisztina Furton was in fact identified by the serial numbers on her breast implants. It was the first time in Dade County history that the primary identification of a murder victim was made using breast implants. -*MiamiNewTimes.com*

**How have the actors responded to the outrage expressed by the victims and their family members?**

During an *E! Entertainment* red carpet interview in Miami, Mark Wahlberg responded to the outrage expressed by both the survivor and the victims' family members. "Obviously, I was very sensitive to the victims and their families," says Wahlberg, "and you know, it's hard, when your making a movie it's hard to please everybody, but hopefully when they see the movie they'll be a little bit more understanding. We try to protect their identity, and hopefully they're not going to be upset."

"This story rocked our city," says actor Dwayne Johnson, who was attending Miami University when the events occurred. "It was a crazy time down here then."



Frank Griga and Krisztina Furton's body parts are dumped from a steel drum that the gang buried in the Everglades.

**Did the real Paul Doyle rob an armored truck and get his toe shot off?**

No. In the *Pain & Gain* movie, Dwayne Johnson's character robs an armored truck, only to have a green dye pack inside one of the money bags explode in his face. As he flees the pursuing officers, he gets his toe shot off and he subsequently feeds it to Frank Griga's dog. This whole sequence is entirely fictional. No member of the Sun Gym gang robbed an armored truck or had their toe shot off during the real-life events. -*SlashFilm.com*

**How accurate is Rebel Wilson's character compared to the real Ramona Eldridge?**



Cindy Eldridge (left) and her onscreen counterpart (top) are physical contradictions. *Photo: MuscularDevelopment.com*

Rebel Wilson's character in the movie is loosely based on Cindy Eldridge, the real Ramona Eldridge. Like Rebel Wilson's Ramona, Cindy did work as a nurse, but she didn't meet Adrian Doorbal while she was working. Instead, she met him by chance in June of 1994 at Bay restaurant in Key Biscayne on the evening of her surprise party for her 31st birthday. The two began to date and during their relationship, she did point him in the direction of a doctor who used hormone therapy to treat the weak libidos of steroid users. The two dated for over a year and in the end they did marry, but the union lasted just four days. Cindy filed for divorce when she realized Adrian only married her so that she couldn't testify against him with regard to his role in the kidnapping of Marc Schiller and the murders of Frank Griga and Krisztina Furton. Physically, Cindy Eldridge was a fitness enthusiast and was much thinner than her onscreen counterpart Ramona. -*MiamiNewTimes.com*

**Did the real Victor Kershaw help catch Daniel Lugo by hitting him with a car in the Bahamas?**

No. The real Victor Kershaw, Marc Schiller, did not hit Daniel Lugo with a car to help capture him. However, Lugo did in fact flee to the Bahamas. He went there with the real Sorina Luminita (Sabina Petrescu) and his parents, but neither Marc Schiller nor detective Ed Du Bois were there during his capture. Instead, he was apprehended at the Hotel Montague in Nassau by a multiagency task force. Like in the movie, upon seeing the array of police cars waiting for him on the tarmac back in Miami, he asked, "Is that all for me?" -*MiamiNewTimes.com*

# PAIN & GAIN INTERVIEWS AND RELATED VIDEO

Watch the Marc Schiller interview where he speaks out with regard to the *Pain & Gain* true story, addressing the controversy surrounding the movie. Also view the movie trailer.



**▶ Kidnapping Victim Marc Schiller Speaks Out**
Survivor Marc Schiller is interviewed and speaks out with regard to the movie's inaccuracies. Schiller is upset with the portrayal of his onscreen counterpart, Victor Kershaw, as well as the fact that the film is a dark comedy. He explains that their was nothing comedic about his kidnapping and torture.



**Pain & Gain Movie Trailer**
Watch the *Pain & Gain* trailer for the Michael Bay movie starring Mark Wahlberg, Dwayne Johnson, Anthony Mackie, Tony Shalhoub and Ed Harris. The movie tells the story of a trio of bodybuilders who devise a kidnapping and extortion plot that goes horribly wrong. It is based on the true story of the Sun Gym gang.

# LINK-TO-LEARN MORE:

▸ Pete Collins' "Pain & Gain" *Miami New Times* Article

▸ Investigator Ed Du Bois' Official Website

▸ Official Paramount Pictures *Pain & Gain* Movie Site

Like ⟨410⟩     Tweet ⟨41⟩     g+1

Follow updates on          Follow us on
**FACEBOOK**              **TWITTER**

Copyright © 2014 HistoryvsHollywood.com, CTF Media   Contact Us | Home | RSS | Terms | Privacy Policy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
MARC SCHILLER,

                 Plaintiff,                        CASE NO.
                                                14-cv-02824-ALC-FM

             -against-

VIACOM, INC., PARAMOUNT PICTURES CORPORATION,
DE LINE PICTURES, INC., MICHAEL BAY, DONALD
DE LINE, IAN BRYCE, CHRISTOPHER MARKUS, STEPHEN
MCFEELEY, PARAMOUNT HOME ENTERTAINMENT, INC.,
GENERAL NUTRITION CORPORATION, GNC HOLDINGS,
INC., NUTRA MANUFACTURING, INC. and MARK
WAHLBERG,

                 Defendants.
--------------------------------------------------------------------------------

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**FIRST AMENDED COMPLAINT AND JURY DEMAND**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**RONAI & RONAI, L.L.P.**
Attorneys for Plaintiff
*The Ronai Building*
34 Adee Street
Port Chester, New York 10573
914-824-4777